UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

E-FILED
Friday, 08 April, 2005  04:46:15 PM
Clerk, U.S. District Court, ILCD

FILED
APR - 8 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CRIMINAL NO. 05-20015 |
|  | ) Violations: 21 U.S.C. §§ 841(a)(1), |
|  | ) 841(b)(1)(C), 18 U.S.C. § 922(g)(1) |
| MARSHALL L. BLANCHARD, | ) |
| Defendant. | ) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about December 30, 2004, in the Central District of Illinois, the defendant,

**MARSHALL L. BLANCHARD,**

knowingly and intentionally manufactured a mixture or substance containing methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 2

On or about December 30, 2004, in the Central District of Illinois, the defendant,

**MARSHALL L. BLANCHARD,**

after previously being convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm, which had previously been shipped or transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL,

s/Foreperson
---
FOREPERSON

s/Greg Harris
---
JAN PAUL MILLER
UNITED STATES ATTORNEY
TB

2