E-FILED

Wednesday, 13 April, 2005  09:46:02 AM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>  Plaintiff | ) <br> ) <br> ) <br> ) CASE NO. **05-20015-01** <br> ) <br> ) <br> ) |
| **MARSHALL L. BLANCHARD**<br>  Defendant | |

## SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **4:00 P.M.** on **JUNE 10, 2005**, before the Honorable Michael P. McCuskey.

IT IS FURTHER ORDERED this matter is set for JURY SELECTION and JURY TRIAL at **9:00 A.M.** on **JUNE 20, 2005,** before the Honorable Michael P. McCuskey.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 12th day of April, 2005.


s/  David G. Bernthal

_____
DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE


05-20015schedo.wpd