E-FILED
Thursday, 12 May, 2005  01:56:42 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

**SEALED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **WARRANT FOR ARREST** |
| Plaintiff | ) | |
| | ) | |
| vs | ) | |
| | ) | CASE NO. 05-20015 |
| MARSHALL L. BLANCHARD | ) | |
| Address Unknown | ) | |
| Defendant | ) | |

**FILED**

MAY 12 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

TO:   THE U. S. MARSHAL and any
      AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest Marshall L. Blanchard, and bring him forthwith to the nearest magistrate judge to answer an Indictment charging him with knowingly and intentionally manufacturing a mixture and substance containing methamphetamine in violation of Title 21, United States Code, Section(s) 841(a)(1) and 841(b)(1)(C); and knowingly and unlawfully possessing a firearm in violation of Title 18, United States Code, Section 922(g)(1).

RECEIVED 2005 APR 11 P 4: 05 US MARSHALS SERVICE CENTRAL ILLINOIS

**DAVID G. BERNTHAL**
Name of Issuing Officer

**U.S. MAGISTRATE JUDGE**
Title of Issuing Officer

s/David G. Bernthal
Signature of Issuing Officer

4/8/05 at Urbana, IL
Date and Location

Bail fixed at NONE.  To be determined at initial appearance.

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at **Rankin, IL**

| Date Received 4-11-05 | Name of Arresting Officer  Tom Dart | Signature of Arresting Officer |
| Date of Arrest 4-11-05 | Title of Arresting Officer  ATF | [signature] |