E-FILED
Saturday, 11 June, 2005 07:53:02 PM
Clerk, U.S. District Court, ILCD



"Staci.Klayer@usdoj.gov" <Staci.Klayer@usdoj.gov>
05/05/2005 11:34 AM

To "'Diana_L_King@fd.org'" <Diana_L_King@fd.org> (Receipt Notification Requested) (IPM Return Requested)
cc
bcc
Subject RE:

History:    This message has been forwarded.

Diana:

Please have Tiffani direct all discovery requests directly to Tim.  Thanks.

Staci

-----Original Message-----
From: Diana_L_King@fd.org [mailto:Diana_L_King@fd.org]
Sent: Thursday, May 05, 2005 11:29 AM
To: Klayer, Staci
Subject:

Staci, this is in follow up to a voice mail that I left for you yesterday afternoon regarding Marshall Blanchard.  The discovery in this case was due April 23.  Can you tell me what the status is on the discovery.  Thanks.


Diana L. King
Legal Secretary
Office of the Federal Public Defender
300 West Main Street
Urbana, Illinois 61801
Telephone:  (217) 373-0666
Facsimile:  (217) 373-0667
Email:  Diana_L_King@fd.org