

**U.S. Department of Justice**

United States Attorney
Central District of Illinois

Jan Paul Miller
United States Attorney

Urbana Division Office
Urbana Federal Building and U.S. Courthouse
201 South Vine Street, Suite 226
Urbana, Illinois 61802-3369
TEL: (217) 373-5875
FAX: (217) 373-5891

May 17, 2005

Ms. Tiffani D. Johnson
Assistant Federal Defender
300 W. Main
Urbana, IL 61801

Re: *United States v. Marshall Blanchard*

Dear Ms. Johnson:

    Enclosed please find discovery materials relating to the above-named defendant. Such materials are confined to those required under Rule 16 of the Federal Rules of Criminal Procedure.

Very truly yours,

JAN PAUL MILLER
United States Attorney

/s/ Tim Bass
---
TIMOTHY A. BASS
Assistant United States Attorney

TAB:sh