U.S. Department of Justice

United States Attorney
Central District of Illinois

Jan Paul Miller
United States Attorney

Urbana Division Office
Urbana Federal Building and U.S. Courthouse
201 South Vine Street, Suite 226
Urbana, Illinois 61802-3369
TEL: (217) 373-5875
FAX: (217) 373-5891

June 1, 2005

Ms. Tiffani Johnson
Assistant Federal Defender
300 West Main Street
Urbana, IL 61802

Re: *United States vs. Marshall Blanchard*

Dear Ms. Johnson:

    This letter is to supplement the government's previous discovery disclosure concerning the above-named defendant.

Redacted ↓

*Redacted* ↓

This case is currently scheduled for a final pretrial conference on June 10, 2005. Notwithstanding whether such hearing may be continued, please advise the government prior to that date whether the defendant intends to plead guilty to the charged offenses or proceed to trial. If the defendant does not provide notice of an intention to enter a guilty plea by that date, any plea thereafter will be considered untimely.

Very truly yours,

JAN PAUL MILLER
United States Attorney

/s/ Tim Bass

TIMOTHY A. BASS
Assistant United States Attorney

TAB:sk

Enclosure