**E-FILED**
Monday, 13 June, 2005  09:16:49 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

UNITED STATES OF AMERICA

     Plaintiff,

v.                                                     No.:  05-20015

MARSHALL L. BLANCHARD

     Defendant

## MOTION TO WITHDRAW DOCUMENT 11

NOW COMES  the Defendant, MARSHALL L. BLANCHARD, and Richard H. Parsons, Chief Federal Public Defender for the Central District of Illinois, by and through TIFFANI D. JOHNSON, Assistant Federal Public Defender, and respectfully requests to withdraw Document Number 11.  In support thereof, counsel states as follows:

1.    Document Number 11 has two typographical errors in paragraph number 4. That paragraph should state May 4, 2005 and May 5, 2005 instead of "March 4, 2005" and "March 5, 2005."

2.    Counsel has filed Document Number 12 which corrects those two typographical errors.

      Respectfully Submitted,

      MARSHALL L. BLANCHARD, Defendant

      RICHARD H. PARSONS
      Federal Public Defender

        s/Tiffani D. Johnson
      BY:_____
        TIFFANI D. JOHNSON, Bar No. 6278909
        Assistant Federal Defender
        300 West Main Street
        Urbana, Illinois 61801

Phone: (217) 373-0666
Fax: (217) 373-0667
Email: tiffani_johnson@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2005, I electronically filed the foregoing with the Clerk of the Court

using the CM/ECF system which will send notification of such filing to Assistant United States

Attorney Timothy A. Bass.

s/Tiffani D. Johnson

_____
TIFFANI D. JOHNSON, Bar No. 6278909
Assistant Federal Defender
300 West Main Street
Urbana, Illinois 61801
Phone: (217) 373-0666
Fax: (217) 373-0667
Email: tiffani_johnson@fd.org

I:\Johnson\CLIENTS\blanchard\withdrawdoc.wpd