E-FILED
Thursday, 30 June, 2005  10:17:49 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>v.<br><br>MARSHALL L. BLANCHARD<br><br>    Defendant | No.: 05-20015 |

### MOTION TO WITHDRAW AS COUNSEL AND
### VACATE THE PRETRIAL MOTION FILING DATES

NOW COMES the Defendant, MARSHALL L. BLANCHARD, and Richard H. Parsons, Chief Federal Public Defender for the Central District of Illinois, by and through TIFFANI D. JOHNSON, Assistant Federal Public Defender, and hereby requests that she be allowed to withdraw as counsel, and that the motion filing dates of June 29, 2005 and July 8, 2005, be vacated until new counsel appears to schedule new motion filing deadlines. In support thereof, she states as follows:

1.    The Office of the Federal Public Defender was appointed to represent Mr. Blanchard by United States Magistrate Judge Bernthal on or about April 12, 2005 and arraignment was held on April 12, 2005.

2.    On June 10, 2005, this Court scheduled a motion filing deadline of June 29, 2005, and a response deadline of July 8, 2005, in this matter.

3.    On or about June 23, 2005, defense counsel was contacted by Attorney Robert Kirchner's office who informed counsel of Attorney Kirchner's intention of entering an appearance on behalf of Mr. Blanchard as private counsel in this cause.

1

4.	As the next scheduled court date is on July 15, 2005, for the final pretrial conference, and a firm trial date of August 15, 2005, has been scheduled, counsel requests that this Court schedule a hearing on this motion prior to the final pretrial conference date to effect the change of counsel, exchange of discovery, the setting of new motion filing deadlines.

WHEREFORE, the Federal Defenders office respectfully requests that they be allowed to withdraw, and that the motion filing deadlines be vacated until Attorney Kirchner appears as counsel to reschedule said dates.

Respectfully Submitted,

MARSHALL L. BLANCHARD, Defendant

RICHARD H. PARSONS
Federal Public Defender

BY: s/Tiffani D. Johnson
_____
TIFFANI D. JOHNSON, Bar No. 6278909
Assistant Federal Defender
300 West Main Street
Urbana, Illinois 61801
Phone: (217) 373-0666
Fax: (217) 373-0667
Email: tiffani_johnson@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Timothy A. Bass, and sent a facsimile of this motion to Attorney Robert Kirchner at (217) 355-5675.

                s/Tiffani D. Johnson

                _____
                TIFFANI D. JOHNSON, Bar No. 6278909
                Assistant Federal Defender
                300 West Main Street
                Urbana, Illinois 61801
                Phone: (217) 373-0666
                Fax: (217) 373-0667
                Email: tiffani_johnson@fd.org

I:\Johnson\CLIENTS\blanchard\secondmotcont.wpd