UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
|                                                            ) | |
|           Plaintiff,                                  ) | |
|                                                            ) | |
| vs.                                                     ) | Case No. 05-20015 |
|                                                            ) | |
| MARSHALL BLANCHARD,             ) | |
|                                                            ) | |
|           Defendant.                              ) | |

**MOTION TO VACATE PRETRIAL SCHEDULING ORDER**

NOW COMES the Defendant, MARSHALL BLANCHARD, by and through his attorneys, ROBERT G. KIRCHNER LAW OFFICE and SCOTT A. LERNER, and hereby requests that the Pre-Trial motions filing due date of June 29, 2005 and that the Final Pre-Trial Conference set for July 15, 2005 be vacated and that the Jury Trial set for August be continued, and in support thereof, states unto the Court, as follows:

1. That the undersigned entered their appearance on behalf of the Defendant in this cause on June 30, 2005.

2. That on June 10, 2005, this Court ordered that the Pre-Trial motions are due by June 29, 2005; that the Final Pre-Trial Conference is set for July 15, 2005 at 2:30pm; and that the Jury Trial is set for August 15, 2005 at 9:00am.

3. That further time is required for the undersigned to prepare for their defense.

4. That the Defendant has no objection for a continuance to be granted.

-1-

WHEREFORE, the Defendant prays that this Court vacate the July 15, 2005 Pre-Trial Conference and continue the August 15, 2005 Jury Trial and enter a new Pre-Trial scheduling order.

MARSHALL BLANCHARD, Defendant,
By: **s/ Robert G. Kirchner**
    ROBERT G. KIRCHNER LAW OFFICE

By: **s/ Scott A. Lerner**
    SCOTT A. LERNER, one of his attorneys.

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 30th day of June, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Timothy A. Bass**             tim.bass@usdoj.gov; staci.klayer@usdoj.gov

**Tiffani D. Johnson**          **TDJECF@aol.com; Mary_Kedzior@fd.org; Diana_L_King@fd.org; Dianaking300@aol.com**

          **s/ Robert Kirchner**
          Robert Kirchner Bar Number: 6182070
          Attorney for Plaintiff
          100 Trade Centre Drive, Suite 402
          Champaign, IL 61820
          Phone: 217-355-5660
          Fax: 217-355-5675
          E-mail: rgk-kirchnerlaw@sbcglobal.net