# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 05-20015 |
| MARSHALL BLANCHARD, | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

NOW COMES ROBERT G. KIRCHNER LAW OFFICE and SCOTT A. LERNER of LERNER LAW OFFICE, and hereby enter their appearance on behalf of the Defendant, MARSHALL BLANCHARD.

MARSHALL BLANCHARD, Defendant,

By: **s/ Robert G. Kirchner**
ROBERT G. KIRCHNER LAW OFFICE

By: **s/ Scott A. Lerner**
SCOTT A. LERNER, one of his attorneys.

Prepared By:
Robert G. Kirchner
Attorney at Law
100 Trade Centre Drive - Suite 402
Champaign, Illinois 61820
Phone Number: (217) 355-5660
Facsimile Number:  (217) 355-5675
G:\WPDOCS\bob\Blanchard, Marshall\Federal Matter\Entry of Appearance.wpd

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| **Timothy A. Bass** | tim.bass@usdoj.gov; staci.klayer@usdoj.gov |
| **Tiffani D. Johnson** | TDJECF@aol.com; Mary_Kedzior@fd.org; Diana_L_King@fd.org; Dianaking300@aol.com |

s/ Robert Kirchner
Robert Kirchner Bar Number: 6182070
Attorney for Plaintiff
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Fax: 217-355-5675
E-mail: rgk-kirchnerlaw@sbcglobal.net