E-FILED
Thursday, 15 September, 2005  03:37:55 PM
Clerk, U.S. District Court, ILCD

STATE OF ILLINOIS
IN THE CIRCUIT COURT FOR THE ELEVENTH JUDICIAL CIRCUIT
FORD COUNTY, PAXTON, ILLINOIS

FILED IN THE CIRCUIT COURT
OF FORD COUNTY ILLINOIS

DEC 29 2004

*[signature]*
CLERK

## COMPLAINT FOR SEARCH WARRANT

Complainant, Randy Kinzinger, now appears before the undersigned Judge of the Eleventh Judicial Circuit and requests the issuance of a search warrant to search buildings located at 215 N. Main Street, a residence and garage, in Roberts, Ford County, Illinois, and seize the following instruments, articles and things which have been used in the commission of, or which constitute evidence of the offenses of Possession/Manufacture of Controlled Substances, Possession of methamphetamine precursors:

   Controlled Substances, precursors for the manufacture of methamphetamine, methamphetamine production equipment, scales, U.S. Currency, drug packaging and storage materials, records or documents used in connection with drug manufacturing or distribution.

Complainant says that he has probable cause to believe, based upon he facts set forth in the Affidavit, marked Exhibit A, attached hereto and incorporated herein, that the above listed things to be seized are now located in and upon the buildings set forth above.

SEE ATTACHED AFFIDAVIT EXHIBIT A ATTACHED HERETO AND INCORPORATED HEREIN.

_____
(Complainant)

Subscribed and sworn to before me

this 29th day of December, 2004

_____
(Judge)

Exhibit A

7

STATE OF ILLINOIS      )
                       ) SS
COUNTY OF FORD         )

FILED IN THE CIRCUIT COURT
OF FORD COUNTY ILLINOIS

DEC 29 2004

*Kamalen K. Johnson*
CLERK

## AFFIDAVIT

1. Affiant is Randy Kinzinger Chief of Police, Roberts, Ford County, Illinois, and has been a law enforcement officer for over 12 years.

2. On December 29, 2004, at 6:15 P.M. Affiant spoke with Lori Blanchard, 42, of 234 N. Main Street, Roberts, Ford County, Illinois, who Affiant has known for over eight years. Lori Blanchard is divorced from Marshall Blanchard, who resides at 215 N. Main Street, Roberts, Ford County, Illinois. Marshall Blanchard, Jr., 22, is Lori's son and he lives with Marshall Blanchard at 215 N. Main Street, Roberts, Ford County, Illinois.

3. Lori Blanchard advised Affiant that Marshall Blanchard Jr. had come to her the afternoon of December 29th and asked her to hide a floppy disk which contained photographs that Blanchard Jr. had just taken of plastic containers located at 215 N. Main Street, Roberts, Ford County, Illinois. Lori Blanchard and Affiant viewed said photographs which depicted two plastic containers containing white granular/powdery substance and what appears to be a plastic bag containing a similar substance. Blanchard Jr. described to Lori that there was a strong chemical/ammonia-like odor in the same area. The area is a porch just outside a kitchen door. Blanchard Jr. stated that the previous evening, December 28th, two men he was unfamiliar with had come to the residence and had gone upstairs with Blanchard Sr. for an extended period of time.

4. Blanchard Jr. obtained a small quantity of the material from one of the containers and gave it to Lori who gave it to Affiant. Affiant and Ford County Deputy Christ Stack conducted field tests on the substance, which was negative for methamphetamine, but indicated trace positive for ephedrine, a methamphetamine production precursor.

5. Lori Blanchard advised Affiant that on November 12, 2004 her daughter, Holly Blanchard, was taken to Gibson City Hospital for seizures, and tested positive for the presence of an amphetamine substance. At that time Holly Blanchard had been frequenting her father's (Marshall Blanchard) residence.

EXHIBIT A

8

FURTHER AFFIANT SAYETH NOT.

_____
Randy Kinzinger

Signed and sworn to before me

this 29th day of December, 2004.

_____
(Judge)

EXHIBIT A
Cont. 9