E-FILED
Thursday, 15 September, 2005  03:38:28 PM
Clerk, U.S. District Court, ILCD

FILED IN THE CIRCUIT COURT
OF FORD COUNTY ILLINOIS

DEC 29 2004

STATE OF ILLINOIS
IN THE CIRCUIT COURT FOR THE ELEVENTH JUDICIAL CIRCUIT
FORD COUNTY, ILLINOIS

### SEARCH WARRANT

TO ALL PEACE OFFICERS OF THE STATE OF ILLINOIS or Randy Kinzinger ON THIS DAY, December 29, 2004, COMPLAINANT HAS SUBSCRIBED and sworn to a complaint for search warrant before me. Upon examination of the complaint I find that it states facts sufficient to show probable cause and I therefore command that the buildings, a residence and garage, located at 215 N. Main Street, Roberts, Ford County, Illinois, be searched and said officer seize the following instruments, articles and things which have been used in the commission of or which constitute evidence of, the offenses of Possession/Manufacture of Controlled Substances, Possession of methamphetamine precursors:

Controlled Substances, precursors for the manufacture of methamphetamine, methamphetamine production equipment, scales, U.S. Currency, drug packaging and storage materials, records or documents used in connection with drug manufacturing or distribution.

I further command that a return of anything so seized shall be made without unnecessary delay before Judge Stephen R. Pacey or before any court of competent jurisdiction.

_____
(Judge)

Date of issuance ____12/29____, 2004

Time of issuance ____10:00 P.M.____

Exhibit B

10