

**Roberts Police Department**
118 W. Weldon St.
P.O. Box 156
Roberts, IL.  60962
*Telephone & Fax: (217) 395-2371*
*Mobile : (217) 249-3370*

ITEMS SEIZED FROM 215 N. MAIN, ROBERTS, IL.  60962

CASE #FY04-1230

1) (3) PIECES OF PLASTIC ENDS FROM GAS GENERATOR.

2) OFF-WHITE POWDER SUBSTANCE CONTAINING PURPORTED METHAMPHETAMINE.

3) (2) NEEDLES CONTAINING PURPORTED MORPHINE.

4) (1) PLASTIC BOTTLE CONTAINING APPROXIMATELY 15 GRAMS OF PURPORTED MORPHINE.

5) (1) CORNER BAGGIE CONTAINING APPROXIMATELY .01 GRAMS OF PURPORTED METHAMPHETAMINE.

6) (1) PAPER PLATE CONTAINING APPROXIMATELY .1 GRAMS OF METHAMPHETAMINE.

7) (25) COFFEE FILTERS CONTAINING APPROXIMATELY .01 GRAMS OF METHAMPHETAMINE.

8) (2) PROOFS OF RESIDENCY.

9) (1) BACK PACK CONTAINING:
    (1) SMALL BLACK CASE OF ASSORTED TOOLS
    (1) BLACK RUBBER GLOVE
    (1) YELLOW RUBBER GLOVE
    (1) CLOTH GLOVE
    (1) SCREWDRIVER
    (1) PLIERS
    (1) SMALL FLASHLIGHT
    (1) REGULAR SIZE FLASHLIGHT
    (1) PLASTIC CAP

Exhibit C
11

10) (1) TOPPEX JR 495/410         SERIAL #AX627150

11) (1) WINCHESTER MODEL #21 22 CAL.     SERIAL #Z203715

12) (1) MARLIN MODEL #75 22 CAL.     SERIAL #26414280

13) (1) SAVAGE 110E   270 CAL     SERIAL #E941343

14) (1) INA NAC-DE-ARMAS 32 CAL     SERIAL #207649

15) (1) MARLIN 75C 22 CAL     SERIAL #23367224

16) (1) SHINNA-SIPJA FROM KOREA     SERIAL #401729

17) (1) LONG GUN WITHOUT ANY MANUFACTURE NAME OR SERIAL NUMBER

Executed on 12-30-04

_[signature]_ 234

01 06 05