E-FILED
Thursday, 15 September, 2005  03:39:30 PM
Clerk, U.S. District Court, ILCD

FORD COUNTY ILLINOIS

DEC 30 2004

STATE OF ILLINOIS

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
FORD COUNTY

*Pamela K. Johnson*
CLERK

COMPLAINT FOR SEARCH WARRANT

Complainant, Randy Kinzinger, now appears before the undersigned Judge of the Eleventh Judicial Circuit and requests the issuance of a search warrant to search the following buildings and vehicles: a residence located at 218 E. Orleans, and a nearby motor home, white Champion model, IL. license 262149RV, in Paxton, Ford County, Illinois; and storage units Nos. 17 and 18 located at "West Side Storage", 495 Jordan Drive, Gibson City, Ford County, Illinois, and one white over tan Ford F150 extended cab pickup truck, IL. license No. 5483YM, parked at the corner of South and Main in Roberts, Ford County, Illinois and seize the following instruments, articles and things which have been used in the commission of, or which constitute evidence of the offenses of Possession/Manufacture of Controlled Substances, Possession of methamphetamine precursors:

Controlled Substances, precursors for the manufacture of methamphetamine, methamphetamine production equipment, scales, U.S. Currency, drug packaging and storage materials, records or documents used in connection with drug manufacturing or distribution.

Complainant says that he has probable cause to believe, based upon the following facts set forth in the Affidavit, marked Exhibit B, attached hereto, that the above listed things to be seized are now located in the residence, buildings and vehicles described herein.

_____
(Complainant)

Signed and sworn to before me

_____ 12/30/ _____ , 2004

_____
(Judge)

Exhibit B
17

STATE OF ILLINOIS
                              ; SS
COUNTY OF FORD            )

FILED IN THE CIRCUIT COURT
OF FORD COUNTY ILLINOIS

DEC 30 2004

*Kamelen K. Johnson*
CLERK

## AFFIDAVIT

1. Affiant states and incorporates herein Exhibit A to the Complaint for Search Warrant dated December 29, 2004.

2. On December 30, 2004 Affiant, with the assistance of Illinois State Police and Ford County Sheriff's Officers executed a Search Warrant dated December 29, 2004 at Marshall Blanchard's residence, 215 N. Main, Roberts, Illinois and obtained, among other items, a substance containing methamphetamine, less than 15 grams, a generator consisting of a plastic container with attached tubing and coffee filters.

3. In addition to his residence at 215 N. Main, Roberts, Illinois, Marshall Blanchard owns/maintains a residence at 218 E. Orleans, Paxton, Illinois.  Kenneth Mutchmore, Paxton Police Chief, advised Affiant that Blanchard is known to frequently go to the Paxton residence, even though the residence is vacant and the water has been turned off.

4. Mutchmore also advised Affiant that located near said residence and on the same property is a white Champion model motor home, Illinois license No. 262149RV, which has not been moved from the property for at least several months.  The owner of the motor home is an associate of Blanchard's named Dwight Shedd.

5. In addition to said residences, Marshall Blanchard is a co-owner of two storage units, Nos. 17 and 18, contained within a business named "West Side Storage" located at 495 Jordan Drive, Gibson City, Illinois.  Blanchard is known to frequent said storage units.

     b.    Blanchard owns a motor vehicle, one white over tan Ford F150 extended cab pickup truck, Illinois license No. 5483YM, which is his principal vehicle. As of this afternoon, December 30, 2004, said vehicle is parked at the corner of South and Main Streets in Roberts, Ford County, Illinois.

FURTHER AFFIANT SAYETH NOT.

_____
Randy Kinzinger

Signed and sworn to before me

this ____30th____ day of __December__, 2004.

_____
(Judge)

STATE OF ILLINOIS )
) SS
COUNTY OF FORD )

FILED IN THE CIRCUIT COURT
OF FORD COUNTY ILLINOIS

DEC 3 0 2004

*Pamelen K Johnson*
CLERK

## SUPPLEMENTAL
## AFFIDAVIT

1. On December 30, 2004, at 6:05 p.m. Affiant interviewed Cynthia J. Blanding at the Ford County Correctional Facility. Blanding was observed this afternoon near Blanchard's Roberts residence and was arrested for possession of cannabis. Her vehicle was parked near the residence. Blanding had advised officers that she was sleeping with Blanchard and was residing at his Robert's residence.

2. In the interview Blanding advised that Blanchard was cooking meth at his Paxton residence and had cooked as recently as two days ago, and had done so with Craig Shedd, who lives across the alley from Blanchard's Paxton residence. Blanding was present at the Paxton residence at that time, and was on the first floor while the meth was being cooked upstairs by Blanchard and Shedd. Shedd furnished water for the cooking process because water was off at the residence.

3. Craig Shedd is the brother of Dwight Shedd, who is the owner of the motor home located on Blanchard's Paxton residence at 218 E. Orleans.

4. At the most recent cook Blanding and Blanchard traveled from Roberts to the Paxton residence in Blanding car. Chief Mutchmore advised Affiant that a neighbor near Blanchard's Paxton residence, observed a car matching Blanding car at the Paxton residence two nights ago.

FURTHER AFFIANT SAYETH NOT.

_____
Randy Kinzinger

Signed and sworn to before me

this _____3rd_____ day of ___December___, 2004.

_____
(Judge)

21