DEC 30 2004

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
FORD COUNTY

SEARCH WARRANT

TO ALL PEACE OFFICERS OF THE STATE OF ILLINOIS or Randy Kingzinger ON THIS DAY, December 30, 2004, COMPLAINT HAS SUBSCRIBED and sworn to a complaint for search warrant before me. Upon examination of the complaint I find that it states facts sufficient to show probable cause and I therefore command that the following buildings and vehicles be searched: a residence located at 218 E. Orleans, ~~and a nearby motor home, white Champion model, IL license 262149RV, in Paxton, Ford County, Illinois, and storage units Nos. 17 and 18 located at "West Side Storage", 495 Jorden Drive, Gibson City, Ford County, Illinois, and one white over tan Ford F150 extended cab pickup truck, IL license No. 5403YM, parked at the corner of South and Main in Roberts,~~ Ford County, Illinois, and said officer seize the following instruments, articles and things which have been used in the commission of or which constitute evidence of, the offenses of Possession/Manufacture of Controlled Substances, Possession of methamphetamine precursors:

Controlled Substances, precursors for the manufacture of methamphetamine, methamphetamine production equipment, scales, U.S. Currency, drug packaging and storage materials, records or documents used in connection with drug manufacturing or distribution.

I further command that a return of anything so seized shall be made without unnecessary delay before Judge Stephen R. Pacey or before any court of competent jurisdiction.

_____
(Judge)

Date of issuance ____12/30____, 2004

Time of issuance ____7:15 PM____

Exhibit E
22

DESCRIPTION OF ACTIVITY:

Arrest of Marshall L. BLANCHARD

SYNOPSIS:

On 04/11/2005, Marshall L. BLANCHARD was arrested at 321 West Third Street, Rankin, Illinois, by Gibson City, Illinois Police Chief Chris Decker and Special Agent Dennis A. Fritzsche, Bureau of Alcohol, Tobacco, Firearms and Explosives, Springfield, Illinois.

NARRATIVE:

1.) On 04/11/2005, Gibson City Police Chief Chris Decker assisted S/A Dennis A. Fritzsche in locating, and in the arrest of Marshall L. BLANCHARD. A Federal Warrant for Arrest had been issued for BLANCHARD in Case # 05-20015. Chief Decker observed BLANCHARD arrive at the Rankin, Illinois address, upon his return from work at Sport Ready-Mix in Champaign, Illinois. Decker held BLANCHARD at that location until S/A Fritzsche arrived at the scene. Chief Decker indicated that he had advised BLANCHARD that he was under arrest, and had attempted to give BLANCHARD his Miranda warnings, only to be stopped by BLANCHARD, who advised that he had an attorney (Robert Kershner) who he had retained to represent him on his state charges. S/A Fritzsche arrived a short period of time later and observed Chief Decker and BLANCHARD, engaged in conversation near the Gibson City Police Car. S/A Fritzsche advised BLANCHARD that he was under arrest and provided BLANCHARD with a copy of the warrant, and read to BLANCHRD the charges that were filed against him. S/A Fritzsche began to advise BLANCHARD of his Miranda warnings, but BLANCHARD stated that he was aware of his rights, and that he wanted to get this thing taken care of. It should be noted that BLANCHARD was given the opportunity to contact his attorney via telephone on at least two occasions during the arrest, and that BLANCHARD had, in fact spoken with his attorney on at least one of those occasions.

2.) S/A Fritzsche advised Marshal BLANCHARD that he wanted to speak with him, but advised him that he was, in fact, under arrest, and was advised that he would be transported to the Ford County Jail in Paxton, Illinois, and that he would be brought before the U.S. Magistrate on 4/12. S/A Fritzsche began to advise BLANCHARD of his rights, and BLANCHARD again stated that he was aware of his rights. BLANCHARD went on to say that the whole episode was a set-up, and the result of him being a "nice-guy". BLANCHARD said that he was being blamed for Cindy Blanding's actions and he didn't like it. Marshal BLANCHARD stated that he resided with his children at 215 N. Main in Roberts, Illinois. BLANCHARD stated that his son, Marshall Blanchard Jr., is studying to be a State Police Office at Parkland College in Champaign, Illinois. BLANCHARD advised that his two daughters, who were both enrolled in Gateway drug rehabilitation programs, would testify in his behalf.

