## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-20015 |
| ) | |
| MARSHALL BLANCHARD, ) | |
| ) | |
| Defendant. ) | |

### **MOTION FOR BILL OF PARTICULARS**

NOW COMES, the Defendant, MARSHALL L. BLANCHARD, by and through his attorneys, ROBERT G. KIRCHNER LAW OFFICE, and LERNER LAW OFFICE, and do hereby, pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure, request an Order from this Court directing the United States Attorney, for the Central District for the State of Illinois, to file and serve a written Bill of Particulars providing the information requested below and in support thereof states and shows unto the Court as follows:

1. That the Defendant, MARSHALL BLANCHARD, was indicted on April 8th, 2005 in an indictment consisting of (2) Counts which allege as follows: Count I- On or about December 30, 2004, in the Central District of Illinois, the defendant, MARSHALL L. BLANCHARD, knowingly and intentionally manufactured a mixture or substance containing methamphetamine, a Schedule II controlled substance. All in violation of Title 21, United States Code, Sections 841 (a)(1) and 841 (b)(1)(C).   Count II- On or about December 30, 2004,

   in the Central District of Illinois, the defendant, MARSHALL L. BLANCHARD, after previously being convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm, which had previously been shipped or transported in interstate commerce. All in violation of Title 18, United States Code, Section 922 (g)(1).

2. That the indictment of the Defendant in this cause followed the filing of charges, essentially identical, to those alleged in Count I herein, in Ford County Illinois cause number 04-CF-120.

3. That a preliminary hearing was held, before the Honorable Judge Stephen Pacey, on March 10th, 2005, in Ford County, Illinois, cause number 04-CF-120.

4. That at the conclusion of said preliminary hearing, the Circuit Court dismissed all Counts alleged against the Defendant relating to the manufacturing of methamphetamine on or about December 30th, 2004.

5. That following the findings and ruling of the Circuit Court of Ford County Illinois- the Honorable Stephen Pacey presiding- an indictment was returned herein.

6. That the Federal Defender was originally appointed to represent the Defendant in this cause, and a Scheduling Order was entered by this Court requiring that pre-trial motions be filed by June 29th, 2005.

7. That Defendant's current counsel entered their appearance in this cause on June 30th, 2005.

8. That the pleadings previously filed herein, on behalf of the Defendant, indicate

       that Rule 16 Discovery was mailed to predecessor counsel, on or about May 17th, 2005 and thereafter supplemented on or about June 1st, 2005 with a representation that additional discovery would be forthcoming with respect to experts and lab results.

9. That the disclosure provided on or about May 17th, 2005, indicated that it was limited to materials required under Rule 16 of the Federal Rules of Criminal Procedure.

10. That Defendants current counsel received information from predecessor counsel on or about July 8th, 2005 concerning the charged filed herein.

11. That the "discovery" received and provided to Defendant's current counsel, consists, essentially, of information gathered by State law enforcement officers and agencies in Ford County, Illinois, excepting only that Defendant's counsel was provided with documents reflecting statements attributed to the Defendant by Assistant United States Attorney Tim Bass, on <u>September 7th, 2005</u>- information which Defendant's counsel was previously unaware of and which was not included in the material received from the Federal Defender's office.

12. That the Indictment in this cause, Count I thereof, alleges that on or about December 30, 2004, the Defendant knowingly and intentionally manufactured a mixture or substance containing methamphetamine.

13. That the "discovery" provided to Defendants counsel indicates that (2) Search Warrants were issued and executed on or about December 30, 2004- the first being a warrant directed to premises located at 215 N. Main St, Roberts, IL- and

        the second being a warrant directed to the premises located at 218 E. Orleans, Paxton, IL, along with additional property in Gibson City, Illinois**.**

14. That the search warrant relating to 215 N. Main St., Roberts, Illinois, was based upon a complaint dated December 29, 2004 and was issued December 29, 2004 by the Honorable Judge Stephen Pacey.

15. That a true and exact copy of said Complaint for Warrant, and as issued by the Court, is filed herewith as Exhibits A, B, D, and E. [1]

16. That as reflected in said warrant, law enforcement officers were authorized to search and take possession of evidence relating to the possession/ manufacture of controlled substances, including methamphetamine precursors.

17. That the inventory of items seized during said search, included firearms, all as more fully reflected in the inventory as Exhibit C.

18. That the Indictment returned in this cause, Count II, alleges as follows: On or about December 30, 2004, in the Central District of Illinois, the defendant, MARSHALL L. BLANCHARD, after previously being convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm, which had previously been shipped or transported in interstate commerce.

19. That as reflected in said Indictment Count II, no identification has been made of the "firearm" which the Defendant is charged with possessing and *a Bill of*

---

[1] All reference to exhibits are to the exhibit to Defendant's Motion for Leave to File Pre-Trial Motions Within (7) days Hereof, or Such Lesser Time as Fixed by the Court.

*Particulars* is an appropriate vehicle for obtaining and assessing that information pursuant to Fed. R. Crim. P. 7(f).

20. That on or about December 30, 2004 a second warrant was obtained for premises at 215 E. Orleans, Paxton, IL, and other properties and a true and exact copy of the Complaint for Warrant and Search Warrant, as issued by the Honorable Judge Stephen Pacey December 30, 2004, Exhibits D and E.

21. That said Complaint for Warrant and Warrant authorized the seizure of items relating to methamphetamine.

22. That Count I of the Indictment returned herein, fails to allege, with any specificity, the place, location, or other information, which would provide the Defendant with adequate notice of the government's allegation and the opportunity to properly defend, particularly given the fact that there were separate search warrants issued for separate physical locations, with separate items of property allegedly seized therefrom, and the Defendant is entitled to a *Bill of Particulars* in order to permit him to adequately defend Count I of the Indictment herein.

23. That as reflected by the foregoing, Count I of the Indictment fails to identify the location of the alleged offense relating to controlled substances, and merely alleged that the Defendant knowingly and intentionally manufactured the same "in the Central District of Illinois", "on or about December 30, 2004".

24. That as reflected by the foregoing, Count II of the Indictment merely alleges that the Defendant knowingly and unlawfully possessed a firearm "in the Central

District of Illinois", "on or about December 30, 2004".

25. That the preparation of Defendant's defense, to the charges alleged herein, requires that the Defendant be provided with specificity as to the place/ location and time of the alleged offenses, including the date on which said offense allegedly occurred and the identification of the "firearm".

26. That the granting of a *Bill of Particulars* is discretionary with the Court, but in light of the foregoing, this Court should exercise it's discretion and require a *Bill of Particulars* identifying: the time, place/ location of each offense alleged, and the identification of the firearm allegedly possessed by the Defendant.

WHEREFORE, the Defendant prays that this Court enter an Order granting said motion and requiring the Government to provide the information requested.

MARSHALL BLANCHARD, Defendant,

By: **s/ Robert G. Kirchner**

ROBERT G. KIRCHNER LAW OFFICE

By: **s/ Scott A. Lerner**

SCOTT A. LERNER, one of his attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of September, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Timothy A. Bass**          tim.bass@usdoj.gov; staci.klayer@usdoj.gov

**s/ Robert Kirchner**
Robert Kirchner Bar Number: 6182070
Attorney for Plaintiff
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Fax: 217-355-5675
E-mail: rgk-kirchnerlaw@sbcglobal.net
