E-FILED
Thursday, 22 September, 2005  05:14:52 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 05-20015 |
| MARSHALL BLANCHARD, ) | |
| Defendant. ) | |

### MOTION REGARDING EXPERT WITNESSES

NOW COMES, the defendant, MARSHALL L. BLANCHARD, by and through his attorneys, ROBERT G. KIRCHNER LAW OFFICE and LERNER LAW OFFICE, and hereby requests leave to obtain and disclose expert witnesses and in support thereof states and shows as follows:

1. That Fed.R.Crim.P. Rule 16 (a)(1)(g) relating to expert witnesses, requires the Government to give to the Defendant a written summary of any testimony that the Government intends to use under Rule 702, 703, or 705 of the Federal Rules of Evidence, during it's case-in-chief at trial. There are corollary responsibilities imposed upon the Defendant.

2. That expert witnesses may be required with respect to the identification of any substances to be used at trial in this cause and the firearm, which is the object of one of the Counts of the Indictment.

3. That the Defendant should be given leave by this Court, following the Governments

disclosure in accordance with it's obligations with respect to expert witnesses, to determine whether a defense witness is required and to disclose the same in accordance with the provisions of Rule 16.

4. That various pre-trial motions have been filed on behalf of the Defendant herein, and the Courts ruling upon one or more of those motions may obviate the need for a defense expert(s).

WHEREFORE, the Defendant prays that this Court permit the Defendant leave of Court to obtain and disclose any expert witnesses and testimony, which are subject to disclosure by the Defendant, following the Court's ruling on the motions filed this date and disclosure by the Government with respect to it's experts, if any.

> MARSHALL BLANCHARD, Defendant,
>
> By: **s/ Robert G. Kirchner**
> ROBERT G. KIRCHNER LAW OFFICE
>
> By: **s/ Scott A. Lerner**
> SCOTT A. LERNER, one of his attorneys.

## CERTIFICATE OF SERVICE

      I hereby certify that on this 22nd day of September, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Timothy A. Bass**             tim.bass@usdoj.gov; staci.klayer@usdoj.gov

                               **s/ Robert Kirchner**
                               Robert Kirchner Bar Number: 6182070
                               Attorney for Plaintiff
                               100 Trade Centre Drive, Suite 402
                               Champaign, IL 61820
                               Phone: 217-355-5660
                               Fax: 217-355-5675
                               E-mail: rgk-kirchnerlaw@sbcglobal.net