UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 05-20015 |
| | ) |
| MARSHALL BLANCHARD, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO DISMISS- COUNT II**

NOW COMES, the Defendant, MARSHALL L. BLANCHARD, by and through his attorneys, ROBERT G. KIRCHNER LAW OFFICE, and LERNER LAW OFFICE, and do hereby request an Order from this Court dismissing Count II of the Indictment herein and states and shows unto the Court as follows:

1. That the Defendant is charged therein, in Count II, with unlawful possession of a firearm, in that the Defendant is alleged to have a prior conviction- in 1978- in the State of Illinois for Burglary (see Exhibit H to *Defendant's Motion for Leave to File Pre-Trial Motions Within (7) days Hereof, or Such Lesser Time as Fixed by the Court.* ).

2. That, as a matter of law, the restoration of a Defendant's civil and possessory rights precludes that offense from utilization in support of Count II of the Indictment herein. (See *USA v. Osborne 262 F.3d. 486 (5th Circuit 2001)*, interpreting Illinois law; but see also the contrary view of the 7th Circuit in *Melvin v. United States 78 F.3d. 327 (7th Circuit. 1996))*.

WHEREFORE, the Defendant prays that this Court dismiss Count II of the Indictment herein.

MARSHALL BLANCHARD, Defendant,

By: **s/ Robert G. Kirchner**

ROBERT G. KIRCHNER LAW OFFICE

By: **s/ Scott A. Lerner**

SCOTT A. LERNER, one of his attorneys

# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of September, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Timothy A. Bass**           tim.bass@usdoj.gov; staci.klayer@usdoj.gov

**s/ Robert Kirchner**
Robert Kirchner Bar Number: 6182070
Attorney for Plaintiff
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Fax: 217-355-5675
E-mail: rgk-kirchnerlaw@sbcglobal.net
