UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-20015 |
| ) | |
| MARSHALL BLANCHARD, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO SEVER**

NOW COMES the Defendant, MARSHALL BLANCHARD, by and through his attorneys, ROBERT G. KIRCHNER LAW OFFICE and LERNER LAW OFFICE, and hereby moves this Honorable Court for the entry of an Order severing the charges filed herein pursuant to Fed. R. Crim. P. 8(a), 14 and in support thereof states and shows onto the Court as follows:

1.  That the *Indictment* returned on April 8, 2005, alleged two Counts.

2.  That Count I of the *Indictment* alleges that the Defendant knowingly and intentionally manufactured a mixture containing methamphetamine.

3.  That Count II of the *Indictment* alleges that the Defendant knowingly and unlawfully possessed a firearm.

4.  That Count I and Counts II as alleged, (a) do not contain common elements (b) require no "overlap" of evidence in the Trial of said Counts; (c) and that a Trial of the Defendant on Count I simultaneously with Count II would unduly prejudice the Defendant in that the State might argue, and the Jury might have a greater tendency

1

   to convict the Defendant on Count I or on Count II notwithstanding the insufficiency of the evidence.

4. That the Defendant would be unduly prejudiced if they State were allowed to combine Count I with unrelated charges alleged in Count II.

5. That the discovery afforded the Defendant indicates absolutely <u>no connection</u> between the conduct alleged in Count I and that alleged in Count II.

6. That the Defendant has not been afforded access to the Grand Jury testimony but is informed and believes that said testimony contains the lack of any connection.

7. That said Counts are improperly joined.

8. That if properly joined this Court has discretion to sever for Trial Count I from Count II and the Defendant respectfully requests that the Court do so.

  WHEREFORE, the Defendant, MARSHALL BLANCHARD, prays that this Court enter an Order severing Count I from Count II for purposes of trial and that any additional relief to the Defendant is entitled be afforded to him following the review of the pretrial discovery and the hearing on pretrial motions.

       MARSHALL BLANCHARD, Defendant,

       By: **s/ Robert G. Kirchner**
         ROBERT G. KIRCHNER LAW OFFICE

       By: **s/ Scott A. Lerner**
         SCOTT A. LERNER, one of his attorneys

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 22nd day of September, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Timothy A. Bass**       tim.bass@usdoj.gov; staci.klayer@usdoj.gov

      **s/ Robert Kirchner**
      Robert Kirchner Bar Number: 6182070
      Attorney for Plaintiff
      100 Trade Centre Drive, Suite 402
      Champaign, IL 61820
      Phone: 217-355-5660
      Fax: 217-355-5675
      E-mail: rgk-kirchnerlaw@sbcglobal.net