**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,    )  <br>         PLAINTIFF,    )  <br>vs.                                                 )  <br>                                                    )   Case #: 05-20015  <br>MARSHALL BLANCHARD,    )  <br>         DEFENDANT    )  | |

**MOTION TO SUPPRESS EVIDENCE BASED ON THE SEARCH WARRANT NOT LISTING GUNS OR WEAPONS OF ANY TYPE IN THE SEARCH WARRANT**

Now Comes; Marshall Blanchard, by his attorneys Robert Kirchner, of the Kirchner Law Office, and Scott Lerner of the Lerner Law Office and move to suppress the firearms as well as any other evidence obtained as a fruit of the illegal search and seizure based on the search warrants issued on December 29, 2004 and on December 30, 2004 in Ford County Illinois:

1. That the search warrant signed by Judge Pacey on December 29, 2004 for the search of the property located at 215 N. Main Street, specifically gives the authorities leave to search for, "Controlled Substance, precursors for the manufacture of methamphetamine, methamphetamine production equipment, scales, U.S. Currency, drug packaging and storage materials, records or documents used in connection with drug manufacturing or distribution."

2. Weapons were not listed in this, or any other search warrant or in any affidavit seeking a search warrant.

3. A second search warrant was issued for the property located at 218 E. Orleans and for a nearby motor home in Paxton Illinois on December 30, 2004 based in part on evidence allegedly obtained based on the first search warrant and is a fruit of the first search.

4. That Randy Kinzinger the Chief of Police for the Village of Roberts obtained the warrant, prepared the complaint for the search warrant and the affidavit in support of the warrant.

5. That Randy Kinzinger, did not however locate or seize the guns but instead they were brought out to him. Page 8 Lines 17-18 Preliminary Hearing 04-CF-120,

        05-CF-5.  (Exhibit A to *Defendant's Motion for Leave to File Pretrial Motions*)

6. That the authorities exceeded the scope of the authority provided to them under the search warrant by seizing the weapons (see attached memorandum of law).

7. The weapons seized were located in a separate "apartment" within the home, which was locked, or for which the Defendant did not have a key or even access hereto.

8. That the seizure of said weapons, exceeded any authority under the search warrant and was a violation of the defendant's rights under the Fourth Amendment to the United States Constitution.and the 14th amendment thereto.

Wherefore the defendant prays this Honorable Court suppress any evidence obtained in violation of the defendant's rights including but not limited to the weapons seized as well as any fruits of the illegal seizure.

        MARSHALL BLANCHARD, Defendant,

        By: **s/ Robert G. Kirchner**
            ROBERT G. KIRCHNER LAW OFFICE

        By: **s/ Scott A. Lerner**
            SCOTT A. LERNER, one of his attorneys

## CERTIFICATE OF SERVICE

      I hereby certify that on this 22nd day of September, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Timothy A. Bass**          tim.bass@usdoj.gov; staci.klayer@usdoj.gov

 

**s/ Robert Kirchner**
Robert Kirchner Bar Number: 6182070
Attorney for Plaintiff
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Fax: 217-355-5675
E-mail: rgk-kirchnerlaw@sbcglobal.net