E-FILED
Thursday, 22 September, 2005  05:25:47 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|        PLAINTIFF,           ) | |
| vs.           ) | |
|        ) | Case #: 05-20015 |
| MARSHALL BLANCHARD,           ) | |
|        DEFENDANT           ) | |

## MOTION TO SUPPRESS STATEMENTS

NOW COMES; MARSHALL BLANCHARD, by his attorneys, Robert Kirchner of the Kirchner Law Office and Scott Lerner of the Lerner Law Office and respectfully moves, this Honorable Court to suppress any statements or communicative conduct attributed to the Defendant as evidence at any trial in this cause and in support thereof states and shows into the Court as follows:

1. That on or about April 11, 2005 the Gibson City Police Officers Dennis A Fritzsche and Chris Decker arrested the defendant on a Federal Arrest Warrant.

2. That the officers started to read the defendant his Miranda Warnings at which time he indicated he had a lawyer, Robert Kirchner, and thus he intended to avail himself of his sixth amendment right to counsel.

3. That complete Miranda Warnings were never provided to the defendant.

4. That despite seeking to avail himself of his constitutional right to counsel he was continually questioned by the police.

5. That the questioning continued without the presence of the defendant's attorney.

6. That in response to said questions statements were made by the Defendant, and/or the Defendant engaged in "communicative" conduct all as more, fully set forth in the report provided by the Government, a true and exact copy of which is attached herein as exhibit A.

7. That said statements and communicative conduct is subject to suppression as evidence at any trial in this cause as obtained in violation of the defendants rights under Miranda v. Arizona and his right to counsel, under the Fifth, Sixth and 14th Amendments. (See attached memorandum of law).

Wherefore the Defendant prays this honorable court suppress any and all statements and communicative conduct and any additional evidence obtained as "fruits" thereof.

MARSHALL BLANCHARD, Defendant,

By: **s/ Robert G. Kirchner**
ROBERT G. KIRCHNER LAW OFFICE

By: **s/ Scott A. Lerner**
SCOTT A. LERNER, one of his attorneys

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 22nd day of September, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Timothy A. Bass**      tim.bass@usdoj.gov; staci.klayer@usdoj.gov

      **s/ Robert Kirchner**
Robert Kirchner Bar Number: 6182070
Attorney for Plaintiff
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Fax: 217-355-5675
E-mail: rgk-kirchnerlaw@sbcglobal.net