**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>           PLAINTIFF,       )<br>vs.                                                )<br>                                                      )   Case #: 05-20015<br>MARSHALL BLANCHARD,       )<br>           DEFENDANT       ) | |

**MOTION TO SUPPRESS EVIDENCE BASED ON THE SEARCH WARRANT NOT BEING SUPPORTED BY PROBABLE CAUSE AND FOR LEAVE TO FILE A MOTION REQUESTING A *FRANKS* HEARING**

Now Comes; Marshall Blanchard, by his attorneys Robert Kirchner, of the Kirchner Law Office, and Scott Lerner of the Lerner Law Office and move to suppress the evidence obtained as the result of executing the search warrants issued on December 29, 2004 and on December 30, 2004 in Ford County Illinois based on a lack of probable cause to issue the same:

1. That on December 29, 2004 a search warrant issued by Judge Pacey was executed to search the property located at 215 N. Main Street, in Roberts, Illinois.

2. A second search warrant was issued for the property located at 218 E. Orleans and for a nearby motor home in Paxton Illinois on December 30, 2004 based in part on evidence allegedly obtained in the execution of the first search warrant.

3. That the affidavit in support of that warrant signed by Randy Kinzinger was based solely on the statements of Lori Blanchard who claims to have heard them from Marshal Blanchard Jr.

4. That there is no indication as to the reliability of the informant Lori Blanchard or the person she claims to have relied upon, Marshal Blanchard Jr., nor any information sufficient to support to issuance of said warrants with or without said informant's alleged statements.

5. That Randy Kinzinger was also aware that Lori Blanchard was divorced from the defendant and that she had negative feelings towards the defendant.

6. That Lori Blanchard further provided additional hearsay information that approximately a month and a half prior to the search her daughter tested positive for an amphetamine substance.

7. That there was not sufficient information provided to Judge Pacey to find probable cause to issue either search warrant.

8. The warrant was issued in violation of the defendant's rights under the Fourth Amendment to the United States Constitution and 14th amendment thereto.

9. That much of the information relied upon for the court to make a finding of probable cause was based on false hearsay statements of Lori Blanchard which the Defendant cannot demonstrate until discovery is provided and hearings are held on Defendant's other pretrial motions.

Wherefore the defendant prays this Honorable court suppress all evidence obtained by virtue of said warrants and any fruits thereof; and that the Defendant be granted leave to file a *Franks Motion* after discovery and further hearings are held.

MARSHALL BLANCHARD, Defendant,

By: **s/ Robert G. Kirchner**
ROBERT G. KIRCHNER LAW OFFICE

By: **s/ Scott A. Lerner**
SCOTT A. LERNER, one of his attorneys

## CERTIFICATE OF SERVICE

      I hereby certify that on this 22nd day of September, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Timothy A. Bass**     tim.bass@usdoj.gov; staci.klayer@usdoj.gov

      **s/ Robert Kirchner**
Robert Kirchner Bar Number: 6182070
Attorney for Plaintiff
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Fax: 217-355-5675
E-mail: rgk-kirchnerlaw@sbcglobal.net