E-FILED
Thursday, 22 September, 2005  05:34:06 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-20015 |
| ) | |
| MARSHALL BLANCHARD, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR THE PRODUCTION OF THE GRAND JURY TRANSCRIPT PURSUANT TO RULE 6(e) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

NOW COMES the Defendant, MARSHALL BLANCHARD, by and through his attorneys, ROBERT G. KIRCHNER LAW OFFICE and LERNER LAW OFFICE, and hereby moves this Honorable Court for the entry of an Order requiring the production of grand jury testimony and in support thereof states and shows onto the Court as follows:

1. That the *Indictment* returned on April 8, 2005, alleged two Counts.

2. That Count I of the *Indictment* alleges that the Defendant knowingly and intentionally manufactured a mixture containing methamphetamine.

3. That Count II of the *Indictment* alleges that the Defendant knowingly and unlawfully possessed a firearm.

4. That Defendant's counsel is informed, and believes, the only witness who was claimed to have direct knowledge of the Defendant's involvement with methamphetamine - Cynthia Blanding - is not a witness that the Government intends

1

to call in this cause.

5. That the charges relating to controlled substances previously filed herein were dismissed for lack of probable cause by the Honorable Stephen Pacey in Ford County Illinois.

6. That the production of Grand Jury testimony is the only means by which Defendant can determine whether the indictment is subject to dismissal under Fed R. Crim. P 6(e); and it is essential to Defendant's preparation of a defense in that the discovery provided contains no evidence, even if believed, which would be sufficient to convict the Defendant.

7. The undersigned is informed that Defendant's son testified before the Grand Jury but an interview of Defendant's son revealed no evidence in support of the charges filed herein but instead demonstrated the lack of evidence in that Defendant's son advised of no knowledge regarding the Defendant's involvement with methamphetamine and confirmed that the Defendant never possessed any of the firearms seized.

WHEREFORE, the Defendant, MARSHALL BLANCHARD, prays that this Court enter an Order requiring the production of Grand Jury testimony and such other and further relief as the Defendant may then be entitled to.

MARSHALL BLANCHARD, Defendant,

2

By: **s/ Robert G. Kirchner**
    ROBERT G. KIRCHNER LAW OFFICE

By: **s/ Scott A. Lerner**
    SCOTT A. LERNER, one of his attorneys

3

# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of September, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Timothy A. Bass**          **tim.bass@usdoj.gov; staci.klayer@usdoj.gov**

                                            **s/ Robert Kirchner**
                                            Robert Kirchner Bar Number: 6182070
                                            Attorney for Plaintiff
                                            100 Trade Centre Drive, Suite 402
                                            Champaign, IL 61820
                                            Phone: 217-355-5660
                                            Fax: 217-355-5675
                                            E-mail: rgk-kirchnerlaw@sbcglobal.net