E-FILED
Friday, 14 October, 2005  04:26:54 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 05-20015 |
| | ) |
| MARSHALL BLANCHARD, | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S MOTION FOR ADDITIONAL
TIME TO RESPOND TO DEFENDANT'S MOTIONS**

The United States of America, by its attorneys, Jan Paul Miller, United States Attorney for the Central District of Illinois, and Timothy A. Bass, Assistant United States Attorney, respectfully submits its second motion for additional time to file responses to the defendant's motion. The government respectfully states the following:

1.    This Court has ordered the government to respond to the 10 pretrial motions and supporting memoranda filed by the defendant on September 22, 2005. This is the government's first request for additional time in which to respond.

2.    The attorney for the government has been involved in the preparation and presentation of matters before the grand jury on October 7, 2005, and matters to be presented on October 19, 2005. The attorney for the government has also been involved in preparing for trial in United States v. Cleo Ross, 03-20042, which was scheduled for trial on October 17, 2005, but which has been rescheduled for December 19, 2005.

3. The government has been diligently attempting to complete its responses. However, due to the involvement of the attorney for the government in the above-mentioned matters, the government's responses to the defendant's motions have not yet been completed. Accordingly, the government requests an additional two days to respond to the defendant's motions. Responses will be filed on October 18, 2005.

WHEREFORE, the United States of America respectfully requests that its motion be granted.

    Respectfully submitted,

    JAN PAUL MILLER
    UNITED STATES ATTORNEY

BY:    s/Timothy A. Bass
    TIMOTHY A. BASS, Bar No. MO 45344
    United States Attorney
    201 S. Vine St., Suite 226
    Urbana, IL 61802
    Phone: 217/373-5875
    Fax: 217/373-5891
    tim.bass@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 14th day of October 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following this date:

    Robert G. Kirchner
    Kirchner Law Office
    Suite 402
    100 Trade Centre Drive
    Champaign, IL 61820

                                        s/Timothy A. Bass
                                        TIMOTHY A. BASS, Bar No. MO 45344
                                        Attorney for Plaintiff
                                        United States Attorney
                                        201 S. Vine Street, Suite 226
                                        Urbana, Illinois 61802
                                        Phone:  217/373-5875
                                        Fax: 217/373-5891
                                        tim.bass@usdoj.gov