✎PS 42
(Rev. 7/93)

E-FILED
Tuesday, 25 October, 2005  03:50:05 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## Central District of Illinois

| | |
|---|---|
| **United States of America** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| Marshall Blanchard | )  **Case No.**  05-20015-001 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Marshall Blanchard_____ , have discussed with _____Susan C. Silver_____ , Pretrial Services/Probation Officer, modifications of my release conditions as follows:

7(i) The defendant shall abide by the following restrictions on his personal associations, place of abode, or travel: travel is restricted to the Central District of Illinois and to abide with third-party custodian, Dean Rhinehart **or any other residence approved in advance by the U.S. Probation Officer.**

I consent to this modification of my release conditions and agree to abide by this modification.

| s/Marshall Blanchard | 09/26/05 | s/Susan C. Silver | 09/26/05 |
|---|---|---|---|
| Signature of Defendant | Date | Pretrial Services/Probation Officer | Date |

I have reviewed the conditions with my client and concur that this modification is appropriate.

| s/Robert Kirchner | 09/26/05 |
|---|---|
| Signature of Defense Counsel | Date |

[X] The above modification of conditions of release is ordered, to be effective on _____October 25, 2005_____ .
[ ] The above modification of conditions of release is *not* ordered.

| s/ David G. Bernthal, U.S. Magistrate Judge | October 25, 2005 |
|---|---|
| Signature of Judicial Officer | Date |