UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| Plaintiff,   ) | |
| vs.   ) | Case No. 05-20015 |
| MARSHALL BLANCHARD,   ) | |
| Defendant.   ) | |

**DEFENDANT'S MOTION FOR ADDITIONAL TIME TO REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTIONS**

NOW COMES the Defendant, MARSHALL L. BLANCHARD, by and through his attorneys ROBERT G. KIRCHNER LAW OFFICE and LERNER LAW OFFICE and hereby request additional time to file a reply to the *Government's Consolidated Response to Defendant's Pre-Trial Motions* and states and shows unto the Court as follows:

1. That on September 23rd, 2005 a scheduling conference was held by telephone during which the Court Ordered the Government to respond to all pending motions by October 14th, 2005 and the Defendant to reply to all Government's responses by October 28th, 2005.

2. That on October 14th, 2005 the Government filed an unopposed motion requesting additional time to file a response to Defendant's motions.

3. That on October 17th, 2005 the Court granted the Government's motion for additional time and Ordered the Government to respond to the Defendant's motions by October 18th, 2005.

4. That due to said extension of time granted to the Government, and Defendant's counsel's other commitments, the Defendant requests an additional four days to reply to the Government's motions, thus filing said response by November 1st, 2005.

5. That said extension will not impair the current scheduling Order.

WHEREFORE, the Defendant prays that the Court grant Defendant's Motion for Additional Time to Reply to Government's Response to Defendant's Motions.

Respectfully Submitted,

MARSHALL BLANCHARD, Defendant,

By: **s/ Robert G. Kirchner**
 ROBERT G. KIRCHNER LAW OFFICE
 Robert G. Kirchner
 Attorney at Law
 100 Trade Centre Drive, Suite 402
 Champaign, IL 61820
 Phone: 217-355-5660
 Fax: 217-355-5675

By: **s/ Scott Lerner**
 LERNER LAW OFFICE
 Scott Lerner
 Attorney at Law
 201 West Springfield  Suite 610
 Champaign, IL 61820
 Phone: 217-356-8381
 Fax:   217-356-7739

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day October, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Timothy A. Bass**         tim.bass@usdoj.gov; staci.klayer@usdoj.gov

 

**s/ Robert Kirchner**
Robert Kirchner Bar Number: 6182070
Attorney for Plaintiff
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Fax: 217-355-5675
E-mail: rgk-kirchnerlaw@sbcglobal.net

**s/ Scott Lerner**
Scott Lerner
Attorney for Plaintiff
201 West Springfield  Suite 610
Champaign, IL 61820
Phone: 217-356-8381
Fax:    217-356-7739
E-mail: scott@lerner-law.com