# United States District Court

──────── DISTRICT OF ────────

USA v. Blanchard

### EXHIBIT AND WITNESS LIST

CASE NUMBER: 05-20015

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Michael McCuskey | Timothy Bass | Robert Kirchner / Scott Lerner |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 11-15-05 | LC | SJ |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
|---|---|---|---|---|---|---|
| 1 | | 11-15-05 | ✓ | ✓ | photo of front of house | no obj |
| 2 | | 11-15-05 | ✓ | ✓ | photo of rifles against wall | no obj |
| 3 | | 11-15-05 | ✓ | ✓ | photo of firearm | no obj |
| 5 | | 11-15-05 | ✓ | ✓ | photo of rifles | no obj |
| 6 | | 11-15-05 | ✓ | ✓ | Sealed Doc. | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages