# United States District Court

DISTRICT OF ——

USA v. Blanchard

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 05-20015-

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Michael McCuskey | Timothy Bass | Robert Kirchner / Scott Lerner |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 11-15-05 | LC | SJ |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 11-15-05 | ✓ | ✓ | Diagram of floorplan — no obj. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages