UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-20015 |
| ) | |
| MARSHALL L. BLANCHARD, ) | |
| ) | |
| Defendant. ) | |

**PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Petitioner, the United States of America, by Rodger A. Heaton, United States Attorney, and Timothy A. Bass, Assistant United States Attorney, respectfully shows to this Honorable Court that Cynthia Blanding, Inmate No. R78703, date of birth xx/xx/xxxx, is now confined in the Lincoln Correctional Center, Lincoln, Illinois, in the custody of the Warden thereof.

Cynthia Blanding will be called to provide testimony at the trial in the above-referenced cause and her appearance is necessary in connection with these proceedings on March 27, 2006 at 9:00 a.m.

That it is necessary and essential that Cynthia Blanding be transported and maintained in the Central District of Illinois for said hearing.

That, in the interest of all parties, it is therefore necessary that Cynthia Blanding be transported to the Central District of Illinois and be produced at the United States District Court, Courtroom A, 201 S. Vine Street, Urbana, Illinois, by the hour of 9:00 a.m on March 27, 2006.

WHEREFORE, your Petitioner prays that a Writ of Habeas Corpus Ad Testificandum be directed to the Warden of the Lincoln Correctional Center, Lincoln, Illinois, and the United States Marshal for the Central District of Illinois, commanding them to transport the said Cynthia Blanding to the Central District of Illinois, and to produce the said Cynthia Blanding in the United States District Court, Courtroom A, 201 S. Vine Street, Urbana, Illinois, by the hour of 9:00 a.m. on March 27, 2006, and as necessary on any date thereafter.

                    Respectfully submitted,

                    RODGER A. HEATON
                    UNITED STATES ATTORNEY

BY:    s/Timothy A. Bass
        TIMOTHY A. BASS, Bar No. MO 45344
        United States Attorney
        201 S. Vine St., Suite 226
        Urbana, IL 61802
        Phone: 217/373-5875
        Fax: 217/373-5891
        tim.bass@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 26th day of January 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Robert G. Kirchner
Kirchner Law Office
Attorney at Law
Suite 402
100 Trade Centre Drive
Champaign, IL 61820

Scott A. Lerner
Lerner Law Offices
Attorney at Law
Suite 608
201 W. Springfield Ave.
Champaign, IL 61824

    s/Timothy A. Bass
    TIMOTHY A. BASS, Bar No. MO 45344
    Attorney for Plaintiff
    United States Attorney
    201 S. Vine Street, Suite 226
    Urbana, Illinois 61802
    Phone:  217/373-5875
    Fax: 217/373-5891
    tim.bass@usdoj.gov