E-FILED
Friday, 27 January, 2006  08:56:19 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 05-20015 |
| MARSHALL L. BLANCHARD, | ) |
| Defendant. | ) |

**O R D E R**

This matter coming on to be heard on the Petition of the Government, and it appearing to the Court that Cynthia Blanding, Inmate No. R78703, date of birth xx/xx/xx, is presently incarcerated in the Lincoln Correctional Center, Lincoln, Illinois; it further appearing that the said Cynthia Blanding will be called as a witness in the trial in the above-entitled cause and her appearance is necessary in connection with these proceedings on March 27, 2006, at 9:00 a.m.;

IT IS THEREFORE ORDERED that a Writ of Habeas Corpus Ad Testificandum be issued commanding the Warden of the Lincoln Correctional Center, Lincoln, Illinois, and the United States Marshal for the Central District of Illinois, to transport the said Cynthia Blanding to the Central District of Illinois, and to produce the said Cynthia Blanding on March 27, 2006, at 9:00 a.m. in the United States District Court, Courtroom A, 201 S. Vine Street, Urbana, Illinois, in connection with this cause and then and there to present the defendant before the Court and from day to day thereafter as may be necessary.

ENTERED this 27th day of January, 2006

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE