E-FILED
Friday, 27 January, 2006  09:05:40 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-20015 |
| ) | |
| MARSHALL L. BLANCHARD, ) | |
| ) | |
| Defendant. ) | |

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:   THE WARDEN OF THE LINCOLN CORRECTIONAL CENTER, LINCOLN, ILLINOIS

THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF ILLINOIS

G R E E T I N G S:

We command you, the Warden of the Lincoln Correctional Center, Lincoln, Illinois, and the United States Marshal for the Central District of Illinois, to transport the said Cynthia Blanding and to produce the said Cynthia Blanding, Inmate No. R78703 date of birth xx/xx/xxx, in the United States District Court, Courtroom A, 201 S. Vine Street, Urbana, Illinois, by the hour of 9:00 a.m. on March 27, 2006, and then and there to appear in connection with this cause and then and there to present the said Cynthia Blanding before the court and from day to day thereafter as may be necessary, and after the said Cynthia Blanding has so then and there appeared, that you return the said Cynthia Blanding to the Lincoln Correctional Center, Lincoln, Illinois, under safe and secure conduct, and have you then and there this Writ.

WITNESS, the Honorable John M. Waters, Clerk of the said Court, and the seal thereof,

at the City of Urbana, this 27th day of January, 2006.

             s/John M. Waters/skd

             _____
             JOHN M. WATERS, Clerk
             United States District Court
             Central District of Illinois