UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-20015 |
| ) | |
| MARSHALL BLANCHARD, ) | |
| ) | |
| Defendant. ) | |

**MOTION IN LIMINE - IMPEACHMENT OF THE DEFENDANT**

NOW COMES, the Defendant, MARSHALL L. BLANCHARD, by and through his attorneys, ROBERT G. KIRCHNER LAW OFFICE and LERNER LAW OFFICE, and hereby moves for the entry of an Order precluding the Government from attempting to introduce, for impeachment, the Defendant's "use of drugs" and in support thereof states as follows:

1. Defendant's counsel has been informed that the Government claims to possess evidence of drug use by the Defendant - at least as reflected in "concerns" to which his son testified and a "drop" conducted during Defendant's pre-trial release.

2. Rule 608(b) does not permit a general attack on Defendant's character; and evidence of drug use should be linked to instances impacting a witness's ability to perceive and recall. *See Jarrett v. United States*, 822 F.2d 1438, 1445 (7th Cir. 1987) ("A witness' use of drugs is only relevant as to the ability of the witness to perceive the underlying events and testify lucidly at trial; *United States v. Mojica*, 185 F. 3d 780, 789 (7th Cir. 1999) ("[A] district court may refuse cross-examination on the issue [of

a witness' drug use] where memory or mental capacity is not legitimately at issue and the evidence is offered solely as a general character attack.").

WHEREFORE, the Defendant prays that this Court enter an Order precluding the Government from attempting to introduce, for impeachment of the Defendant, the Defendant's "use of drugs."

Respectfully Submitted,

MARSHALL BLANCHARD, Defendant,

By: **s/ Robert G. Kirchner**
   ROBERT G. KIRCHNER LAW OFFICE
   Robert G. Kirchner
   Attorney at Law
   100 Trade Centre Drive, Suite 402
   Champaign, IL 61820
   Phone: 217-355-5660
   Fax: 217-355-5675

By: **s/ Scott Lerner**
   LERNER LAW OFFICE
   Scott Lerner
   Attorney at Law
   201 West Springfield  Suite 610
   Champaign, IL 61820
   Phone: 217-356-8381
   Fax:   217-356-7739

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of February, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Timothy A. Bass**         tim.bass@usdoj.gov; staci.klayer@usdoj.gov

 

**s/ Robert Kirchner**
Robert Kirchner Bar Number: 6182070
Attorney for Plaintiff
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Fax: 217-355-5675
E-mail: rgk-kirchnerlaw@sbcglobal.net

**s/ Scott Lerner**
Scott Lerner
Attorney for Plaintiff
201 West Springfield Suite 610
Champaign, IL 61820
Phone: 217-356-8381
Fax:    217-356-7739
E-mail: scott@lerner-law.com