E-FILED
Friday, 03 March, 2006  02:34:06 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 05-20015 |
| MARSHALL BLANCHARD, | ) |
| Defendant. | ) |

**GOVERNMENT'S MOTION FOR ADDITIONAL
TIME TO RESPOND TO DEFENDANT'S MOTIONS**

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Timothy A. Bass, Assistant United States Attorney, respectfully submits its motion for additional time to file responses to the defendant's pre-trial motions. The government respectfully states the following:

1.     The defendant is charged in an indictment with knowingly manufacturing methamphetamine on or about December 30, 2004, in violation of 21 U.S.C. § 841(a)(1), and felon in possession of a firearm on or about December 30, 2004, in violation of 18 U.S.C. § 922(g)(1).

2.     The final pretrial conference and trial dates are scheduled for March 13 and 27, 2006, respectively.

3.     On February 17, 2006, the defendant filed three motions in limine and a motion for notice of evidence the government intends to introduce under Fed. R. Evid.

404(b). This Court has ordered the government to respond to the defendant's motions on or before March 3, 2006.

4.  During the week of February 20, 2006, the undersigned attorney for the government was involved in preparation of a filing in the court of appeals and in preparing a matter for presentation to the grand jury during the week of February 27, 2006. In addition, during the week of February 27, 2006, the undersigned attorney for the government has been out of the office due to illness. As a result, the government's responses to the defendant's motions have not yet been completed.

5.  Accordingly, the government respectfully requests that the Court allow the government an additional four days within which to respond to the defendant's motions. The responses will be filed on March 7, 2006.

WHEREFORE, the United States of America respectfully requests that its motion be granted.

                                          Respectfully submitted,

                                        RODGER A. HEATON
                                        UNITED STATES ATTORNEY

BY:   s/Timothy A. Bass
        TIMOTHY A. BASS, Bar No. MO 45344
        Assistant United States Attorney
        201 S. Vine St., Suite 226
        Urbana, IL 61802
        Phone:  217/373-5875
        Fax: 217/373-5891
        tim.bass@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on the 3rd day of March 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following this date:

Robert G. Kirchner
Kirchner Law Office
Suite 402
100 Trade Centre Drive
Champaign, IL 61820

Scott Lerner
Lerner Law Offices
Suite 608
201 W. Springfield Avenue
Champaign, IL 61824

                s/Timothy A. Bass
                TIMOTHY A. BASS, Bar No. MO 45344
                Assistant United States Attorney
                201 S. Vine Street, Suite 226
                Urbana, Illinois 61802
                Phone:  217/373-5875
                Fax: 217/373-5891
                tim.bass@usdoj.gov