UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.  05-20015 |
| | ) |
| MARSHALL BLANCHARD, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of March 2006, I electronically filed the Government's Witness List with the Clerk of Court using the CM/ECF system and I hereby certify that I hand delivered a copy of said document to the following:

Robert G. Kirchner
Kirchner Law Office
Suite 402
100 Trade Centre Drive
Champaign, IL 61820

Scott Lerner
Lerner Law Offices
Suite 608
201 W. Springfield Avenue
Champaign, IL 61824

        s/Timothy A. Bass_____
        TIMOTHY A. BASS, Bar No. MO 45344
        United States Attorney
        201 S. Vine St., Suite 226
        Urbana, IL 61802
        Phone:  217/373-5875
        Fax: 217/373-5891
        tim.bass@usdoj.gov