E-FILED
Wednesday, 15 March, 2006 01:55:17 PM
Clerk, U.S. District Court, ILCD

| UNITED STATES v. MARSHALL L. BLANCHARD | | | | | DISTRICT COURT, Central District of Illinois | |
|---|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY Timothy A. Bass | | | DEFENDANT'S ATTYS. Robert Kirchner & Scott Lerner | | DOCKET NUMBER  05-20015 | |
| | | | | | TRIAL DATE March 27, 2006 | |
| PRESIDING JUDGE Michael P. McCuskey | | | COURT REPORTER Lisa Cosimini | | COURTROOM DEPUTY | |
| Plf No | Def No | Date | Marked | Admitted | **EXHIBITS** | |
| 1 | | | | | Items produced by Marshall Blanchard, Jr. | |
| 2 | | | | | Photographs taken by Marshall Blanchard, Jr. | |
| | | | | | **Search of 215 N. Main St.** | |
| 3 | | | | | Photographs | |
| 4A- | | | | | Items seized during search warrant | |
| 5A- | | | | | Firearms | |
| | | | | | **Search of Blanding's Vehicle** | |
| 6A- | | | | | Items seized during search | |
| | | | | | **Search of 218 E. Orleans, Paxton, IL** | |
| 7A- | | | | | Photographs | |
| 8A- | | | | | Items seized during search | |
| 9 | | | | | Arrest photograph of defendant | |
| 10 | | | | | Stipulation to conviction/certified copy of defendant's felony conviction | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size