**E-FILED**
Wednesday, 15 March, 2006  02:12:08 PM
Clerk, U.S. District Court, ILCD

ANY OF YOU WHO TOOK NOTES MAY USE YOUR NOTES TO REFRESH YOUR MEMORY AT THE APPROPRIATE TIME.  YOUR NOTES ARE FOR YOUR OWN USE ONLY, NOT FOR ANY OTHER JUROR'S.  DO NOT SHOW THEM TO ANYONE AT ANY TIME;  THAT INCLUDES OTHER JURORS AND IT INCLUDES THE TIME WHEN YOU ARE DELIBERATING ON YOUR VERDICT.

YOU SHOULD RELY ON YOUR OWN MEMORY OF THE EVIDENCE.  IF YOUR NOTES CONFLICT WITH YOUR MEMORY, OR IF SOMEONE ELSE'S NOTES CONFLICT WITH YOUR MEMORY, YOU ARE FREE TO USE YOUR OWN MEMORY OF THE EVIDENCE.   JUST BECAUSE A JUROR HAS TAKEN NOTES DOES NOT MEAN HIS OR HER MEMORY OF THE EVIDENCE HAS ANY MORE WEIGHT OR IMPACT THAN THE MEMORY OF A JUROR WHO HAS NOT TAKEN NOTES.

AT THE END OF THE TRIAL, WHEN YOU ARE DISCHARGED FROM FURTHER SERVICE IN THIS CASE, THE NOTES WILL BE COLLECTED BY THE  MARSHAL. THEY THEN WILL BE DESTROYED.  NO ONE WILL BE ALLOWED TO LOOK AT THE NOTES BEFORE THEY ARE DESTROYED.

GOVERNMENT INSTRUCTION NO.  __1__

MEMBERS OF THE JURY, YOU HAVE SEEN AND HEARD ALL THE EVIDENCE. NOW I WILL INSTRUCT YOU ON THE LAW.

YOU HAVE TWO DUTIES AS A JURY.  YOUR FIRST DUTY IS TO DECIDE THE FACTS FROM THE EVIDENCE IN THE CASE.  THIS IS YOUR JOB, AND YOURS ALONE.

YOUR SECOND DUTY IS TO APPLY THE LAW THAT I GIVE YOU TO THE FACTS.  YOU MUST FOLLOW THESE INSTRUCTIONS, EVEN IF YOU DISAGREE WITH THEM.  EACH OF THE INSTRUCTIONS IS IMPORTANT, AND YOU MUST FOLLOW ALL OF THEM.

PERFORM THESE DUTIES FAIRLY AND IMPARTIALLY.  DO NOT ALLOW SYMPATHY, PREJUDICE, FEAR, OR PUBLIC OPINION TO INFLUENCE YOU.  YOU SHOULD NOT BE INFLUENCED BY ANY PERSON'S RACE, COLOR, RELIGION, NATIONAL ANCESTRY, OR SEX.

NOTHING I SAY NOW, AND NOTHING I SAID OR DID DURING THE TRIAL, IS MEANT TO INDICATE ANY OPINION ON MY PART ABOUT WHAT THE FACTS ARE OR ABOUT WHAT YOUR VERDICT SHOULD BE.

GOVERNMENT INSTRUCTION NO. ___2__

SEVENTH CIRCUIT FEDERAL JURY INSTRUCTIONS, CRIMINAL NO. 1.01

THE EVIDENCE CONSISTS OF THE TESTIMONY OF THE WITNESSES, THE EXHIBITS ADMITTED IN EVIDENCE, AND STIPULATIONS.

A STIPULATION IS AN AGREEMENT BETWEEN BOTH SIDES THAT CERTAIN FACTS ARE TRUE OR THAT A PERSON WOULD HAVE GIVEN CERTAIN TESTIMONY.

I HAVE TAKEN JUDICIAL NOTICE OF CERTAIN FACTS THAT MAY BE REGARDED AS MATTERS OF COMMON KNOWLEDGE.  YOU MAY ACCEPT THOSE FACTS AS PROVED, BUT YOU ARE NOT REQUIRED TO DO SO.

GOVERNMENT INSTRUCTION NO.   3   

SEVENTH CIRCUIT FEDERAL JURY INSTRUCTIONS, CRIMINAL NO. 1.02

THE EVIDENCE CONSISTS OF THE TESTIMONY OF THE WITNESSES, THE

EXHIBITS ADMITTED IN EVIDENCE, AND STIPULATIONS.

