UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 05-20015 ) |
| MARSHALL L. BLANCHARD, | ) ) ) |
| Defendant. | ) |

## STATEMENT OF THE CASE

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Timothy A. Bass, Assistant United States Attorney, respectfully submits its statement of the case. The government respectfully states the following:

The defendant is charged in Count 1 of the indictment with knowingly manufacturing methamphetamine. The defendant is also charged in Count 2 of the indictment with knowingly possessing a firearm after previously being convicted of a felony offense. The defendant has pleaded not guilty to the charges.

        Respectfully submitted,

        RODGER A. HEATON
        UNITED STATES ATTORNEY

BY:    s/Timothy A. Bass
        TIMOTHY A. BASS, Bar No. MO 45344
        Assistant United States Attorney
        201 S. Vine St., Suite 226
        Urbana, IL 61802
        Phone: 217/373-5875
        Fax: 217/373-5891
        tim.bass@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on the 15th day of March 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following this date:

Robert G. Kirchner
Kirchner Law Office
Suite 402
100 Trade Centre Drive
Champaign, IL 61820

Scott Lerner
Lerner Law Offices
Suite 608
201 W. Springfield Avenue
Champaign, IL 61824

                                    s/Timothy A. Bass
                                    TIMOTHY A. BASS, Bar No. MO 45344
                                    Assistant United States Attorney
                                    201 S. Vine Street, Suite 226
                                    Urbana, Illinois 61802
                                    Phone:  217/373-5875
                                    Fax: 217/373-5891
                                    tim.bass@usdoj.gov