UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
|                                                                 ) | |
|     Plaintiff,                                     ) | |
|                                                                 ) | |
| vs.                                                          ) | Case No. 05-20015 |
|                                                                 ) | |
| MARSHALL BLANCHARD,                  ) | |
|                                                                 ) | |
|     Defendant.                                 ) | |

**DEFENDANT'S PROPOSED JURY INSTRUCTIONS AND OBJECTION TO GOVERNMENT'S INSTRUCTION #22**

NOW COMES, the Defendant, MARSHALL L. BLANCHARD, by and through his attorneys, ROBERT G. KIRCHNER LAW OFFICE and LERNER LAW OFFICE and hereby files his proposed jury instructions pursuant to this Court' s Order and objects to Government's proposed jury instruction #22  as follows:

1. 1.09 Number of Witnesses

2. 3.02 Defendant's Post-Arrest Statement

3. 3.04 Proof of other Crimes or Acts

4. 3.09 Prior Inconsistent Statements- Witnesses

5. 3.11 Impeachment of Witness Convictions

6. 3.13 Witnesses Requiring Special Caution

7. 5.11 Mere Presence/ Association/ Activity

8. 7.03 Separate Consideration of Charges, Single Defendant, Multiple Counts

9. 21 U.S.C. 841 (a) Definition of Possession- Defendant objects to Government's

proposed jury instruction #22; Government's proposed jury instruction #23 is identical to Defendant's proposed instruction #9.

        Respectfully Submitted,

        MARSHALL BLANCHARD, Defendant,

        By: **s/ Robert G. Kirchner**
          ROBERT G. KIRCHNER LAW OFFICE
         Robert G. Kirchner
         Attorney at Law
         100 Trade Centre Drive, Suite 402
         Champaign, IL 61820
         Phone: 217-355-5660
         Fax: 217-355-5675

        By: **s/ Scott Lerner**
          LERNER LAW OFFICE
         Scott Lerner
         Attorney at Law
         201 West Springfield  Suite 610
         Champaign, IL 61820
         Phone: 217-356-8381
         Fax:   217-356-7739

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Timothy A. Bass**        tim.bass@usdoj.gov; staci.klayer@usdoj.gov

        **s/ Robert Kirchner**
        Robert Kirchner Bar Number: 6182070
        Attorney for Plaintiff
        100 Trade Centre Drive, Suite 402
        Champaign, IL 61820
        Phone: 217-355-5660
        Fax: 217-355-5675
        E-mail: rgk-kirchnerlaw@sbcglobal.net

        **s/ Scott Lerner**
        Scott Lerner
        Attorney for Plaintiff
        201 West Springfield  Suite 610
        Champaign, IL 61820
        Phone: 217-356-8381
        Fax:   217-356-7739
        Email: sky@advancenet.net