E-FILED
Wednesday, 22 March, 2006  04:26:11 PM
Clerk, U.S. District Court, ILCD

You may find the testimony of one witness or a few witnesses more persuasive than the testimony of a larger number. You need not accept the testimony of the larger number of witnesses.

Defendant's Instruction#_____1_____
1.09 Number Of Witnesses

You have received evidence of a statement said to be made by the Defendant to _____. You must decide whether the Defendant did in fact make the statement. If you find that the Defendant did make the statement, then you must decide what weight, if any, you feel the statement deserves. In making this decision you should consider all matters in evidence the circumstances under which the statement was made.

{You may not consider this statement as evidence against any defendant other than the one who made it.}

Defendant's Instruction#_____2_____
3.02 Defendant's Post-Arrest Statement

You have heard evidence of acts of the Defendant other than those charged in the indictment.

You may consider this evidence only on the question of _____.

You should consider this evidence only for this limited purpose.

Defendant's Instruction#_____3_____
3.04 Proof Of Other Crimes Or Acts

You have heard evidence that before the trial [a] witness[es] made [a] statement[s] that may be inconsistent with the witness[es]'s testimony here in court. If you find that it is inconsistent, you may consider the earlier statement in deciding the truthfulness and accuracy of that witness's testimony in this trial. If that statement was made under oath, you may also consider it as evidence of the truth of the matters contained in that prior statement.

Defendant's Instruction #:__4_____
3.09  Prior Inconsistent Statements - Witnesses

You have heard evidence that _____ has been convicted of a crime. You may consider this evidence only in deciding whether _____'s testimony is truthful in whole, in part, or not at all. You may not consider this evidence for any other purpose.

Defendant's Instruction #:\_\_\_\_\_5_____
3.11 Impeachment of Witness Convictions

You have heard testimony from_____who:

(a) received immunity; that is, a promise from the government that any testimony or other information he/she provided would not be used against him/her in a criminal case.

(b) received benefits from the government in connection with the case, namely_____.

(c) has admitted [been convicted of] lying under oath.

(d) state that he/she was involved in the commission of the offense as charged against the defendant.

(e) has pleaded guilty to an offense arising out of the same occurrence for which the defendant is now on trial. His/her guilty plea is not to be considered as evidence against the defendant.

You may give his/her testimony such weight as you feel it deserves, keeping in mind that it must be considered with caution and great care.

Defendant's Instruction #:____6_____
3.13 Witnesses Requiring Special Caution

A defendants's presence at the scene of a crime and knowledge that a crime is being committed is not alone sufficient to establish the defendant's guilt

[A defendant's association with conspirators [or persons involved in a criminal enterprise] is not by itself sufficient to prove his/her participation or membership in a conspiracy [criminal enterprise].]

If a defendant performed acts that advanced a criminal activity but had no knowledge that a crime was being committed or was about to be committed, those acts alone are not sufficient to establish the defendant's guilt.

Defendants Instruction #:_____7_____
5.11 Mere Presence/Association/Activity

Each count of the indictment charges the Defendant with having committed a separate offense.

Each count and the evidence relating to it should be considered separately, and a separate verdict should be returned as to each count. Your verdict of guilty or not guilty of an offense charged in one count should not control your decision as to any other count.

Defendant's Instruction#_____8_____
7.03 Separate Consideration of Charges
    Single Defendant
    Multiple Counts

Possession of an object is the ability to control it. Possession may exist even when a person is not in physical contact with the object, but knowingly has the power and intention to exercise direction and control over it, either directly or through others.

Defendant's Instruction#____9____
21 U.S.C. 841 (a) (1) Definition of Possession