UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 05-20015 |
| ) | |
| MARSHALL L. BLANCHARD, ) | |
| ) | |
| Defendant. ) | |

### GOVERNMENT'S MOTION TO WITHDRAW EXHIBITS

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Timothy A. Bass, Assistant United States Attorney, respectfully submits its motion to withdraw the photograph exhibits admitted at the hearing conducted on November 15, 2005. Specifically, the United States moves to withdraw Plaintiff's Exhibits 1, 2, 3 and 5. Said exhibits will be used at the trial of the above-referenced defendant which is scheduled to commence on March 27, 2006.

WHEREFORE, the United States of America respectfully requests that its motion be granted.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:   s/Timothy A. Bass
TIMOTHY A. BASS, Bar No. MO 45344
Assistant United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone: 217/373-5875
Fax: 217/373-5891
tim.bass@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 23rd day of March 2006, I electronically filed the Motion to Withdraw Record with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Robert G. Kirchner  
Kirchner Law Office  
Suite 402  
100 Trade Centre Drive  
Champaign, IL 61820

Scott Lerner  
Lerner Law Offices  
Suite 608  
201 W. Springfield Avenue  
Champaign, IL 61824

                s/Timothy A. Bass  
                TIMOTHY A. BASS, Bar No. MO 45344  
                Assistant United States Attorney  
                201 S. Vine St., Suite 226  
                Urbana, IL 61802  
                Phone:  217/373-5875  
                Fax: 217/373-5891  
                tim.bass@usdoj.gov