E-FILED
Thursday, 23 March, 2006 03:09:35 PM
Clerk, U.S. District Court, ILCD



# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

March 23, 2006

**United States of America**

               v.                                      CASE NO. **05-20015**

**Marshall L. Blanchard**

<u>RECEIPT</u>

     RECEIVED from John M. Waters, Clerk, U.S. District Court for the Central District of Illinois Plaintiff's Exhibits 1,2,3 and 5.

Date:   3/23/06                                      s/M. Broy
                                                                   for Tim Bass, AUSA

05-20015receipt.wpd