ILLINOIS DEPARTMENT OF CORRECTIONS
**LINCOLN CORRECTIONAL CENTER**

# MEMORANDUM

DATE:    3/27/2006

TO:    Presiding Judge
       CHAMPAIGN COUNTY

FROM:    Lincoln Correctional Center

SUBJECT:    Offender:    BLANDING, CYNTHIA        Number: R-78703

Current IDOC Release Date: 8/26/2006

**FILED**
MAR 27 2006
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Please use this form to record the status of this matter. Please be advised that this form is for informational purposes only. Completion of this form DOES NOT constitute a Writ of Habeas Corpus. Should this individual's presence be required subsequent to today's proceedings, a Writ of Habeas Corpus must be issued pursuant to 73 ILCS 5/10-135, et seq.

Case Name: **State of Illinois vs.    BLANDING, CYNTHIA**

Case No:    **05-20015**

    Civil    X        Criminal _____

If offender a party? Yes: _____    No: _____    Other: _____

Case Continued To: _March 28 '06_    If offender's presence is required at the continued court date, a Writ of Habeas Corpus must issue as mandated by 735 ILCS 5/10-135, et seq.

Writ Disposition/Comments:
_Court orders her custody transferred to U.S. Marshal Service for testimony in Federal Trial in Urbana._

s/Michael P. McCuskey
Chief U.S. Judge
3/27/06

State's Attorney: _____

Phone Number: _____

Public Defender/Private Attorney: _____

Phone Number: _____