UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05-20015 |
| | ) | |
| MARSHALL BLANCHARD, | ) | |
| | ) | |
| Defendant. | ) | |

**RULE 29 MOTION FOR JUDGMENT OF ACQUITTAL**

NOW COMES the Defendant, MARSHALL BLANCHARD, by and through his attorneys ROBERT G. KIRCHNER LAW OFFICE and LERNER LAW OFFICE, and hereby moves for a judgment of acquittal as to the charges against the Defendant relating to manufacture of methamphetamine and asserts in support thereof that the Government has failed to adduce any evidence that would support a conviction for conduct alleged in the indictment to have occurred "on or about December 30th, 2004" thereby precluding a conviction therein.

Respectfully Submitted,

MARSHALL BLANCHARD, Defendant,

By: **s/ Robert G. Kirchner**
     ROBERT G. KIRCHNER LAW OFFICE
     Robert G. Kirchner
     Attorney at Law
     100 Trade Centre Drive, Suite 402
     Champaign, IL 61820
     Phone: 217-355-5660
     Fax: 217-355-5675

By: **s/ Scott Lerner**

LERNER LAW OFFICE  
Scott Lerner  
Attorney at Law  
201 West Springfield  Suite 610  
Champaign, IL 61820  
Phone: 217-356-8381  
Fax:   217-356-7739

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Timothy A. Bass**        tim.bass@usdoj.gov; staci.klayer@usdoj.gov

> **s/ Robert Kirchner**
> Robert Kirchner Bar Number: 6182070
> Attorney for Plaintiff
> 100 Trade Centre Drive, Suite 402
> Champaign, IL 61820
> Phone: 217-355-5660
> Fax: 217-355-5675
> E-mail: rgk-kirchnerlaw@sbcglobal.net
>
> **s/ Scott Lerner**
> Scott Lerner
> Attorney for Plaintiff
> 201 West Springfield  Suite 610
> Champaign, IL 61820
> Phone: 217-356-8381
> Fax:   217-356-7739
> Email: sky@advancenet.net