E-FILED
Thursday, 30 March, 2006 10:11:47 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| vs. ) | Case No. 05-20015 |
| MARSHALL BLANCHARD, ) | |
|     Defendant. ) | |

**RENEWED MOTION TO BAR EVIDENCE OF DEFENDANT'S "DRUG USE"**

NOW COMES the Defendant, MARSHALL BLANCHARD, by and through his attorneys ROBERT G. KIRCHNER LAW OFFICE and LERNER LAW OFFICE, and hereby renews and augments with additional authority his prior motion seeking to bar questioning/ evidence of Defendant's possession and/or use of drugs- methamphetamine- and in support thereof states as follows:

1. That the Defendant may wish to testify in his defense and that decision effectuates a waiver of his State and Federal privileges against self-incrimination and may render him subject to prosecution subsequent to these proceedings in State Court if incriminating testimony is elicited as to crimes for which he is not charged herein.

2. That the Defendant's use and/ or possession of any drugs-including methamphetamine - is inadmissible under Fed.R.Evid Rule 401,402,403,and 404(b); would effectuate a waiver of privileges against self-incrimination; subject him potentially to prosecution subsequently; and should be barred as evidence herein.

   *(United States v. Vizcarra-Martinez 66 F.3d 1006, 1014 (9th Cir. 1995).*

WHEREFORE the Defendant, MARSHALL BLANCHARD, prays that this Court enter an Order in Limine barring any further questioning or evidence regarding the Defendant's use/ possession of drugs, including during the cross-examination of the Defendant.

Respectfully Submitted,

MARSHALL BLANCHARD, Defendant,

By: **s/ Robert G. Kirchner**
    ROBERT G. KIRCHNER LAW OFFICE
    Robert G. Kirchner
    Attorney at Law
    100 Trade Centre Drive, Suite 402
    Champaign, IL 61820
    Phone: 217-355-5660
    Fax: 217-355-5675

By: **s/ Scott Lerner**
    LERNER LAW OFFICE
    Scott Lerner
    Attorney at Law
    201 West Springfield  Suite 610
    Champaign, IL 61820
    Phone: 217-356-8381
    Fax:   217-356-7739

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of March, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Timothy A. Bass**         tim.bass@usdoj.gov; staci.klayer@usdoj.gov

        **s/ Robert Kirchner**
        Robert Kirchner Bar Number: 6182070
        Attorney for Plaintiff
        100 Trade Centre Drive, Suite 402
        Champaign, IL 61820
        Phone: 217-355-5660
        Fax: 217-355-5675
        E-mail: rgk-kirchnerlaw@sbcglobal.net

        **s/ Scott Lerner**
        Scott Lerner
        Attorney for Plaintiff
        201 West Springfield  Suite 610
        Champaign, IL 61820
        Phone: 217-356-8381
        Fax:   217-356-7739
        Email: sky@advancenet.net