E-FILED
Thursday, 30 March, 2006  12:35:14 PM
Clerk, U.S. District Court, ILCD

YOU HAVE HEARD TESTIMONY FROM CYNTHIA BLANDING WHO:

(a)   RECEIVED IMMUNITY; THAT IS, A PROMISE FROM THE GOVERNMENT THAT ANY TESTIMONY OR OTHER INFORMATION SHE PROVIDED WOULD NOT BE USED AGAINST HER IN A CRIMINAL CASE; AND

(b)   STATED THAT SHE WAS INVOLVED IN THE COMMISSION OF THE OFFENSE AS CHARGED AGAINST THE DEFENDANT.

YOU HAVE HEARD TESTIMONY FROM MARSHALL BLANCHARD, JR., WHO:

(a)   HAS ADMITTED LYING UNDER OATH.

YOU MAY GIVE THEIR TESTIMONY SUCH WEIGHT AS YOU FEEL IT DESERVES, KEEPING IN MIND THAT IT MUST BE CONSIDERED WITH CAUTION AND GREAT CARE.

Government's Instruction No. 29

7th Circuit Federal Jury Instructions (Criminal) No. 3.13