E-FILED
Thursday, 30 March, 2006  01:25:10 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-20015 |
| ) | |
| MARSHALL BLANCHARD, ) | |
| ) | |
| Defendant. ) | |

**AMENDED RULE 29 MOTION FOR JUDGMENT OF ACQUITTAL**

NOW COMES the Defendant, MARSHALL BLANCHARD, by and through his attorneys ROBERT G. KIRCHNER LAW OFFICE and LERNER LAW OFFICE, and hereby moves for a judgment of acquittal as to all charges against the Defendant and asserts in support thereof that the Government has failed to adduce any evidence that would support a conviction for conduct alleged in the indictment to have occurred "on or about December 30th, 2004" thereby precluding a conviction therein.

Respectfully Submitted,

MARSHALL BLANCHARD, Defendant,

By: **s/ Robert G. Kirchner**
   ROBERT G. KIRCHNER LAW OFFICE
   Robert G. Kirchner
   Attorney at Law
   100 Trade Centre Drive, Suite 402
   Champaign, IL 61820
   Phone: 217-355-5660
   Fax: 217-355-5675

By: **s/ Scott Lerner**

LERNER LAW OFFICE
Scott Lerner
Attorney at Law
201 West Springfield  Suite 610
Champaign, IL 61820
 Phone: 217-356-8381
 Fax:   217-356-7739

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Timothy A. Bass**      tim.bass@usdoj.gov; staci.klayer@usdoj.gov

s/ Robert Kirchner
Robert Kirchner Bar Number: 6182070
Attorney for Plaintiff
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Fax: 217-355-5675
E-mail: rgk-kirchnerlaw@sbcglobal.net

s/ Scott Lerner
Scott Lerner
Attorney for Plaintiff
201 West Springfield  Suite 610
Champaign, IL 61820
 Phone: 217-356-8381
 Fax:   217-356-7739
 Email: sky@advancenet.net