COUNT 2 OF THE INDICTMENT CHARGES THE DEFENDANT WITH KNOWINGLY POSSESSING A FIREARM AFTER PREVIOUSLY BEING CONVICTED OF A FELONY OFFENSE. THE GOVERNMENT NEED ONLY PROVE THAT THE DEFENDANT POSSESSED A SINGLE FIREARM. HOWEVER, IN ORDER TO FIND THE DEFENDANT GUILTY, YOU MUST UNANIMOUSLY AGREE AS TO WHICH FIREARM THE DEFENDANT POSSESSED.

*[handwritten: the government must prove]*

*[handwritten: ∆ given proposed instruction lang. for final inst. which gov't agrees to see clean copy 3/30/06]*

**FILED**
MAR 3 0 2006
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

GOVERNMENT'S INSTRUCTION __30__

SEVENTH CIRCUIT CRIMINAL JURY INSTRUCTIONS 4.03 (MODIFIED); <u>United States v. Stevens</u>, 380 F.3d 1021 (7th Cir. 2004).

COUNT 2 OF THE INDICTMENT ~~CHARGES~~ alleges that THE DEFENDANT ~~WITH~~ ~~committed the crime of~~ ~~specifically the las~~ KNOWINGLY POSSESS~~ED~~ A FIREARM AFTER PREVIOUSLY BEING CONVICTED OF A FELONY OFFENSE. ~~THE GOVERNMENT NEED ONLY PROVE THAT THE DEFENDANT POSSESSED A SINGLE FIREARM.~~ HOWEVER, IN ORDER TO FIND THE DEFENDANT GUILTY, YOU MUST UNANIMOUSLY AGREE ~~AS TO~~ WHICH FIREARM THE DEFENDANT POSSESSED.

*[handwritten insertion]:* THE GOVERNMENT MUST PROVE the defendant knowingly possessed at least one firearm

*[handwritten below]:* knowingly

**FILED**

MAR 3 0 2006

JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

GOVERNMENT'S INSTRUCTION __30__

SEVENTH CIRCUIT CRIMINAL JURY INSTRUCTIONS 4.03 (MODIFIED); United States v. Stevens, 380 F.3d 1021 (7th Cir. 2004).