✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Central     DISTRICT OF     Illinois

United States of America

V.

Marshall Blanchard

## EXHIBIT AND WITNESS LIST

Case Number: 05-20015

| PRESIDING JUDGE<br>Michael P. McCuskey | PLAINTIFF'S ATTORNEY<br>Timothy Bass | DEFENDANT'S ATTORNEY<br>Robert Kirschner/Scott Lerner |
|---|---|---|
| TRIAL DATE (S)<br>3/27/06 | COURT REPORTER<br>LC | COURTROOM DEPUTY<br>SJ |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 2A | | 3/28/06 | x | x | photo     No obj |
| 2B | | 3/28/06 | x | x | photo     No obj |
| 2C | | 3/28/06 | x | x | photo     No obj |
| 3A | | 3/28/06 | x | x | photo of defendant's house     No obj |
| 3B | | 3/28/06 | x | x | photo     No obj |
| 3C | | 3/28/06 | x | x | photo     No obj |
| 3D | | 3/28/06 | x | x | photo     No obj |
| 3E | | 3/28/06 | x | x | photo of gatorade bottle     No obj |
| 3F | | 3/28/06 | x | x | photo - garbage bag     No obj |
| 3G | | 3/28/06 | x | x | photo of 3 bottles     No obj |
| 3H | | 3/28/06 | x | x | photo of can of camping fuel     No obj |
| 3I | | 3/28/06 | x | x | photo of blue tank     No obj |
| 3J | | 3/28/06 | x | x | photo of propane cylinder     No obj |
| 3K | | 3/28/06 | x | x | photo of guns     Obj/OR |
| 3L | | 3/28/06 | x | x | photo of gun     No obj |
| 5A | | 3/28/06 | x | x | gun    Not to jury and withdrawn by Govt *To jury at jury's request    No obj |
| 5B | | 3/28/06 | x | x | gun    Not to jury and withdrawn by Govt *To jury at jury's request    No obj |
| 5C | | 3/28/06 | x | x | gun    Not to jury and withdrawn by Govt *To jury at jury's request    No obj |
| 5D | | 3/28/06 | x | x | gun    Not to jury and withdrawn by Govt *To jury at jury's request    No obj |
| 5E | | 3/28/06 | x | x | gun    Not to jury and withdrawn by Govt *To jury at jury's request    No obj |
| 5F | | 3/28/06 | x | x | gun and ammo    Not to jury/ w/drawn by Govt *Gun **only** to jury at jury's req.    No obj |
| 5G | | 3/28/06 | x | x | gun    Not to jury and withdrawn by Govt *To jury at jury's request    No obj |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

≊AO 187A (Rev. 7/87)                **EXHIBIT AND WITNESS LIST – CONTINUATION**

| USA vs. Blanchard | | | | | CASE NO. 05-20015 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 5H |  | 3/28/06 | x | x | gun    Not to jury and withdrawn by Govt    *To jury at jury's request    No obj |
| 6A |  | 3/28/06 | x | x | 3 pieces of plastic tubing    Not to jury/withdrawn by Govt    No obj |
| 6B |  | 3/28/06 | x | x | white powder substance    Not to jury/withdrawn by Govt    No obj |
| 6C |  | 3/28/06 | x | x | plastic baggie    Not to jury/withdrawn by Govt    No obj |
| 6D |  | 3/28/06 | x | x | paper plate    Not to jury/withdrawn by Govt    No obj |
| 6E |  | 3/28/06 | x | x | coffee filters    Not to jury/withdrawn by Govt    No obj |
| 6F |  | 3/29/06 | x | x | materials found in Exhibit 6 M    Not to jury/withdrawn by Govt    No obj |
| 6I |  | 3/29/06 | x | x | photo of car    No obj |
| 6J |  | 3/29/06 | x | x | photo of clothing    No obj |
| 6K |  | 3/29/06 | x | x | photo of tag inside jeans    No obj |
| 6L |  | 3/29/06 | x | x | photo of materials found with clothing    No obj |
| 6M |  | 3/29/06 | x | x | photo of plastic bottle    No obj |
| 6N |  | 3/29/06 | x | x | photo of materials found with clothing    No obj |
| 6O |  | 3/29/06 | x | x | photo of propane cylinder    No obj |
| 7A |  | 3/29/06 | x | x | photo    No obj |
| 7B |  | 3/29/06 | x | x | photo    No obj |
| 7C |  | 3/29/06 | x | x | photo    No obj |
| 7D |  | 3/29/06 | x | x | photo    No obj |
| 7E |  | 3/29/06 | x | x | photo    No obj |
| 7F |  | 3/29/06 | x | x | photo    No obj |
| 7G |  | 3/29/06 | x | x | photo    No obj |
| 7H |  | 3/29/06 | x | x | photo    No obj |
| 7I |  | 3/29/06 | x | x | photo    No obj |
| 7J |  | 3/28/06 | x | x | photo of house on Orleans St    No obj |
| 7K |  | 3/29/06 | x | x | photo    Obj/OR |
| 7L |  | 3/29/06 | x | x | photo    No obj |
| 7M |  | 3/29/06 | x | x | photo    No obj |

AO 187A (Rev. 7/87)                          **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | USA | vs. | | Blanchard | CASE NO. 05-20015 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 7N | | 3/29/06 | x | x | photo                                                              No obj |
| 7O | | 3/29/06 | x | x | photo                                                              No obj |
| 7P | | 3/29/06 | x |   | photo - withdrawn by Govt                                          Obj |
| 7Q | | 3/29/06 | x | x | photo                                                              Obj/OR |
| 7R | | 3/29/06 | x | x | photo                                                              No obj |
| 7S | | 3/29/06 | x | x | photo                                                              No obj |
| 8A | | 3/29/06 | x | x | solid substance     Not to jury and withdrawn by Govt              No obj |
| 8B | | 3/29/06 | x | x | liquid substance    Not to jury and withdrawn by Govt              No obj |
| 8C | | 3/29/06 | x | x | small blue plastic funnel    Not to jury and withdrawn by Govt     No obj |
| 8D | | 3/29/06 | x | x | blister packs    Not to jury and withdrawn by Govt                 No obj |
| 8E | | 3/29/06 | x | x | boxes of cold medication    Not to jury and withdrawn by Govt      No obj |
| 8F | | 3/29/06 | x | x | receipt from Pamida                                                Obj/OR |
| 10 | | 3/27/06 | x | x | Stipulation of Defendant's felony conviction                       No obj |
| 12 | | 3/28/06 | x | x | Photo of Defendant                                                 Obj/OR |
| 13 | | 3/29/06 | x | x | Letter to Cynthia Blanding regarding cooperation                   No obj |

Page   3   of   3   Pages