05-20015

E-FILED
Tuesday, 04 April, 2006  11:20:46 AM
Clerk, U.S. District Court, ILCD

~~[scribbled out text]~~

FILED
MAR 31 2006
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Is the indictment only for manufacturing meth at the 215 address or at ANY address? or does it matter.

Can guns be in a house of a felon if ~~someone~~ someone else has a foid card?

~~Does the manufacturing~~ of meth ~~or control of the~~ gun's ~~have to be within a week or two~~ of the

We need to know violation of Title 21 code section 841 a 1 & 841 b 1 ⓒ

+

Title 18 US code Section 922(g) 1

Does the length of time since the raid matter? 30 days 60 days two weeks?

is on or about a ~~the~~ specific time period or a time period up to us to decide

foreperson
s/ foreperson

Question 2

Can we please have a list of the firearms

FILED

MAR 3 1 2...

JOHN M. WATERS
U.S. DISTRICT C...
CENTRAL DISTRICT ...
URBANA ...

foreperson

s/ Foreperson

May we please see all the firearms?

6

**FILED**

MAR 3 1 2006

JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

foreperson

s/ Foreperson