E-FILED
Tuesday, 04 April, 2006   11:23:43 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FILED
MAR 3 1 2006
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

UNITED STATES OF AMERICA,  )
         PLAINTIFF,  )
         )
vs.  )  CRIMINAL NO. 05-20015
         )
MARSHALL L. BLANCHARD,  )
         DEFENDANT.  )

### VERDICT

WE, THE JURY, FIND THE DEFENDANT, MARSHALL L. BLANCHARD,

___GUILTY___ OF THE OFFENSE OF KNOWINGLY AND INTENTIONALLY
(GUILTY, NOT GUILTY)

MANUFACTURING A MIXTURE OR SUBSTANCE CONTAINING METHAMPHETAMINE,

AS CHARGED IN COUNT 1 OF THE INDICTMENT.

WE, THE JURY, FIND THE DEFENDANT, MARSHALL L. BLANCHARD,

___GUILTY___ OF THE OFFENSE OF KNOWINGLY POSSESSING A FIREARM
(GUILTY, NOT GUILTY)

WHICH HAD PREVIOUSLY BEEN SHIPPED OR TRANSPORTED IN INTERSTATE COMMERCE,

AFTER HE WAS PREVIOUSLY CONVICTED OF A CRIME PUNISHABLE BY IMPRISONMENT

FOR A TERM EXCEEDING ONE YEAR, AS CHARGED IN COUNT 2 OF THE INDICTMENT.

DATE: ___3-31-2006___

| | |
|---|---|
| s/Juror | s/Juror |
| s/Juror | s/Juror |
| s/Juror | s/Juror |
| s/Juror | s/Juror |
| s/Juror | s/Juror |
| s/Juror | s/Foreperson |