UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 05-20015 |
| | ) |
| MARSHALL BLANCHARD, | ) |
| | ) |
|     Defendant. | ) |

**MOTION IN ARREST OF JUDGEMENT**

NOW COMES, the Defendant, MARSHALL L. BLANCHARD, by and through his attorneys, ROBERT G. KIRCHNER LAW OFFICE, and LERNER LAW OFFICE, and do hereby moves this honorable court to arrest the judgement against Marshall Blanchard and shows unto the Court as follows:

1. That the Defendant is charged therein, in Count II, with unlawful possession of a firearm, in that the Defendant is alleged to have a prior conviction- in 1978- in the State of Illinois for Burglary (see Exhibit H to *Defendant's Motion for Leave to File Pre-Trial Motions Within (7) days Hereof, or Such Lesser Time as Fixed by the Court.* ).

2. That, as a matter of law, the restoration of a Defendant's civil and possessory rights precludes that offense from utilization in support of Count II of the Indictment herein. (See *USA v. Osborne 262 F.3d. 486 (5th Circuit 2001)*, interpreting Illinois law; but see also the contrary view of the 7th Circuit in *Melvin v. United States 78 F.3d. 327 (7th Circuit. 1996)*).

3. That the indictment does not state facts sufficient to constitute an offense against the United States.

4. That if possession of a firearm under the facts and circumstances of this case does not constitute an offense then the court has no jurisdiction and/or authority to enter a judgment against Marshall Blanchard.

WHEREFORE, the Defendant prays that this honorable court grant the above requested relief and arrest the judgment against Marshal Blanchard and in favor of the United States.

Respectfully Submitted,

MARSHALL BLANCHARD, Defendant,

By: **s/ Robert G. Kirchner**
    ROBERT G. KIRCHNER LAW OFFICE
    Robert G. Kirchner
    Attorney at Law
    100 Trade Centre Drive, Suite 402
    Champaign, IL 61820
    Phone: 217-355-5660
    Fax: 217-355-5675

By: **s/ Scott Lerner**
    LERNER LAW OFFICE
    Scott Lerner
    Attorney at Law
    201 West Springfield Suite 610
    Champaign, IL 61820
    Phone: 217-356-8381
    Fax:   217-356-7739

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of April, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Timothy A. Bass**             tim.bass@usdoj.gov; staci.klayer@usdoj.gov

**s/ Robert Kirchner**
Robert Kirchner Bar Number: 6182070
Attorney for Plaintiff
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Fax: 217-355-5675
E-mail: rgk-kirchnerlaw@sbcglobal.net

**s/ Scott Lerner**
Scott Lerner
Attorney for Plaintiff
201 West Springfield  Suite 610
Champaign, IL 61820
Phone: 217-356-8381
Fax:   217-356-7739
Email: sky@advancenet.net