UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 05-20015 |
| MARSHALL BLANCHARD, | ) ) ) | |
| Defendant. | ) | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION IN ARREST OF JUDGEMENT**

NOW COMES the Defendant, MARSHALL L. BLANCHARD, by and through his attorneys, ROBERT G. KIRCHNER LAW OFFICE, and LERNER LAW OFFICE, and hereby files his memorandum of law in support of the *Motion in Arrest of Judgement:*

A district court may grant a motion under Rule 34 for arrest of judgment when the indictment does not charge an offense, or when the court has no jurisdiction of the charged offense. (*See United States v. Jenkins, F.R.D. 611, 614 (N.D. Ill. 2003); United States v. Andreas, 39 F.Supp.2d 1048, 1058 (N.D. Ill. 1998)).*

That, as a matter of law, the restoration of a Defendant's civil and possessory rights precludes that offense from utilization in support of Count II of the Indictment herein. (See *USA v. Osborne 262 F.3d. 486 (5th Circuit 2001)*, interpreting Illinois law; but see also the contrary view of the 7th Circuit in *Melvin v. United States 78 F.3d. 327 (7th Circuit. 1996)*).

The Court in Osborne found that Illinois law provided five-year waiting and that after five-year waiting period his prior felony conviction could not be counted in prosecution under

federal statute prohibiting possession of ammunition by one previously convicted of felony. This is in some ways contrary to the Seventh Circuits finding in Melvin v. Unites States. *Melvin v. United States 78 F.3d. 327 (7th Circuit. 1996)*. The court should consider in the case at hand not only he rights guaranteed by the constitution but the length of time since the defendant's felony conviction. The felony conviction was from 1978. Thus the prior conviction was almost thirty years old distinguishing this case from those cited above.

Respectfully Submitted,

MARSHALL BLANCHARD, Defendant,

By: **s/ Robert G. Kirchner**
ROBERT G. KIRCHNER LAW OFFICE
Robert G. Kirchner
Attorney at Law
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Fax: 217-355-5675

By: **s/ Scott Lerner**
LERNER LAW OFFICE
Scott Lerner
Attorney at Law
201 West Springfield  Suite 610
Champaign, IL 61820
Phone: 217-356-8381
Fax:    217-356-7739

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 7th day of April, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Timothy A. Bass**      tim.bass@usdoj.gov; staci.klayer@usdoj.gov

      **s/ Robert Kirchner**
      Robert Kirchner Bar Number: 6182070
      Attorney for Plaintiff
      100 Trade Centre Drive, Suite 402
      Champaign, IL 61820
      Phone: 217-355-5660
      Fax: 217-355-5675
      E-mail: rgk-kirchnerlaw@sbcglobal.net

      **s/ Scott Lerner**
      Scott Lerner
      Attorney for Plaintiff
      201 West Springfield Suite 610
      Champaign, IL 61820
      Phone: 217-356-8381
      Fax: 217-356-7739
      Email: sky@advancenet.net