E-FILED
Friday, 28 April, 2006  03:22:38 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-20015 |
| ) | |
| MARSHALL L. BLANCHARD, ) | |
| ) | |
| Defendant. ) | |

### GOVERNMENT'S MOTION FOR ADDITIONAL TIME TO FILE RESPONSE TO PETITIONER'S MOTION FOR JUDGMENT OF ACQUITTAL OR IN THE ALTERNATIVE, A NEW TRIAL AND <u>MOTION IN ARREST OF JUDGMENT</u>

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Timothy A. Bass, Assistant United States Attorney, respectfully submits its Motion for Additional Time to File Response to Defendant's Motion for Judgment of Acquittal or in the Alternative, a New Trial, and Motion in Arrest of Judgment. The government states the following:

1.  The defendant filed the instant motions on April 7, 2006. This Court directed the government to respond to the motions on or before April 21, 2006.

2.  In support of this motion for extension of time, the undersigned attorney for the government has been diligently attempting to complete its responses. Due to the following matters, however, the responses have not yet been completed.

3.     The undersigned attorney for the government has been involved in the arrest of six individuals involved in an armed bank robbery case. (*United States v. Rory Tucker*, et al., Case No. 06-MJ-7209.)  He has also been preparing this case for presentation to the grand jury during the week of May 1.

4.     Further, the undersigned attorney for the government has been involved in the preparation of matters to be presented to the grand jury during the week of May 1.

5.     Finally, the undersigned attorney is involved in the preparation of the appellee's brief in the case of *United States v. Veazey*, No. 05-4780, which is due to the Seventh Circuit Court of Appeals on May 8, 2006.

6.     Accordingly, the government respectfully requests until May 9, 2006, to complete its responses.

WHEREFORE, the United States of America respectfully requests that this Court allow the government's motion.

    Respectfully submitted,

    RODGER A. HEATON
    UNITED STATES ATTORNEY

BY:  s/Timothy A. Bass
    TIMOTHY A. BASS, Bar No. MO 45344
    Assistant United States Attorney
    201 S. Vine St., Suite 226
    Urbana, IL 61802
    Phone:  217/373-5875
    Fax: 217/373-5891
    tim.bass@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 28th day of April 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Robert G. Kirchner
Kirchner Law Office
Suite 402
100 Trade Centre Drive
Champaign, IL 61820

Scott Lerner
Lerner Law Offices
Suite 608
201 W. Springfield Avenue
Champaign, IL 61824

      s/Timothy A. Bass
      TIMOTHY A. BASS, Bar No. MO 45344
      Attorney for Plaintiff
      Assistant United States Attorney
      201 S. Vine Street, Suite 226
      Urbana, Illinois 61802
      Phone: 217/373-5875
      Fax: 217/373-5891
      tim.bass@usdoj.gov