E-FILED
Wednesday, 14 June, 2006 03:14:45 PM
Clerk, U.S. District Court, ILCD

# ACTON&SNYDER, LLP

Thomas R. Smith*
Thomas B. Meyer
Steve Miller
Thomas M. O'Shaughnessy
John P. Wolgamot
Derek J. Girton
Steven L. Blakely*

John Thomas Halloran
*Also licensed in Indiana

Wm. M. Acton (1876-1957)
Robert Dow Acton (1886-1962)
Donald S. Baldwin (1905-1971)
Frank J. Meyer (1913-1979)
Harvey H. Acton (1913-1994)
Robert D. Acton (1922-1995)
Carroll E. Snyder (1915-2000)

June 13, 2006

**RECEIVED**

JUN 1 4 2006

U.S. DISTRICT JUDGE
URBANA, ILLINOIS

Hon. Michael P. McCuskey
Chief United States District Judge
318 U.S. Courthouse
201 South Vine Street
Urbana, Illinois 61802

RE: United States v. Marshall Lee Blanchard, Central District of Illinois, No. 05-20015

Dear Chief Judge McCuskey,

I am an attorney representing the bankruptcy trustee, Steve Miller, in the bankruptcy of Marshall Lee Blanchard (Central District of Illinois, 04-94020).

In the discharge of his duties, the trustee is attempting to sell some real property owned by Mr. Blanchard to Michael Maxey. A man named Dean Rhinehart has a mortgage on this property. I have spoken with Mr. Rhinehart at length over the past several weeks, and he has informed me that he received a letter from you stating that none of this property was to be conveyed until after August 4, 2006.

Mr. Rhinehart has been unwilling to produce this letter to me. The attorney for Mr. Maxey was not aware of any letter of that nature. I have checked with the clerk's office and they told me that there has been no order to that effect entered in this case and they were not aware of any letter to this effect being sent.

However, before I initiate any proceeding to accomplish this sale, I wanted to double check with you to make sure that there are not any outstanding orders prohibiting sale in your Court.

Please feel free to contact me at your convenience. Thank you for your assistance.

Best wishes,

John Thomas Halloran

ELEVEN EAST NORTH STREET, DANVILLE, ILLINOIS 61832
TEL. (217) 442-0350 ❖ FAX (217) 442-0335
EMAIL: johnhalloran@acton-snyder.com