

CHAMBERS OF  
**MICHAEL P. MCCUSKEY**  
CHIEF JUDGE

**UNITED STATES DISTRICT COURT**  
**CENTRAL DISTRICT OF ILLINOIS**  
318 U.S. COURTHOUSE  
201 SOUTH VINE STREET  
URBANA, ILLINOIS 61802

TELEPHONE  217-373-5837  
FACSIMILE  217-373-5855

June 14, 2006

John Thomas Halloran, Esq.  
Acton & Snyder, LLP  
11 East North Street  
Danville, IL 61832

    Re:    <u>United States v. Marshall Lee Blanchard</u>  
            Central District Case No. 05-20015

Dear Mr. Halloran:

    I am in receipt of your letter dated June 13, 2006, regarding Marshall Lee Blanchard.

    I do not know Dean Rhinehart and the statement contained in your letter that "he received a letter from [me] stating that none of this property was to be conveyed until after August 4, 2006," is absolutely false. I have not written a letter nor issued any orders whatsoever regarding the real property owned by Mr. Blanchard. On August 4, 2004, Mr. Blanchard will be sentenced by me. However, his sentencing has nothing to do with this real property or any purported mortage.

    If you have any further questions, please do not hesitate to contact me. Your letter and this response are being made a part of Mr. Blanchard's case file, and Mr. Blanchard's attorney, the Assistant U.S. Attorney prosecuting the case, and the U.S. Probation Office will receive copies of the same.

                                     Sincerely,

                                       s/ Michael P. McCuskey  
                                     Michael P. McCuskey  
                                       Chief U.S. District Judge

MPM:mb

    cc:    Timothy Bass, Assistant U.S. Attorney  
            Robert Kirchner, Esq.  
            Vincent P. Kistner, U.S. Probation Officer