UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-20015 |
| ) | |
| MARSHALL BLANCHARD, ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

NOW COMES the Defendant, MARSHALL L. BLANCHARD, by and through his attorneys ROBERT G. KIRCHNER LAW OFFICE and LERNER LAW OFFICE and hereby pray for a continuance of the sentencing hearing scheduled in this cause for August 4th, 2006 and in support thereof state and show unto the Court as follows:

1. That on March 31st, 2006 the Jury found the Defendant guilty of Counts I and II of the indictment in this cause.

2. That following the Jury's Verdict, a Sentencing Hearing was scheduled for August 4th, 2006 at 10:30am.

3. That on May 5th, 2006 after obtaining the necessary funds, Defendant's counsel requested the trial transcripts in their entirety, beginning after the Jury selection, to be completed as much in advance of the sentencing hearing as possible.

4. That on June 16th, 2006, Lisa Cosimini, the Court reporter in charge of completing said transcripts advised that she had not began working on them yet but still planned

to have them completed by the month of July.

5. That on July 19th, 2006 a conference call was conducted between Defendant's counsel, Assistant United States Attorney, Tim Bass, and United States Probation Officer, Vince Kistner during which the Presentence Investigation Report was reviewed and objections were discussed.

6. That on July 20th, 2006 the Court reporter preparing the trial transcripts advised that she would have transcripts prepared within the next 45-60days but could not do so by the end of July.

7. That the Defendant believes that the trial transcripts would aid in addressing sentencing issues and desires receipt of the same prior to the sentencing hearing.

8. That there is no objection by the Assistant United States Attorney, Tim Bass, or the United States Probation Officer, Vince Kistner in continuing the sentencing hearing in order for the Defendant's counsel to receive and review the trial transcripts and that upon such receipt and review Defendant's counsel, Mr. Bass, and Mr. Kistner plan a further meeting/ discussion to address the sentencing issues.

WHEREFORE the Defendant requests a continuance of 75-90 days for the Sentencing Hearing scheduled for August 4th, 2006 in order to receive and review the trial transcripts, the receipt of which is anticipated within 45-60 days and to adequately address the sentencing issues in this matter.

    Respectfully Submitted,

    MARSHALL BLANCHARD, Defendant,

    By: **s/ Robert G. Kirchner**

ROBERT G. KIRCHNER LAW OFFICE
Robert G. Kirchner
 Attorney at Law
 100 Trade Centre Drive, Suite 402
 Champaign, IL 61820
 Phone: 217-355-5660
 Fax: 217-355-5675

By: **s/ Scott Lerner**
        LERNER LAW OFFICE
 Scott Lerner
 Attorney at Law
 201 West Springfield  Suite 610
Champaign, IL 61820
 Phone: 217-356-8381
 Fax:   217-356-7739

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of August, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Timothy A. Bass            tim.bass@usdoj.gov; staci.klayer@usdoj.gov**
**Vince Kistner, United States Probation, 201 S. Vine, Urbana, IL 61801- via US Mail**

**s/ Robert Kirchner**
Robert Kirchner Bar Number: 6182070
Attorney for Plaintiff
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Fax: 217-355-5675
E-mail: rgk-kirchnerlaw@sbcglobal.net

**s/ Scott Lerner**
Scott Lerner

Attorney for Plaintiff
201 West Springfield  Suite 610
Champaign, IL 61820
 Phone: 217-356-8381
 Fax:   217-356-7739
 Email: sky@advancenet.net