E-FILED
Wednesday, 21 March, 2007  10:18:34 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 05-20015 |
| MARSHALL BLANCHARD, ) | |
| Defendant. ) | |

**UNOPPOSED JOINT REQUEST FOR MODIFICATION OF SCHEDULING ORDER**

NOW COMES the Defendant, MARSHALL BLANCHARD, by and through his attorneys, ROBERT KIRCHNER LAW OFFICE and hereby tenders a joint request for a modification of the scheduling order previously entered, without objection by Assistant U.S. Attorney, Tim Bass and in support thereof states and shows unto the Court as follows:

1. This Court has previously Ordered commentaries, with respect to the Presentence Report to be filed on or before April 23rd, 2007 and set sentencing in this matter for May 2nd, 2007.

2. The parties **DO NOT** seek a modification of either the deadline for the filing of commentaries nor the sentencing hearing.

3. This Court further Ordered that a revised Presentence Report be filed on or before March 23rd, 2007.

4. Defendant's counsel and United States Probation Officer, Vince Kistner, have continued to work together with respect to the matters to be presented in the

Presentence Report and additional time is required for a continuation of those discussions.

5. The parties have agreed to jointly request, without objection from Assistant U.S. Attorney, Tim Bass, a modification of the deadline for submission of that revised Presentence Report from March 23rd, 2007 to April 9th, 2007.

6. The granting of this request will not impair, delay, or impede in any fashion the remaining schedule and orders of this Court.

WHEREFORE the Defendant tenders herewith the above Joint Request for modification of the date for the filing of the revised Presentence Report from March 23rd, 2007 to April 9th, 2007

MARSHALL BLANCHARD, Defendant,

By: **s/ Robert G. Kirchner**
ROBERT G. KIRCHNER LAW OFFICE
Robert G. Kirchner
Attorney at Law
100 Trade Centre Dr., Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Fax: 217-355-5675

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Timothy A. Bass**        tim.bass@usdoj.gov; staci.klayer@usdoj.gov

**s/ Robert Kirchner**
Robert Kirchner Bar Number: 6182070
Attorney for Plaintiff

-2-

100 Trade Centre Drive, Suite 402  
Champaign, IL 61820  
Phone: 217-355-5660  
Fax: 217-355-5675  
E-mail: rgk-kirchnerlaw@sbcglobal.net