E-FILED
Monday, 23 April, 2007  03:35:53 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-20029 |
| ) | |
| GARY KNOX, ) | |
| FRANK KELLY CIOTA, and ) | |
| DENNIS WIESE, JR., ) | |
| ) | |
| Defendants. ) | |

**GOVERNMENT'S MOTION FOR ADDITIONAL TIME
TO FILE SENTENCING COMMENTARY**

The United States of America, by Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Timothy A. Bass, Assistant United States Attorney, respectfully submits its motion for additional time to file sentencing commentary. The government states the following:

1. Defendants Gary Knox, Frank Kelly Ciota, and Dennis Wiese, Jr. were charged in an indictment with one or more counts of bank fraud, mail fraud, and wire fraud, in violation of 18 U.S.C. §§ 1344, 1341, and 1343. Defendants Knox and Ciota were also charged with conspiracy to commit money laundering.

2. On April 17, 2006, Defendant Ciota pleaded guilty to the charges in the indictment.

3. On April 19, 2006, Defendant Knox pleaded guilty to the charges in the indictment, and Defendant Wiese pleaded guilty to certain counts of the indictment

pursuant to a plea agreement.

4. On February 22, 2007, after previous continuances of the sentencing hearing and disclosure of the presentence reports, this Court scheduled the combined sentencing hearing for the defendants for May 18, 2007. In addition, this Court directed the parties to file sentencing commentaries on or before April 13, 2007.

5. On March 27, 2007, the government received the second initial presentence report for Defendant Knox. On April 4, 2007, the government received the second initial presentence report for Defendant Ciota.

6. On April 13, 2007, Defendant Ciota filed his commentary on sentencing factors. In his commentary, Defendant Ciota raises a number of objections, which include affirmative denials and assertions of fact concerning his role in and knowledge of the charged scheme, for which he has previously pleaded guilty to all counts in the superseding indictment. The government wishes to respond to these objections in its sentencing commentary. In addition, Defendant's Ciota's objections will result in the government objecting to any reduction for acceptance of responsibility and consideration by the government as to whether an enhancement is appropriate for obstruction of justice under USSG § 3C1.1.

7. On April 18, 2007, Defendant Knox filed pro se motions to withdraw his guilty plea and to dismiss the indictment. In his motions, Defendant Knox also makes affirmative denials and assertions of fact concerning his role in and knowledge of the charged scheme, for which he, too, has previously pleaded guilty to all counts in the

indictment. This Court has directed the government to file its responses to Defendant Knox's motions on or before May 2, 2007. In the event this Court denies Defendant Knox's motions, his factual assertions will have a direct bearing on the positions taken by the government in its sentencing commentary, including whether Defendant Knox is subject to an enhancement for obstruction of justice under USSG § 3C1.1.

8. To properly respond to the objections by Defendant Ciota and to evaluate the potential impact of Defendant Knox's motions on sentencing issues, the government respectfully requests until May 7, 2007, to file its sentencing commentary. Such filing will be made on or before that date, which is more than 10 days prior to sentencing.

WHEREFORE, the United States of America respectfully requests that this Court grant the government's motion.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

BY: s/Timothy A. Bass             __
TIMOTHY A. BASS, Bar No. MO 45344
Assistant United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone: 217/373-5875
Fax: 217/373-5891
tim.bass@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of April 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jeffrey B. Steinback
Attorney at Law
8531 Snaresbrook Rd
Roscoe, IL 61073

Robert Alvarado
Asst. Federal Public Defender
Suite 1500
401 Main St
Peoria, IL 61602

Jeffrey T. Page
Timoney & Page
Attorneys at Law
808 S. Second Street
Springfield, IL 62704

s/Timothy A. Bass
TIMOTHY A. BASS, Bar No. MO 45344
Assistant United States Attorney
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Phone:  217/373-5875
Fax: 217/373-5891
tim.bass@usdoj.gov
