E-FILED
Monday, 23 April, 2007   04:59:23 PM
Clerk, U.S. District Court, ILCD

**AMENDED CERTIFICATE OF SERVICE**

    I hereby certify that on this 23[th] day of April, 2006, I electronically filed the DEFENDANT'S SENTENCING COMMENTARY with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Timothy A. Bass**         tim.bass@usdoj.gov; staci.klayer@usdoj.gov


    **s/ Robert Kirchner**
Robert Kirchner Bar Number: 6182070
Attorney for Plaintiff
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Fax: 217-355-5675
E-mail: rgk-kirchnerlaw@sbcglobal.net