E-FILED
Tuesday, 01 May, 2007 01:59:11 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05-20015 |
| | ) | |
| MARSHALL BLANCHARD, | ) | |
| | ) | |
| Defendant. | ) | |

**DISCLOSURE OF LETTERS SENT TO COUNSEL IN MITIGATION
RELATED TO SENTENCING**

NOW COMES the Defendant, MARSHALL L. BLANCHARD, by and through his attorneys

ROBERT G. KIRCHNER LAW OFFICE and LERNER LAW OFFICE and respectfully disclose to

the Court the attached letters in mitigation in support of Marshall Blanchard and in support thereof

states as follows:

    1.      That counsel received letters from the following people in mitigation (see attached)[1]:

           Officer Dean Rhinehart- (page 1,2,3)
           Richard Fleener - Roberts Village President- (page 4,5)
           Nichole Campbell- (page 6)

    2.      That said letters are relevant as factors in mitigation

WHEREFORE, the Defendant prays this honorable Court consider the attached documents.

           Respectfully Submitted,
           MARSHALL BLANCHARD, Defendant,

---

[1] Signatures have been redacted

By: s/ Robert G. Kirchner
    ROBERT G. KIRCHNER LAW OFFICE
    Robert G. Kirchner
    Attorney at Law
    100 Trade Centre Drive, Suite 402
    Champaign, IL 61820
    Phone: 217-355-5660
    Fax: 217-355-5675

By: s/ Scott Lerner
    LERNER LAW OFFICE
    Scott Lerner
    Attorney at Law
    201 West Springfield  Suite 610
    Champaign, IL 61820
    Phone: 217-356-8381
    Fax:  217-356-7739

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Timothy A. Bass**    tim.bass@usdoj.gov; staci.klayer@usdoj.gov
**Vince Kistner, United States Probation, 201 S. Vine, Urbana, IL 61801- via US Mail**

s/ Robert Kirchner
Robert Kirchner Bar Number: 6182070
Attorney for Plaintiff
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Fax: 217-355-5675
E-mail: rgk-kirchnerlaw@sbcglobal.net

s/ Scott Lerner
Scott Lerner
Attorney for Plaintiff
201 West Springfield  Suite 610
Champaign, IL 61820
Phone: 217-356-8381
Fax:   217-356-7739
Email: sky@advancenet.net

2 of 2

TO WHOM IT MAY CONCERN:

RE:   Marshall Blanchard

I am a retired state police officer. I have been involved with law enforcement for over twenty five years. I have always trusted my instincts in serving my duties. I still trust my instincts to this day and I know that Marshall Blanchard is innocent. He is a good friend. He has helped me numerous times. He is like a son to me. The thought of him spending any time in jail is just too much to put into words. I don't associate myself with criminals and Marshall Blanchard is no criminal. He works hard and does well by his children. He has never done anything or given me any impression that would lead me to believe that he would think or act in any way that would warrant him to be in this situation. Marshall was doing well for himself and had no reason to be in anything that was alleged against him. The events leading to his verdict was nothing more than a multitude of corruption which saddens me to admit being a part of law enforcement.

Marshall Blanchard is and has, as long as I have known him, been a law abiding citizen. I beg you today that any sentence you must hand down be minor. He is not a hardened criminal that needs to be locked away. Please, restore my faith in justice and do what it right by this man standing before you.

Sincerely,

*Illinois State Police Retired Trooper*

**EXHIBIT   1**

(

( 2 W. Green St
R Roberts, Il 60962
Tuesday 25 2006

This letter is in reference
to one of my neighbors Marshall
Blanchard.

I have known Marshall
to be a good citizen the
time he lived in Roberts —

He helped anyone who
needed help on fixing cars
& homes mowers and a lot
of things.

Marshall always worked long
hours but taking time out
to make a home for his
family.

His sentencing is set
for early August, for his recent
trial. I cannot see how time
in prison would benifit his
family or anyone he knows, his
children need him.

I was third custodian when
he was released on our bond
and would share some responsibility
again. I hope the court can
show leniency for him this time
Sincerely

R.E.T.

