E-FILED
Wednesday, 02 May, 2007  09:47:01 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 05-20015 |
| MARSHALL BLANCHARD, | ) |
| Defendant. | ) |

## MOTION TO CONTINUE SENTENCING

The United States, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Assistant United States Attorney, Timothy A. Bass, moves to continue the sentencing hearing scheduled for today, May 2, 2007, and in support thereof, states as follows:

1. The defendant was charged in an indictment and convicted following a jury trial of knowingly manufacturing methamphetamine on or about December 30, 2004, in violation of 21 U.S.C. § 841(a)(1), and felon in possession of a firearm on or about December 30, 2004, in violation of 18 U.S.C. § 922(g)(1).

2. The undersigned's wife is scheduled to undergo surgery today in Springfield, Illinois.

3. The government requests a continuance of the sentencing in this case to a date convenient to this Court and the defendant. Robert G. Kirchner, counsel for the defendant, has stated that he has no objection to such a continuance.

WHEREFORE, the government requests a continuance of the sentencing in this matter to a date convenient to this Court and the defendant.

                                  Respectfully submitted,

                                  RODGER A. HEATON
                                  UNITED STATES ATTORNEY

BY:    s/Timothy A. Bass
         TIMOTHY A. BASS, Bar No. MO 45344
         United States Attorney
         201 S. Vine St., Suite 226
         Urbana, IL 61802
         Phone: 217/373-5875
         Fax: 217/373-5891
         tim.bass@usdoj.gov

CERTIFICATE OF SERVICE

     I hereby certify that on the 2nd day of May 2007, I electronically filed the Motion to Continue Sentencing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Robert G. Kirchner
Kirchner Law Office
Suite 402
100 Trade Centre Drive
Champaign, IL 61820

Scott Lerner
Lerner Law Offices
Suite 608
201 W. Springfield Avenue
Champaign, IL 61824

     s/Timothy A. Bass
     TIMOTHY A. BASS, Bar No. MO 45344
     United States Attorney
     201 S. Vine St., Suite 226
     Urbana, IL 61802
     Phone: 217/373-5875
     Fax: 217/373-5891
     tim.bass@usdoj.gov