AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF _____

US v. Blanchard

EXHIBIT AND WITNESS LIST

CASE NUMBER: 05-20015

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Michael P. McCusky | Tim Bass | Kishna / Lerner |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 7-17-07 | LC | SJ |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| Probation | | | | | |
| 1 | | 7-17-07 | ✓ | ✓ | Clandestine Drug Lab Site Specific Health & Safety Plan |

FILED
JUL 17 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages