**E-FILED**
Thursday, 26 July, 2007  04:04:47 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05-20015 |
| | ) | |
| MARSHALL L. BLANCHARD, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF APPEAL

Notice is hereby given that the Defendant, MARSHALL L. BLANCHARD, appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered July 18th, 2007, from the sentence imposed July 17th, 2007 sentencing the Defendant to concurrent terms of imprisonment of one hundred fifty (150)  and one hundred twenty (120)  months, and from all Orders entered prior thereto involving the Court's trial, and pretrial Orders and rulings.

Respectfully Submitted,
MARSHALL BLANCHARD, Defendant

By: **s/ Robert G. Kirchner**
ROBERT G. KIRCHNER LAW OFFICE
Robert G. Kirchner
Attorney at Law
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Fax: 217-355-5675

-1-

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 26th day of July, 2007, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to the

following:

**Timothy A. Bass**          **tim.bass@usdoj.gov; <u>staci.klayer@usdoj.gov</u>**

<u>**s/ Robert Kirchner**</u>
Robert Kirchner Bar Number: 6182070
Attorney for Plaintiff
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Fax: 217-355-5675
E-mail: <u>rgk-kirchnerlaw@sbcglobal.net</u>