**E-FILED**
Thursday, 26 July, 2007  04:57:01 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

| UNITED STATES OF AMERICA | **District of** | CENTRAL DISTRICT OF ILLINOIS |
|---|---|---|

Plaintiff

V.

MARSHALL L. BLANCHARD

Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:  05-20015

I, _____MARSHALL L. BLANCHARD_____ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant          ☑ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?        ☑ Yes        ☐ No        (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____Ford County Jail_____

    Are you employed at the institution? __No__  Do you receive any payment from the institution? __No__

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2.  Are you currently employed?        ☐ Yes        ☐ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have you received any money from any of the following sources?

    | | | | |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ Yes | ☑ No |
    | b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
    | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
    | d. | Disability or workers compensation payments | ☐ Yes | ☑ No |
    | e. | Gifts or inheritances | ☐ Yes | ☑ No |
    | f. | Any other sources | ☑ Yes | ☐ No |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

Family and friends $50.00. Do not expect to receive any more money

4.  Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☑ No

If "Yes," state the total amount.  _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☑ No

If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

None

I declare under penalty of perjury that the above information is true and correct.

| 7/26/2007 | S/Marshall L. Blanchard |
|---|---|
| Date | Signature of Applicant |

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

JUL-26-2007 04:58PM    FAX:3794801

```
   DATE      TIME          FORD COUNTY SHERIFF'S OFFICE          PAGE   12      JBS070
 7/26/07  16:21.00              INMATE ACCOUNTING
                              INMATE ACCOUNT RECORD

LEMS ID#          10718 BLANCHARD, MARSHALL LEE
LOCAL ID# B2065
```

