**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 05-20015 |
| MARSHALL L. BLANCHARD, | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of July, 2007, I electronically filed the Application to Proceed Without Prepayment of Fees and Affidavit (Motion for Leave to Appeal in Forma Pauperis) with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Timothy A. Bass**     tim.bass@usdoj.gov; staci.klayer@usdoj.gov

s/ Robert Kirchner
Robert Kirchner Bar Number: 6182070
Attorney for Plaintiff
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Fax: 217-355-5675
E-mail: rgk-kirchnerlaw@sbcglobal.net