3.) Marshal BLANCHARD said that he hadn't even been to the Orleans Street address in Paxton since a week after Thanksgiving, 2004. BLANCHARD said that when he was there, the electricity was on, indicating that Cindy Blanding (who lived there) had an electric heater. BLANCHARD said that while he was there Blanding went over to Craig Shedd's (a neighbor) to get a five gallon bucket of water to flush the toilet. BLANCHARD said that prior to that he had not been at the Orleans street

Exhibit F

154

address in Paxton for over a year, other than to cut grass. BLANCHARD said that Scott Ends, who lives just east of the Orleans Street address, would verify that he (BLANCHARD) was never there.

4.) Marshal BLANCHARD said he was being set up by Cindy Blanding and her boyfriend, Danny Caswell. BLANCHARD said that if the police would run both Blanding and Caswell's records, they would see that they were involved with drugs. Marshal BLANCHARD stated that Cindy Blanding had told Denise Stevens (the woman he is staying with at the present time) that she had flushed 10 grams of meth-amphetamine down the toilet when the police arrived to conduct the search on Orleans. Marshall BLANCHARD stated that the items associated with a meth-amphetamine laboratory that the police found in his house in Roberts, Illinois were "planted". BLANCHARD stated that he had proof that the items were planted, because he was with Craig and Rich Bishop on the night of the 28'th (December). BLANCHARD stated that he probably already had said too much, but indicated that he had provided the proof to his attorney. BLANCHARD stated that his attorney had been able to get several of the state charges dismissed as a result of information that he had provided to him.

5.) Marshall BLANCHARD stated that he was, in fact a felon. BLANCHARD stated that he had taken a burglary "rap" for a cousin in 1978, to keep the cousin out of prison. BLANCHARD stated that the conviction had haunted him ever since. BLANCHARD stated that he knew that he couldn't possess firearms but indicated that the firearms that were found in the Roberts residence had been passed down from members of his family. BLANCHARD stated that he had received the Savage, Model 110. .270 caliber rifle, serial # E941343 from his father. BLANCHARD said that he had also received several other firearms from his relatives. BLANCHARD stated that he made sure that his son, Marshall Blanchard got an FOID card, so that they could keep the firearms in the house. BLANCHARD said he didn't realize that he couldn't even be around firearms. BLANCHARD stated that he had previously kept the firearms at a friend's residence in Gibson City, Illinois. BLANCHARD identified that friend as Jim Mitchell. BLANCHARD stated that once his son got an FOID card, he went and picked up the firearms and brought them to the Roberts Street address.

6.) Marshall BLANCHARD then stated that he had received the .32 caliber revolver that was found in the residence, from Jim Mitchell. BLANCHARD stated that after Mitchell had learned that he was suffering with lung cancer, his daughters, Sherry Erbright and Nancy Roette, requested that he (BLANCHARD) take the revolver from their father. BLANCHARD stated that he drove to the Mitchell residence in Gibson City, where he picked up the revolver. BLANCHARD stated that he took the revolver back to Roberts, where he kept it at his residence. BLANCHARD provided Sherri Erbright's telephone number (217) 395-2365, so that she could be contacted to confirm his version of events.

7.) Marshall BLANCHARD stated that he did, in fact, flee the area once he learned that he was wanted on state charges, in late December 2004. BLANCHARD said that he ran after he found out all of the charges that were pending against him. BLANCHARD confirmed that he was arrested in Tennessee. At the conclusion of the conversation, BLANCHARD was placed in the Gibson City Police vehicle and transported to the Ford County Jail in Paxton, where he was held for the evening.

8.) On March 12, 2005, Marshall BLANCHARD was transported to the U.S. Marshal's lock-up in Urbana, Illinois by ATF Special Agents Thomas Dart and Dennis A. Fritzsche. BLANCHARD was

not questioned during the drive from Paxton to Urbana, Illinois, but offered the following unsolicited information: Blanchard said that he was being set up by the Ford County States Attorney because he (BLANCHARD) had information that the States Attorney was involved in an "affair" with a relative of his (BLANCHARD's) girlfriend. BLANCHARD said that the States Attorney was aware that he knew about it, so he wanted to put him away, as a way to discredit him.

9.) Marshall BLANCHARD then stated that the Chief of Police in Roberts, Illinois (Randy Kinzinger) was romantically involved with his (BLANCHARD's) ex-wife, Lori, and indicated that the reason he and his wife had divorced was that "her clothes kept falling off". Upon arrival at the U.S. District Court on that date, BLANCHARD was taken to the Marshal's lock-up, prior to his appearance before U.S. Magistrate Judge David Bernthal.

156