A STIPULATION IS AN AGREEMENT BETWEEN BOTH SIDES THAT CERTAIN

FACTS ARE TRUE OR THAT A PERSON WOULD HAVE GIVEN CERTAIN TESTIMONY.

GOVERNMENT INSTRUCTION NO. __4__

SEVENTH CIRCUIT FEDERAL JURY INSTRUCTIONS, CRIMINAL NO. 1.02

YOU ARE TO DECIDE WHETHER THE TESTIMONY OF EACH OF THE

WITNESSES IS TRUTHFUL AND ACCURATE, IN PART, IN WHOLE, OR NOT AT ALL,

AS WELL AS WHAT WEIGHT, IF ANY, YOU GIVE TO THE TESTIMONY OF EACH

WITNESS.

IN EVALUATING THE TESTIMONY OF ANY WITNESS, YOU MAY CONSIDER,

AMONG OTHER THINGS:

- THE WITNESS'S AGE;

- THE WITNESS'S INTELLIGENCE;

- THE ABILITY AND OPPORTUNITY THE WITNESS HAD TO SEE, HEAR,

OR KNOW THE THINGS THAT THE WITNESS TESTIFIED ABOUT;

- THE WITNESS'S MEMORY;

- ANY INTEREST, BIAS, OR PREJUDICE THE WITNESS MAY HAVE;

- THE MANNER OF THE WITNESS WHILE TESTIFYING; AND

- THE REASONABLENESS OF THE WITNESS'S TESTIMONY IN LIGHT OF

ALL THE EVIDENCE IN THE CASE.

YOU SHOULD JUDGE THE DEFENDANT'S TESTIMONY IN THE SAME WAY

THAT YOU JUDGE THE TESTIMONY OF ANY OTHER WITNESS.

GOVERNMENT INSTRUCTION NO.   5

SEVENTH CIRCUIT FEDERAL JURY INSTRUCTIONS, CRIMINAL NO. 1.03

YOU ARE TO DECIDE WHETHER THE TESTIMONY OF EACH OF THE WITNESSES IS TRUTHFUL AND ACCURATE, IN PART, IN WHOLE, OR NOT AT ALL, AS WELL AS WHAT WEIGHT, IF ANY, YOU GIVE TO THE TESTIMONY OF EACH WITNESS.

IN EVALUATING THE TESTIMONY OF ANY WITNESS, YOU MAY CONSIDER, AMONG OTHER THINGS:

- THE WITNESS'S AGE;

- THE WITNESS'S INTELLIGENCE;

- THE ABILITY AND OPPORTUNITY THE WITNESS HAD TO SEE, HEAR, OR KNOW THE THINGS THAT THE WITNESS TESTIFIED ABOUT;

- THE WITNESS'S MEMORY;

- ANY INTEREST, BIAS, OR PREJUDICE THE WITNESS MAY HAVE;

- THE MANNER OF THE WITNESS WHILE TESTIFYING; AND

- THE REASONABLENESS OF THE WITNESS'S TESTIMONY IN LIGHT OF ALL THE EVIDENCE IN THE CASE.

GOVERNMENT INSTRUCTION NO. ___6___

SEVENTH CIRCUIT FEDERAL JURY INSTRUCTIONS, CRIMINAL NO. 1.03

YOU SHOULD USE COMMON SENSE IN WEIGHING THE EVIDENCE AND CONSIDER THE EVIDENCE IN LIGHT OF YOUR OWN OBSERVATIONS IN LIFE.

IN OUR LIVES, WE OFTEN LOOK AT ONE FACT AND CONCLUDE FROM IT THAT ANOTHER FACT EXISTS.  IN LAW WE CALL THIS "INFERENCE."  A JURY IS ALLOWED TO MAKE REASONABLE INFERENCES.  ANY INFERENCES YOU MAKE MUST BE REASONABLE AND MUST BE BASED ON THE EVIDENCE IN THE CASE.

GOVERNMENT INSTRUCTION NO.   7

SEVENTH CIRCUIT FEDERAL JURY INSTRUCTIONS, CRIMINAL NO. 1.04

SOME OF YOU HAVE HEARD THE PHRASES "CIRCUMSTANTIAL EVIDENCE" AND "DIRECT EVIDENCE."  DIRECT EVIDENCE IS THE TESTIMONY OF SOMEONE WHO CLAIMS TO HAVE PERSONAL KNOWLEDGE OF THE COMMISSION OF THE CRIME WHICH HAS BEEN CHARGED, SUCH AS AN EYEWITNESS.