**EXHIBIT 2**

Illinois State Trooper

7/24/06

To WHOM IT MAY CONCERN:

I HAVE KNOWN MARSHALL BLANCHARD FOR A NUMBER OF YEARS. DURING THIS PERIOD OF TIME I HAVE KNOWN HIM TO BE A VERY HARD WORKER, A VERY GOOD AND WILLING PROVIDER FOR HIS CHILDREN, AND A VERY GOOD MEMBER OF HIS COMMUNITY. HE HAS ALWAYS BEEN WILLING TO HELP A NEIGHBOR OR FRIEND WHEN IT WAS NEEDED.

I FEEL THAT TO PUT THIS MAN AWAY FOR AN EXTENDED PERIOD OF TIME WOULD BE TO NO BENEFIT TO ANYONE. JUSTICE AND THE COMMUNITY AND THE TAXPAYERS WOULD BE BETTER SERVED BY LETTING MR. BLANCHARD RETURN TO WORK, SUPPORT HIS CHILDREN, AND PAY HIS TAXES, JUST AS WE ALL DO.

THANK YOU

I.S.P. RET.

**EXHIBIT 3**

208 East Green Street,
Roberts, IL. 60962-0246
Sunday, July 23, 2006

To Whom It May Concern,

I am writing this letter at the request of one our village citizens, Marshall Blanchard.

I have known Marshall Blanchard for a number of years.

He has improved our village by purchasing and remodeling a number of homes. Over the years, I have purchased a vehicle from Marshall, and he has purchased one from me. I think that he treated me fairly, and I hope he thinks the same of me.

I have always known Marshall to be a friend, with admirable drive and work ethic.

I honestly don't know any details concerning Marshall's distant past, or recent legal problems, I can only say that I have had a good relationship with him, and with his family.

I do know that he is facing the sentencing portion of his recent trial. I would hope the court would show leniency to him. I cannot see how a lengthy sentence would benefit his family, or society. I have spoken of Marshall's work ethic, and I feel society would be better served with Marshall as a productive, tax-paying citizen.

I wish Marshall the best, and I am not ashamed to be an advocate for him.

Sincerely,

Richard Flessner
Roberts Village President

**EXHIBIT 4**

Dear Court:

RE:     Marshall Blanchard

Please consider this my letter of character for Marshall Blanchard. My name is Rick Flessner. I have known Marshall Blanchard for about eight years. I have been involved with various issues. In all my dealings with him, I can't say that any of it would lead me to believe that he was nor is a criminal of any kind. I am shocked to hear of anything negative about this man. He has always come across as upstanding and professional in my business dealings with him. He comes across as the type of person that would help a stranger in need. What has happened to this citizen is just not right. I consider Marshall Blanchard a friend and could only wish there were more citizens like him in the community. I request the Court to adhere to my opinion and I emphatically state that this man does not belong in prison.

Respectfully Submitted,

Rick Flessner, Mayor

**EXHIBIT  5**

*Nicole Campbell*
*33 Hwy 125 S*
*Harrison, AR 72601*

July 15, 2006

TO WHOM IT MAY CONCERN:

RE:   Marshall Blanchard

Dear Sir:

I am the niece of Marshall Blanchard. I, of course, have known him all my life. He has always been kind and a great uncle. He is the type of person who one could count on if needed help. I have never known Marshall Blanchard to do anything outside the realm of the law. He is a good person who has a good heart and in no way any sort of threat to anyone or society for that matter. He just has always worked hard and tried to do right by his kids. My heart is deeply saddened by this whole mess that has come to involve him. He does not deserve any of this.

I, myself, am a legal secretary and have seen many cases come across my desk. I have faith in the judicial system. I am well aware that at times it seems flawed, but it is our foundation. I have seen judges and juries make good calls and I have also seen a few bad decisions made. However, my confidence was disconsolate when I received word of the verdict handed down upon my uncle. I knew in my heart that he would prevail due to not only his, in fact innocence, but of all the surrounding circumstances. I have never seen such a miscarriage of justice.

I know that this is not the time or place to argue his innocence and I do not wish to misuse any furtherance of your time. I can only hope and pray that the Courts can view the real man inside and his history of being a law abiding citizen. He is a father, a brother, a son, an uncle and a great uncle to my children. I want my children to grow to know the man that I know.

Two wrongs don't make a right. I beg the Courts to not let this miscarriage of justice result in another one. If you feel you must sentence this man, let it be minimal. Thank you in advance for your time. I lay my faith and sympathy in your hands.

Sincerely,

Nicole Campbell

NMC/nc

**EXHIBIT 6**