| TRANS DATE | OFFICER | DESCRIPTION | DISBURSE MENTS | DEPOSITS | INMATE BALANCE |
|---|---|---|---|---|---|
| 1/07/07 | FAIRFIELD, | PLAIN CHIPS | 1.00 | | 1.50 |
| 1/07/07 | FAIRFIELD, | HOT CHEETOS | 1.50 | | .00 |
| 1/08/07 | MCGINNESS, | DEPOSIT - I015742 | | 150.00 | 150.00 |
| 1/13/07 | MOBLEY, JO | PHONE CARD | 20.00 | | 130.00 |
| 1/13/07 | MOBLEY, JO | JALAPENO CHEESE | 2.50 | | 127.50 |
| 1/13/07 | MOBLEY, JO | TORTILLAS | 2.00 | | 125.50 |
| 1/13/07 | MOBLEY, JO | STRAWBERRY DONUTS | 2.00 | | 123.50 |
| 1/21/07 | WOODMANSEE | PEACH MIX | 2.00 | | 121.50 |
| 1/21/07 | WOODMANSEE | COLOMBIAN SELECT COF | 2.00 | | 119.50 |
| 1/21/07 | WOODMANSEE | TORTILLAS | 3.00 | | 116.50 |
| 1/21/07 | WOODMANSEE | HOT CHILI W/ BEANS | 2.50 | | 114.00 |
| 1/21/07 | WOODMANSEE | HOT BEEF POPPERS | 3.00 | | 111.00 |
| 1/21/07 | WOODMANSEE | BEEF STEW | 1.25 | | 109.75 |
| 1/21/07 | WOODMANSEE | CHILI RAMEN | 2.50 | | 107.25 |
| 1/21/07 | WOODMANSEE | REESES PNUT CUPS | 1.00 | | 106.25 |
| 1/21/07 | WOODMANSEE | STRAWBERRY DONUTS | 2.00 | | 104.25 |
| 1/21/07 | WOODMANSEE | HOT CHEETOS | 3.00 | | 101.25 |
| 1/21/07 | WOODMANSEE | NACHO CHEESE CHIPS | 1.00 | | 100.25 |
| 1/24/07 | FAIRFIELD, | PHONE CARD | 20.00 | | 80.25 |
| 1/27/07 | SHERFEY, L | DEPOSIT - I015840 | | 100.00 | 180.25 |
| 1/28/07 | WOODMANSEE | PHONE CARD | 10.00 | | 170.25 |
| 1/28/07 | WOODMANSEE | DIAL SOAP | .75 | | 169.50 |
| 1/28/07 | WOODMANSEE | COLOMBIAN SELECT COF | 4.00 | | 165.50 |
| 1/28/07 | WOODMANSEE | TORTILLAS | 1.00 | | 164.50 |
| 1/28/07 | WOODMANSEE | CHICKEN RAMEN | 2.50 | | 162.00 |
| 1/28/07 | WOODMANSEE | BEAR CLAWS | 6.00 | | 156.00 |
| 1/28/07 | WOODMANSEE | FROSTED FLAKES | 2.50 | | 153.50 |
| 1/28/07 | WOODMANSEE | HOT CHEETOS | 1.50 | | 152.00 |
| 1/28/07 | FAIRFIELD, | COLOMBIAN SELECT COF | 2.00 | | 150.00 |
| 2/04/07 | MOBLEY, JO | PHONE CARD | 20.00 | | 130.00 |
| 2/04/07 | MOBLEY, JO | STAMPED ENVELOPES | 2.00 | | 128.00 |
| 2/04/07 | MOBLEY, JO | INSTANT COFFEE | 4.00 | | 124.00 |
| 2/04/07 | MOBLEY, JO | HOT PICANTE SAUCE | 1.50 | | 122.50 |
| 2/04/07 | MOBLEY, JO | HOT CHILI W/ BEANS | 2.50 | | 120.00 |
| 2/04/07 | MOBLEY, JO | CHILI RAMEN | 2.50 | | 117.50 |
| 2/04/07 | MOBLEY, JO | SNICKERS | 1.00 | | 116.50 |
| 2/04/07 | MOBLEY, JO | JOLLY RANCHERS | .75 | | 115.75 |
| 2/04/07 | MOBLEY, JO | BEAR CLAWS | 5.00 | | 110.75 |
| 2/04/07 | MOBLEY, JO | PLAIN CHIPS | 1.00 | | 109.75 |
| 2/04/07 | MOBLEY, JO | HOT CHEETOS | 1.50 | | 108.25 |
| 2/04/07 | MOBLEY, JO | NACHO CHEESE CHIPS | 1.00 | | 107.25 |
| 2/11/07 | FAIRFIELD, | PHONE CARD | 20.00 | | 87.25 |
| 2/11/07 | FAIRFIELD, | INSTANT COFFEE | 2.00 | | 85.25 |
| 2/11/07 | FAIRFIELD, | JALAPENO CHEESE | 2.50 | | 82.75 |
| 2/11/07 | FAIRFIELD, | TORTILLAS | 1.00 | | 81.75 |

JUL-26-2007 04:58PM    FAX:3794801    ID:KIRCHNER LAW OFFICE    PAGE:014 R=97%

```
DATE      TIME          FORD COUNTY SHERIFF'S OFFICE        PAGE    13       JBS070
7/26/07 16:21.00               INMATE ACCOUNTING
                            INMATE ACCOUNT RECORD

LEMS ID#         10718 BLANCHARD, MARSHALL LEE
LOCAL ID# B2065
```