CIRCUMSTANTIAL EVIDENCE IS THE PROOF OF A SERIES OF FACTS WHICH TEND TO SHOW WHETHER THE DEFENDANT IS GUILTY OR NOT GUILTY.  THE LAW MAKES NO DISTINCTION BETWEEN THE WEIGHT TO BE GIVEN EITHER DIRECT OR CIRCUMSTANTIAL EVIDENCE.  YOU SHOULD DECIDE HOW MUCH WEIGHT TO GIVE TO ANY EVIDENCE.  ALL THE EVIDENCE IN THE CASE, INCLUDING THE CIRCUMSTANTIAL EVIDENCE, SHOULD BE CONSIDERED BY YOU IN REACHING YOUR VERDICT.

GOVERNMENT INSTRUCTION NO. __8__

SEVENTH CIRCUIT FEDERAL JURY INSTRUCTIONS, CRIMINAL NO. 1.05

CERTAIN THINGS ARE NOT EVIDENCE.  I WILL LIST THEM FOR YOU:

FIRST, TESTIMONY AND EXHIBITS THAT I STRUCK FROM THE RECORD, OR THAT I TOLD YOU TO DISREGARD,  ARE NOT EVIDENCE AND MUST NOT BE CONSIDERED.

SECOND, ANYTHING THAT YOU MAY HAVE SEEN OR HEARD OUTSIDE THE COURTROOM IS NOT EVIDENCE AND MUST BE ENTIRELY DISREGARDED.  THIS INCLUDES ANY PRESS, RADIO, OR TELEVISION REPORTS YOU MAY HAVE SEEN OR HEARD.  SUCH REPORTS ARE NOT EVIDENCE AND YOUR VERDICT MUST NOT BE INFLUENCED IN ANY WAY BY SUCH PUBLICITY.

THIRD, QUESTIONS AND OBJECTIONS BY THE LAWYERS ARE NOT EVIDENCE.  ATTORNEYS HAVE A DUTY TO OBJECT WHEN THEY BELIEVE A QUESTION IS IMPROPER.  YOU SHOULD NOT BE INFLUENCED BY ANY OBJECTION OR BY MY RULING ON IT.

FOURTH, THE LAWYERS' STATEMENTS TO YOU ARE NOT EVIDENCE.  THE PURPOSE OF THESE STATEMENTS IS TO DISCUSS THE ISSUES AND THE EVIDENCE. IF THE EVIDENCE AS YOU REMEMBER IT DIFFERS FROM WHAT THE LAWYERS SAID, YOUR MEMORY IS WHAT COUNTS.

GOVERNMENT INSTRUCTION NO. __9__

SEVENTH CIRCUIT FEDERAL JURY INSTRUCTIONS, CRIMINAL NO. 1.06

IT IS PROPER FOR AN ATTORNEY TO INTERVIEW ANY WITNESS IN

PREPARATION FOR TRIAL.

GOVERNMENT INSTRUCTION NO. ___10__

SEVENTH CIRCUIT FEDERAL JURY INSTRUCTIONS, CRIMINAL NO. 1.07

THE INDICTMENT IN THIS CASE IS THE FORMAL METHOD OF ACCUSING THE DEFENDANT OF AN OFFENSE AND PLACING THE DEFENDANT ON TRIAL.  IT IS NOT EVIDENCE AGAINST THE DEFENDANT AND DOES NOT CREATE ANY INFERENCE OF GUILT.

THE DEFENDANT IS CHARGED WITH THE OFFENSE KNOWINGLY AND INTENTIONALLY MANUFACTURING A MIXTURE OR SUBSTANCE CONTAINING METHAMPHETAMINE AND WITH THE OFFENSE KNOWINGLY POSSESSING A FIREARM, WHICH HAD PREVIOUSLY BEEN SHIPPED OR TRANSPORTED IN INTERSTATE COMMERCE, AFTER BEING CONVICTED OF A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR.  THE DEFENDANT HAS PLEADED NOT GUILTY TO THE CHARGES.