| TRANS DATE | OFFICER | DESCRIPTION | DISBURSE MENTS | DEPOSITS | INMATE BALANCE |
|---|---|---|---|---|---|
| 2/11/07 | FAIRFIELD, | HOT CHILI W/ BEANS | 1.25 | | 80.50 |
| 2/11/07 | FAIRFIELD, | BEAR CLAWS | 5.00 | | 75.50 |
| 2/11/07 | FAIRFIELD, | PLAIN CHIPS | 1.00 | | 74.50 |
| 2/11/07 | FAIRFIELD, | HOT CHEETOS | 1.50 | | 73.00 |
| 2/12/07 | MCGINNESS, | DEPOSIT - I015915 | | 20.00 | 93.00 |
| 2/18/07 | FAIRFIELD, | PHONE CARD | 30.00 | | 63.00 |
| 2/18/07 | FAIRFIELD, | SALTINES | 1.25 | | 61.75 |
| 2/18/07 | FAIRFIELD, | TORTILLAS | 2.00 | | 59.75 |
| 2/18/07 | FAIRFIELD, | HOT CHILI W/ BEANS | 1.25 | | 58.50 |
| 2/18/07 | FAIRFIELD, | CHILI RAMEN | 1.25 | | 57.25 |
| 2/18/07 | FAIRFIELD, | SNICKERS | 1.00 | | 56.25 |
| 2/18/07 | FAIRFIELD, | BEAR CLAWS | 5.00 | | 51.25 |
| 2/18/07 | FAIRFIELD, | HOT CHEETOS | 1.50 | | 49.75 |
| 2/24/07 | FAIRFIELD, | PHONE CARD | 20.00 | | 29.75 |
| 2/24/07 | FAIRFIELD, | TORTILLAS | 1.00 | | 28.75 |
| 2/24/07 | FAIRFIELD, | HOT CHILI W/ BEANS | 1.25 | | 27.50 |
| 2/24/07 | FAIRFIELD, | BEAR CLAWS | 5.00 | | 22.50 |
| 2/24/07 | FAIRFIELD, | HOT CHEETOS | 1.50 | | 21.00 |
| 2/26/07 | MCGINNESS, | DEPOSIT - I015971 | | 100.00 | 121.00 |
| 3/04/07 | MOBLEY, JO | PHONE CARD | 20.00 | | 101.00 |
| 3/04/07 | MOBLEY, JO | CHERRY MIX | 2.00 | | 99.00 |
| 3/04/07 | MOBLEY, JO | INSTANT COFFEE | 4.00 | | 95.00 |
| 3/04/07 | MOBLEY, JO | TORTILLAS | 3.00 | | 92.00 |
| 3/04/07 | MOBLEY, JO | HOT CHILI W/ BEANS | 6.25 | | 85.75 |
| 3/04/07 | MOBLEY, JO | CHILI RAMEN | 2.50 | | 83.25 |
| 3/04/07 | MOBLEY, JO | CHOC CUPCAKES | 1.75 | | 81.50 |
| 3/04/07 | MOBLEY, JO | NACHO CHEESE CHIPS | 3.00 | | 78.50 |
| 3/11/07 | MOBLEY, JO | PHONE CARD | 20.00 | | 58.50 |
| 3/11/07 | MOBLEY, JO | CHERRY MIX | 2.00 | | 56.50 |
| 3/11/07 | MOBLEY, JO | TORTILLAS | 1.00 | | 55.50 |
| 3/11/07 | MOBLEY, JO | HOT CHILI W/ BEANS | 2.50 | | 53.00 |
| 3/11/07 | MOBLEY, JO | SUMMER SAUSAGE | 1.00 | | 52.00 |
| 3/11/07 | MOBLEY, JO | CHILI RAMEN | 1.25 | | 50.75 |
| 3/11/07 | MOBLEY, JO | BEEF RAMEN | 1.25 | | 49.50 |
| 3/11/07 | MOBLEY, JO | SNICKERS | 2.00 | | 47.50 |
| 3/11/07 | MOBLEY, JO | PEANUT M&M'S | 1.50 | | 46.00 |
| 3/11/07 | MOBLEY, JO | REESES PNUT CUPS | 1.00 | | 45.00 |
| 3/11/07 | MOBLEY, JO | BEAR CLAWS | 5.00 | | 40.00 |
| 3/18/07 | WOODMANSEE | PHONE CARD | 20.00 | | 20.00 |
| 3/18/07 | WOODMANSEE | TORTILLAS | 2.00 | | 18.00 |
| 3/18/07 | WOODMANSEE | HOT CHILI W/ BEANS | 2.50 | | 15.50 |
| 3/18/07 | WOODMANSEE | CHILI RAMEN | 1.25 | | 14.25 |
| 3/18/07 | WOODMANSEE | BEAR CLAWS | 5.00 | | 9.25 |
| 3/18/07 | WOODMANSEE | SOUR CREAM & ONION C | 2.00 | | 7.25 |
| 3/18/07 | FAIRFIELD, | SPORKS | .50 | | 6.75 |