GOVERNMENT INSTRUCTION NO. ___11__

SEVENTH CIRCUIT FEDERAL JURY INSTRUCTIONS, CRIMINAL NO. 2.01

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CRIMINAL NO.  05-20015 |
| | ) VIOLATIONS: 21 U.S.C. §§ 841(a)(1), |
| | ) 841(b)(1)(C), 18 U.S.C. § 922(g)(1) |
| MARSHALL L. BLANCHARD, | ) |
| | ) |
| DEFENDANT. | ) |

## I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

## COUNT 1

ON OR ABOUT DECEMBER 30, 2004, IN THE CENTRAL DISTRICT OF

ILLINOIS, THE DEFENDANT,

**MARSHALL L. BLANCHARD,**

KNOWINGLY AND INTENTIONALLY MANUFACTURED A MIXTURE OR SUBSTANCE

CONTAINING METHAMPHETAMINE, A SCHEDULE II CONTROLLED SUBSTANCE

ALL IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTIONS 841(A)(1)

AND 841(B)(1)(C).

## COUNT 2

ON OR ABOUT DECEMBER 30, 2004, IN THE CENTRAL DISTRICT OF ILLINOIS,

THE DEFENDANT,

**MARSHALL L. BLANCHARD,**

AFTER PREVIOUSLY BEING CONVICTED OF A CRIME PUNISHABLE BY

IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR, DID KNOWINGLY AND

UNLAWFULLY POSSESS A FIREARM, WHICH HAD PREVIOUSLY BEEN SHIPPED OR

TRANSPORTED IN INTERSTATE COMMERCE.

     ALL IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 922(G)(1).

     A TRUE BILL,

_____

FOREPERSON

_____

JAN PAUL MILLER
UNITED STATES ATTORNEY
TB

GOVERNMENT'S INSTRUCTION NO. __12__

THE DEFENDANT IS PRESUMED TO BE INNOCENT OF THE CHARGES.  THIS PRESUMPTION CONTINUES DURING EVERY STAGE OF THE TRIAL AND YOUR DELIBERATIONS ON THE VERDICT.  IT IS NOT OVERCOME UNLESS FROM ALL THE EVIDENCE IN THE CASE YOU ARE CONVINCED BEYOND A REASONABLE DOUBT THAT THE DEFENDANT IS GUILTY AS CHARGED.  THE GOVERNMENT HAS THE BURDEN OF PROVING THE GUILT OF THE DEFENDANT BEYOND A REASONABLE DOUBT.

THIS BURDEN OF PROOF STAYS WITH THE GOVERNMENT THROUGHOUT THE CASE.  THE DEFENDANT IS NEVER REQUIRED TO PROVE HIS INNOCENCE OR TO PRODUCE ANY EVIDENCE AT ALL.

GOVERNMENT INSTRUCTION NO. ___13__

SEVENTH CIRCUIT FEDERAL JURY INSTRUCTIONS, CRIMINAL NO. 2.03

THE DEFENDANT HAS AN ABSOLUTE RIGHT NOT TO TESTIFY. THE FACT

THAT THE DEFENDANT DID NOT TESTIFY SHOULD NOT BE CONSIDERED BY YOU

IN ANY WAY IN ARRIVING AT YOUR VERDICT.

GOVERNMENT INSTRUCTION NO.   14

SEVENTH CIRCUIT FEDERAL JURY INSTRUCTIONS, CRIMINAL NO. 3.01

YOU HAVE HEARD WITNESSES GIVE OPINIONS ABOUT MATTERS REQUIRING SPECIAL KNOWLEDGE OR SKILL.  YOU SHOULD JUDGE THIS TESTIMONY IN THE SAME WAY THAT YOU JUDGE THE TESTIMONY OF ANY OTHER WITNESS.  THE FACT THAT SUCH A PERSON HAS GIVEN AN OPINION DOES NOT MEAN THAT YOU ARE REQUIRED TO ACCEPT IT.  GIVE THE TESTIMONY WHATEVER WEIGHT YOU THINK IT DESERVES, CONSIDERING THE REASONS GIVEN FOR THE OPINION, THE WITNESS' QUALIFICATIONS, AND ALL OF THE OTHER EVIDENCE IN THE CASE.