07/26/2007  16:11    3794801

JUL-26-2007 04:29PM   FAX:3794801      ID:KIRCHNER LAW OFFICE    PAGE:015   R=97%

| DATE    | TIME     | FORD COUNTY SHERIFF'S OFFICE | PAGE | 14 | JBS070 |
|---------|----------|------------------------------|------|----|--------|
| 7/26/07 | 16:21.00 | INMATE ACCOUNTING            |      |    |        |
|         |          | INMATE ACCOUNT RECORD        |      |    |        |

LEMS ID#        10718 BLANCHARD, MARSHALL LEE
LOCAL ID# B2065

| TRANS DATE | OFFICER | DESCRIPTION | DISBURSEMENTS | DEPOSITS | INMATE BALANCE |
|---|---|---|---|---|---|
| 3/24/07 | SHERFEY, L | DEPOSIT - I016091 | | 20.00 | 26.75 |
| 3/24/07 | OBERLOH, T | DEPOSIT - I016092 | | 20.00 | 46.75 |
| 3/24/07 | WOODMANSEE | PHONE CARD | 20.00 | | 26.75 |
| 3/24/07 | WOODMANSEE | TORTILLAS | 1.00 | | 25.75 |
| 3/24/07 | WOODMANSEE | BEAR CLAWS | 2.00 | | 23.75 |
| 3/25/07 | MCGINNESS, | DEPOSIT - I016097 | | 20.00 | 43.75 |
| 3/27/07 | MCGINNESS, | DEPOSIT - I016105 | | 50.00 | 93.75 |
| 4/01/07 | MOBLEY, JO | PHONE CARD | 30.00 | | 63.75 |
| 4/01/07 | MOBLEY, JO | CHEDDAR CHEESE | 2.50 | | 61.25 |
| 4/01/07 | MOBLEY, JO | TORTILLAS | 2.00 | | 59.25 |
| 4/01/07 | MOBLEY, JO | HOT CHILI W/ BEANS | 3.75 | | 55.50 |
| 4/01/07 | MOBLEY, JO | CHILI RAMEN | 1.25 | | 54.25 |
| 4/01/07 | MOBLEY, JO | BEAR CLAWS | 3.00 | | 51.25 |
| 4/01/07 | MOBLEY, JO | NACHO CHEESE CHIPS | 1.75 | | 49.50 |
| 4/08/07 | FAIRFIELD, | PHONE CARD | 20.00 | | 29.50 |
| 4/08/07 | FAIRFIELD, | INSTANT COFFEE | 2.00 | | 27.50 |
| 4/08/07 | FAIRFIELD, | HOT CHILI W/ BEANS | 3.75 | | 23.75 |