GOVERNMENT INSTRUCTION NO.  __15__

SEVENTH CIRCUIT FEDERAL JURY INSTRUCTIONS, CRIMINAL NO. 3.07

THE INDICTMENT CHARGES THAT THE OFFENSES WERE COMMITTED "ON OR ABOUT DECEMBER 30, 2004".  THE GOVERNMENT MUST PROVE THAT THE OFFENSES HAPPENED REASONABLY CLOSE TO THAT DATE BUT IS NOT REQUIRED TO PROVE THAT THE ALLEGED OFFENSES HAPPENED ON THAT EXACT DATE.

GOVERNMENT INSTRUCTION NO. ___16__

SEVENTH CIRCUIT FEDERAL JURY INSTRUCTIONS, CRIMINAL NO. 4.04

WHEN THE WORD "KNOWINGLY" IS USED IN THESE INSTRUCTIONS, IT MEANS THAT THE DEFENDANT REALIZED WHAT HE WAS DOING AND WAS AWARE OF THE NATURE OF HIS CONDUCT, AND DID NOT ACT THROUGH IGNORANCE, MISTAKE OR ACCIDENT. KNOWLEDGE MAY BE PROVED BY THE DEFENDANT'S CONDUCT, AND BY ALL THE FACTS AND CIRCUMSTANCES SURROUNDING THE CASE.

GOVERNMENT INSTRUCTION NO. __17__

SEVENTH CIRCUIT FEDERAL JURY INSTRUCTIONS, CRIMINAL NO. 4.06

YOU ARE INSTRUCTED THAT METHAMPHETAMINE IS A CONTROLLED

SUBSTANCE.

GOVERNMENT'S INSTRUCTION NO.   18

SEVENTH CIRCUIT PATTERN JURY INSTRUCTION, 21 U.S.C. §841(a)(1)

TO SUSTAIN THE CHARGE OF KNOWINGLY MANUFACTURING METHAMPHETAMINE, THE GOVERNMENT MUST PROVE THE FOLLOWING PROPOSITIONS:

FIRST, THAT THE DEFENDANT KNOWINGLY OR INTENTIONALLY MANUFACTURED METHAMPHETAMINE; AND

SECOND, THAT THE DEFENDANT KNEW THE SUBSTANCED HE MANUFACTURED WAS A CONTROLLED SUBSTANCE.;

IT DOES NOT MATTER WHETHER THE DEFENDANT KNEW THE SUBSTANCE WAS METHAMPHETAMINE. IT IS SUFFICIENT THAT THE DEFENDANT KNEW THAT IT WAS SOME KIND OF CONTROLLED SUBSTANCE.

IF YOU FIND FROM YOUR CONSIDERATION OF ALL THE EVIDENCE THAT EACH OF THESE PROPOSITIONS HAS BEEN PROVED BEYOND A REASONABLE DOUBT, THEN YOU SHOULD FIND THE DEFENDANT GUILTY.

IF, ON THE OTHER HAND, YOU FIND FROM YOUR CONSIDERATION OF ALL THE EVIDENCE THAT ANY ONE OF THESE PROPOSITIONS HAS NOT BEEN PROVED BEYOND A REASONABLE DOUBT, THEN YOU SHOULD FIND THE DEFENDANT NOT GUILTY.

GOVERNMENT'S INSTRUCTION NO.   19

SEVENTH CIRCUIT PATTERN JURY INSTRUCTION, 21 U.S.C. § 841 (a)(1)

TO SUSTAIN THE CHARGE OF UNLAWFUL POSSESSION OF A FIREARM, THE GOVERNMENT MUST PROVE THE FOLLOWING PROPOSITIONS:

FIRST, THAT, PRIOR TO DECEMBER 30, 2004, THE DEFENDANT HAD BEEN CONVICTED OF A CRIME THAT WAS PUNISHABLE BY A TERM OF IMPRISONMENT OF MORE THAN ONE YEAR;

SECOND, THAT ON OR ABOUT DECEMBER 30, 2004, THE DEFENDANT KNOWINGLY POSSESSED A FIREARM; AND

THIRD, THAT THE FIREARM POSSESSED BY THE DEFENDANT HAD TRAVELED IN INTERSTATE COMMERCE PRIOR TO DEFENDANT'S POSSESSION OF IT ON THAT DATE.

IF YOU FIND FROM YOUR CONSIDERATION OF ALL THE EVIDENCE THAT EACH OF THESE PROPOSITIONS HAS BEEN PROVED BEYOND A REASONABLE DOUBT, THEN YOU SHOULD FIND THE DEFENDANT GUILTY.