| 4/08/07 | FAIRFIELD, | CHILI RAMEN | 1.00 | | 22.75 |
| 4/08/07 | FAIRFIELD, | BEAR CLAWS | 2.00 | | 20.75 |
| 4/15/07 | MOBLEY, JO | PHONE CARD | 10.00 | | 10.75 |
| 4/15/07 | MOBLEY, JO | SUMMER SAUSAGE | 1.00 | | 9.75 |
| 4/21/07 | SHERFEY, L | DEPOSIT - I016245 | | 20.00 | 29.75 |
| 4/22/07 | WOODMANSEE | PHONE CARD | 10.00 | | 19.75 |
| 4/22/07 | WOODMANSEE | TORTILLAS | 1.00 | | 18.75 |
| 4/22/07 | WOODMANSEE | HOT CHILI W/ BEANS | 2.50 | | 16.25 |
| 4/22/07 | WOODMANSEE | CHILI RAMEN | 1.00 | | 15.25 |
| 4/22/07 | WOODMANSEE | NACHO CHEESE CHIPS | 1.75 | | 13.50 |
| 4/28/07 | BRUENS, ST | DEPOSIT - I016276 | | 20.00 | 33.50 |
| 4/29/07 | FAIRFIELD, | PHONE CARD | 20.00 | | 13.50 |
| 4/29/07 | FAIRFIELD, | SALTINES | 1.25 | | 12.25 |
| 4/29/07 | FAIRFIELD, | TORTILLAS | 2.00 | | 10.25 |
| 4/29/07 | FAIRFIELD, | HOT CHILI W/ BEANS | 1.25 | | 9.00 |
| 4/29/07 | FAIRFIELD, | CHILI RAMEN | 1.00 | | 8.00 |
| 4/29/07 | FAIRFIELD, | OREO COOKIES | 2.00 | | 6.00 |
| 5/06/07 | MOBLEY, JO | TORTILLAS | 1.00 | | 5.00 |
| 5/06/07 | MOBLEY, JO | CHILI RAMEN | .25 | | 4.75 |
| 5/06/07 | MOBLEY, JO | DUNKIN STICKS | 3.00 | | 1.75 |
| 5/06/07 | MOBLEY, JO | NACHO CHEESE CHIPS | 1.75 | | .00 |
| 5/12/07 | SHERFEY, L | DEPOSIT - I016350 | | 20.00 | 20.00 |
| 5/13/07 | DUFFY, PAT | PHONE CARD | 10.00 | | 10.00 |
| 5/13/07 | DUFFY, PAT | HOT CHILI W/ BEANS | 2.50 | | 7.50 |
| 5/13/07 | DUFFY, PAT | CHILI RAMEN | 1.00 | | 6.50 |
| 5/13/07 | DUFFY, PAT | DUNKIN STICKS | 1.50 | | 5.00 |
| 5/13/07 | DUFFY, PAT | HOT FRIES | 1.00 | | 4.00 |
| 5/13/07 | MCGINNESS, | DEPOSIT - I016355 | | 20.00 | 24.00 |