IF, ON THE OTHER HAND, YOU FIND FROM YOUR CONSIDERATION OF ALL THE EVIDENCE THAT ANY ONE OF THESE PROPOSITIONS HAS NOT BEEN PROVED BEYOND A REASONABLE DOUBT, THEN YOU SHOULD FIND THE DEFENDANT NOT GUILTY.

GOVERNMENT'S INSTRUCTION NO.   20

SEVENTH CIRCUIT PATTERN JURY INSTRUCTION, 18 U.S.C. § 922 (g)(1)

A FIREARM HAS TRAVELED IN INTERSTATE COMMERCE IF IT HAS
TRAVELED BETWEEN ONE STATE AND ANY OTHER STATE OR COUNTRY, OR
ACROSS A STATE OR NATIONAL BOUNDARY LINE.  THE GOVERNMENT NEED NOT
PROVE HOW THE FIREARM TRAVELED IN INTERSTATE COMMERCE OR THAT THE
FIREARM'S TRAVEL WAS RELATED TO THE DEFENDANT'S POSSESSION OF IT OR
THAT THE DEFENDANT KNEW THE FIREARM HAD TRAVELED IN INTERSTATE
COMMERCE.

GOVERNMENT'S INSTRUCTION NO. ___21___

18 U.S.C. §922(g)

POSSESSION OF AN OBJECT IS THE ABILITY TO CONTROL IT. POSSESSION EXISTS WHEN AN INDIVIDUAL HOLDS AN OBJECT, IN THIS CASE A FIREARM, EVEN IF THE HANDLING IS ONLY MOMENTARY, AS LONG AS THE INDIVIDUAL DOES SO KNOWINGLY AND INTENDS TO HANDLE THE OBJECT. POSSESSION MAY ALSO EXIST EVEN WHEN A PERSON IS NOT IN PHYSICAL CONTACT WITH THE OBJECT, BUT KNOWINGLY HAS THE POWER AND INTENTION TO EXERCISE DIRECTION OR CONTROL OVER IT, EITHER DIRECTLY OR THROUGH OTHERS. A PERSON CAN POSSESS AN OBJECT WITHOUT OWNING THE OBJECT, PROVIDED THAT THE PERSON HAS THE POWER AND INTENTION TO CONTROL THE OBJECT.

GOVERNMENT'S INSTRUCTION NO. ___22___

SEVENTH CIRCUIT PATTERN JURY INSTRUCTION, 18 U.S.C. §922(g) (modified and is verbatim instruction approved in United States v. Hendricks, 319 F.3d 993, 1004-05 (7th Cir. 2003); see also United States v. Lane, 267 F.3d 715, 718 (7th Cir. 2003) (approving of similar instruction).

POSSESSION OF AN OBJECT IS THE ABILITY TO CONTROL IT.  POSSESSION MAY EXIST EVEN WHEN A PERSON IS NOT IN PHYSICAL CONTACT WITH THE OBJECT, BUT KNOWINGLY HAS THE POWER AND INTENTION TO EXERCISE DIRECTION OR CONTROL OVER IT, EITHER DIRECTLY OR THROUGH OTHERS.

GOVERNMENT'S INSTRUCTION NO. __23__

SEVENTH CIRCUIT PATTERN JURY INSTRUCTION, 18 U.S.C. §922(g)

ANY PERSON WHO KNOWINGLY AIDS, COUNSELS, COMMANDS, INDUCES, OR PROCURES THE COMMISSION OF AN OFFENSE MAY BE FOUND GUILTY OF THAT OFFENSE. THAT PERSON MUST KNOWINGLY ASSOCIATE WITH THE CRIMINAL ACTIVITY, PARTICIPATE OM THE ACTIVITY, AND TRY TO MAKE IT SUCCEED.

GOVERNMENT'S INSTRUCTION NO. __24__

SEVENTH CIRCUIT PATTERN JURY INSTRUCTION, CRIMINAL NO. 5.06

UPON RETIRING TO THE JURY ROOM, SELECT ONE OF YOUR NUMBER AS YOUR FOREPERSON.  THE FOREPERSON WILL PRESIDE OVER YOUR DELIBERATIONS AND WILL BE YOUR REPRESENTATIVE HERE IN COURT.

A FORM OF VERDICT HAS BEEN PREPARED FOR YOU.