07/26/2007 16:11   3794801

JUL-26-2007 04:59PM    FAX:3794801    ID:KIRCHNER LAW OFFICE    PAGE:016  R=100%

| DATE | TIME | FORD COUNTY SHERIFF'S OFFICE | PAGE | 15 | JBS070 |
|------|------|------|------|------|------|
| 7/26/07 | 16:21.00 | INMATE ACCOUNTING | | | |
| | | INMATE ACCOUNT RECORD | | | |

LEMS ID#        10718 BLANCHARD, MARSHALL LEE
LOCAL ID# B2065

| TRANS DATE | OFFICER | DESCRIPTION | DISBURSEMENTS | DEPOSITS | INMATE BALANCE |
|------------|---------|-------------|---------------|----------|----------------|
| 5/14/07 | CORNETT, J | DEPOSIT - I016358 | | 75.00 | 99.00 |
| 5/20/07 | SLOAN, DER | PHONE CARD | 20.00 | | 79.00 |
| 5/20/07 | SLOAN, DER | SALTINES | 1.25 | | 77.75 |
| 5/20/07 | SLOAN, DER | TORTILLAS | 2.00 | | 75.75 |
| 5/20/07 | SLOAN, DER | HOT CHILI W/ BEANS | 2.50 | | 73.25 |
| 5/20/07 | SLOAN, DER | CHILI RAMEN | 1.00 | | 72.25 |
| 5/20/07 | SLOAN, DER | DUNKIN STICKS | 1.50 | | 70.75 |
| 5/20/07 | SLOAN, DER | PLAIN CHIPS | 2.00 | | 68.75 |
| 5/27/07 | FAIRFIELD, | PHONE CARD | 20.00 | | 48.75 |
| 5/27/07 | FAIRFIELD, | CHERRY MIX | 2.00 | | 46.75 |
| 5/27/07 | FAIRFIELD, | TORTILLAS | 2.00 | | 44.75 |
| 5/27/07 | FAIRFIELD, | HOT CHILI W/ BEANS | 1.25 | | 43.50 |
| 5/27/07 | FAIRFIELD, | SUMMER SAUSAGE | 2.00 | | 41.50 |
| 5/27/07 | FAIRFIELD, | SNICKERS | 1.00 | | 40.50 |
| 5/27/07 | FAIRFIELD, | OREO COOKIES | 2.00 | | 38.50 |
| 5/27/07 | FAIRFIELD, | PLAIN CHIPS | 2.00 | | 36.50 |
| 6/03/07 | FAIRFIELD, | PHONE CARD | 10.00 | | 26.50 |
| 6/03/07 | FAIRFIELD, | INSTANT COFFEE | 2.00 | | 24.50 |
| 6/03/07 | FAIRFIELD, | TORTILLAS | 1.00 | | 23.50 |
| 6/03/07 | FAIRFIELD, | HOT CHILI W/ BEANS | 1.25 | | 22.25 |
| 6/03/07 | FAIRFIELD, | MACKEREL | 1.00 | | 21.25 |
| 6/03/07 | FAIRFIELD, | CHICKEN RAMEN | 1.00 | | 20.25 |
| 6/03/07 | FAIRFIELD, | SOUR CREAM & ONION C | 2.00 | | 18.25 |
| 6/10/07 | MOBLEY, JO | PHONE CARD | 10.00 | | 8.25 |
| 6/10/07 | MOBLEY, JO | CHILI RAMEN | 1.00 | | 7.25 |
| 6/10/07 | MOBLEY, JO | PEANUT BUTTER WAFERS | 1.75 | | 5.50 |
| 6/10/07 | MOBLEY, JO | BEAR CLAWS | 5.00 | | .50 |
| 6/15/07 | PETKUS, DE | DEPOSIT - I016503 | | 50.00 | 50.50 |
| 6/16/07 | POPE, ADAM | DEPOSIT - I016506 | | 20.00 | 70.50 |
| 6/17/07 | FAIRFIELD, | PHONE CARD | 10.00 | | 60.50 |
| 6/17/07 | FAIRFIELD, | SUMMER SAUSAGE | 1.00 | | 59.50 |
| 6/17/07 | FAIRFIELD, | CHILI RAMEN | 2.00 | | 57.50 |
| 6/17/07 | FAIRFIELD, | PEANUT BUTTER WAFERS | 3.50 | | 54.00 |
| 6/17/07 | FAIRFIELD, | SOUR CREAM & ONION C | 1.00 | | 53.00 |
| 6/24/07 | WOODMANSEE | PHONE CARD | 10.00 | | 43.00 |
| 6/24/07 | WOODMANSEE | INSTANT COFFEE | 2.00 | | 41.00 |
| 6/24/07 | WOODMANSEE | SALTINES | 1.25 | | 39.75 |
| 6/24/07 | WOODMANSEE | TORTILLAS | 3.00 | | 36.75 |
| 6/24/07 | WOODMANSEE | HOT CHILI W/ BEANS | 2.50 | | 34.25 |
| 6/24/07 | WOODMANSEE | PEANUT BUTTER WAFERS | 1.75 | | 32.50 |
| 6/24/07 | WOODMANSEE | BEAR CLAWS | 2.50 | | 30.00 |
| 6/24/07 | WOODMANSEE | HOT BBQ CHIPS | 1.00 | | 29.00 |
| 6/24/07 | WOODMANSEE | SOUR CREAM & ONION C | 1.00 | | 28.00 |
| 7/01/07 | WOODMANSEE | PHONE CARD | 10.00 | | 18.00 |
| 7/01/07 | WOODMANSEE | BABY POWDER | 2.00 | | 16.00 |