TAKE THIS FORM TO THE JURY ROOM, AND WHEN YOU HAVE REACHED UNANIMOUS AGREEMENT ON THE VERDICT, YOUR FOREPERSON WILL FILL IN AND DATE THE FORM, AND EACH OF YOU WILL SIGN IT.

GOVERNMENT INSTRUCTION NO.   25

SEVENTH CIRCUIT FEDERAL JURY INSTRUCTIONS, CRIMINAL NO. 7.01

I DO NOT ANTICIPATE THAT YOU WILL NEED TO COMMUNICATE WITH ME. IF YOU DO, HOWEVER, THE ONLY PROPER WAY IS IN WRITING, SIGNED BY THE FOREPERSON, OR IF HE OR SHE IS UNWILLING TO DO SO, BY SOME OTHER JUROR, AND GIVEN TO THE MARSHAL.

GOVERNMENT INSTRUCTION NO. __26__

SEVENTH CIRCUIT FEDERAL JURY INSTRUCTIONS, CRIMINAL NO. 7.05

THE VERDICT MUST REPRESENT THE CONSIDERED JUDGMENT OF EACH JUROR.  YOUR VERDICT, WHETHER IT BE GUILTY OR NOT GUILTY, MUST BE UNANIMOUS.

YOU SHOULD MAKE EVERY REASONABLE EFFORT TO REACH A VERDICT. IN DOING SO, YOU SHOULD CONSULT WITH ONE ANOTHER, EXPRESS YOUR OWN VIEWS, AND LISTEN TO THE OPINIONS OF YOUR FELLOW JURORS.  DISCUSS YOUR DIFFERENCES WITH AN OPEN MIND.  DO NOT HESITATE TO RE-EXAMINE YOUR OWN VIEWS AND CHANGE YOUR OPINION IF YOU COME TO BELIEVE IT IS WRONG.  BUT YOU SHOULD NOT SURRENDER YOUR HONEST BELIEFS ABOUT THE WEIGHT OR EFFECT OF EVIDENCE SOLELY BECAUSE OF THE OPINIONS OF YOUR FELLOW JURORS OR FOR THE PURPOSE OF RETURNING A UNANIMOUS VERDICT.

THE TWELVE OF YOU SHOULD GIVE FAIR AND EQUAL CONSIDERATION TO ALL THE EVIDENCE AND DELIBERATE WITH THE GOAL OF REACHING AN AGREEMENT WHICH IS CONSISTENT WITH THE INDIVIDUAL JUDGMENT OF EACH JUROR.

YOU ARE IMPARTIAL JUDGES OF THE FACTS.  YOUR SOLE INTEREST IS TO DETERMINE WHETHER THE GOVERNMENT HAS PROVED ITS CASE BEYOND A REASONABLE DOUBT.

GOVERNMENT INSTRUCTION NO.  __27__

SEVENTH CIRCUIT FEDERAL JURY INSTRUCTIONS, CRIMINAL NO. 7.06

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

UNITED STATES OF AMERICA,           )
                                    )
              PLAINTIFF,            )    CRIMINAL NO. 05-20015
                                    )    VIOLATION: TITLE 18, UNITED
       vs.                          )    STATES CODE, SECTION 922(g)(1)
                                    )
MARSHALL L. BLANCHARD,              )
                                    )
              DEFENDANT.            )

## **V E R D I C T**

WE, THE JURY, FIND THE DEFENDANT, MARSHALL L. BLANCHARD,

_____ OF THE OFFENSE OF KNOWINGLY AND
(GUILTY, NOT GUILTY)

INTENTIONALLY MANUFACTURING A MIXTURE OR SUBSTANCE CONTAINING

METHAMPHETAMINE, AS CHARGED IN COUNT 1 OF THE INDICTMENT.

WE, THE JURY, FIND THE DEFENDANT, MARSHALL L. BLANCHARD,

_____ OF THE OFFENSE OF KNOWINGLY POSSESSING A
(GUILTY, NOT GUILTY)

FIREARM WHICH HAD PREVIOUSLY BEEN SHIPPED OR TRANSPORTED IN

INTERSTATE COMMERCE, AFTER HE WAS PREVIOUSLY CONVICTED OF A

CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR, AS

CHARGED IN COUNT 2 OF THE INDICTMENT.

DATE:_____

_____          _____

_____          _____

_____          _____

_____   _____

_____   _____

_____   _____

FOREPERSON

GOVERNMENT'S INSTRUCTION NO. __28__