JUL-26-2007 04:29PM    FAX:3794801    ID:KIRCHNER LAW OFFICE    PAGE:017 R=96%

```
DATE      TIME              FORD COUNTY SHERIFF'S OFFICE       PAGE   16      JBS070
7/26/07  16:21.00                 INMATE ACCOUNTING
                              INMATE ACCOUNT RECORD

LEMS ID#        10718 BLANCHARD, MARSHALL LEE
LOCAL ID# B2065
```

| TRANS DATE | OFFICER | DESCRIPTION | DISBURSE MENTS | DEPOSITS | INMATE BALANCE |
|---|---|---|---|---|---|
| 7/01/07 | WOODMANSEE | TOOTH PASTE | 1.50 | | 14.50 |
| 7/01/07 | WOODMANSEE | TORTILLAS | 2.00 | | 12.50 |
| 7/01/07 | WOODMANSEE | HOT CHILI W/ BEANS | 2.50 | | 10.00 |
| 7/01/07 | WOODMANSEE | SUMMER SAUSAGE | 1.00 | | 9.00 |
| 7/01/07 | WOODMANSEE | CHICKEN RAMEN | 1.00 | | 8.00 |
| 7/01/07 | WOODMANSEE | CHILI RAMEN | 1.00 | | 7.00 |
| 7/01/07 | WOODMANSEE | PEANUT BUTTER WAFERS | 1.75 | | 5.25 |
| 7/01/07 | WOODMANSEE | BEAR CLAWS | 2.50 | | 2.75 |
| 7/01/07 | WOODMANSEE | HOT BBQ CHIPS | 2.00 | | .75 |
| 7/06/07 | WOODMANSEE | DEPOSIT - I016621 | | 25.00 | 25.75 |
| 7/08/07 | MOBLEY, JO | PHONE CARD | 10.00 | | 15.75 |
| 7/08/07 | MOBLEY, JO | INSTANT COFFEE | 2.00 | | 13.75 |
| 7/08/07 | MOBLEY, JO | TORTILLAS | 1.00 | | 12.75 |
| 7/08/07 | MOBLEY, JO | HOT CHILI W/ BEANS | 2.50 | | 10.25 |
| 7/08/07 | MOBLEY, JO | SUMMER SAUSAGE | 1.00 | | 9.25 |
| 7/08/07 | MOBLEY, JO | CHILI RAMEN | 1.00 | | 8.25 |
| 7/08/07 | MOBLEY, JO | BEAR CLAWS | 2.50 | | 5.75 |
| 7/08/07 | MOBLEY, JO | HOT BBQ CHIPS | 1.00 | | 4.75 |
| 7/14/07 | WOODMANSEE | DEPOSIT - I016679 | | 20.00 | 24.75 |
| 7/15/07 | MOBLEY, JO | PHONE CARD | 10.00 | | 14.75 |
| 7/15/07 | MOBLEY, JO | PICKLE | .75 | | 14.00 |
| 7/15/07 | MOBLEY, JO | TORTILLAS | 1.00 | | 13.00 |
| 7/15/07 | MOBLEY, JO | HOT CHILI W/ BEANS | 1.25 | | 11.75 |
| 7/15/07 | MOBLEY, JO | 3 MUSKETEERS | 1.00 | | 10.75 |
| 7/18/07 | MCGINNESS, | DEPOSIT - I016697 | | 50.00 | 60.75 |
| 7/21/07 | LAVENDER, | DEPOSIT - I016719 | | 20.00 | 80.75 |
| 7/22/07 | MOBLEY, JO | PHONE CARD | 20.00 | | 60.75 |
| 7/22/07 | MOBLEY, JO | INSTANT COFFEE | 2.00 | | 58.75 |
| 7/22/07 | MOBLEY, JO | TORTILLAS | 1.00 | | 57.75 |
| 7/22/07 | MOBLEY, JO | HOT CHILI W/ BEANS | 1.25 | | 56.50 |
| 7/22/07 | MOBLEY, JO | SUMMER SAUSAGE | 1.00 | | 55.50 |
| 7/22/07 | MOBLEY, JO | CHILI RAMEN | 1.00 | | 54.50 |
| 7/22/07 | MOBLEY, JO | HOT BBQ CHIPS | 1.00 | | 53.50 |
| 7/22/07 | MOBLEY, JO | COMMISSARY | 27.25 | | 53.50 |