# UNITED STATES DISTRICT COURT

UNITED STATES OF AMERICA | District of | CENTRAL DISTRICT OF ILLINOIS

Plaintiff

V.

MARSHALL L. BLANCHARD

Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 05-20015

I, _____MARSHALL L. BLANCHARD_____ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant    ☒ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____Ford County Jail_____

   Are you employed at the institution? __No__  Do you receive any payment from the institution? __No__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | | |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. | Gifts or inheritances | ☐ Yes | ☒ No |
   | f. | Any other sources | ☒ Yes | ☐ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

Family and friends $50.00. Do not expect to receive any more money

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☑ No

   If "Yes," state the total amount.   _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   None

I declare under penalty of perjury that the above information is true and correct.

| 7/26/2007 | S/Marshall L. Blanchard |
|---|---|
| Date | Signature of Applicant |

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
DATE        TIME          FORD COUNTY SHERIFF'S OFFICE        PAGE    12      JBS070
7/26/07   16:21.00              INMATE ACCOUNTING
                               INMATE ACCOUNT RECORD


LEMS ID#        10718 BLANCHARD, MARSHALL LEE
LOCAL ID# B2065

                                                   DISBURSE               INMATE
 TRANS                                              MENTS    DEPOSITS    BALANCE
 DATE    OFFICER      DESCRIPTION

1/07/07  FAIRFIELD,   PLAIN CHIPS                    1.00                  1.50
1/07/07  FAIRFIELD,   HOT CHEETOS                    1.50                   .00
1/08/07  MCGINNESS,   DEPOSIT - I015742                       150.00     150.00
1/13/07  MOBLEY, JO   PHONE CARD                    20.00                130.00
1/13/07  MOBLEY, JO   JALAPENO CHEESE                2.50                127.50
1/13/07  MOBLEY, JO   TORTILLAS                      2.00                125.50
1/13/07  MOBLEY, JO   STRAWBERRY DONUTS              2.00                123.50
1/21/07  WOODMANSEE   PEACH MIX                      2.00                121.50
1/21/07  WOODMANSEE   COLOMBIAN SELECT COF           2.00                119.50
1/21/07  WOODMANSEE   TORTILLAS                      3.00                116.50
1/21/07  WOODMANSEE   HOT CHILI W/ BEANS             2.50                114.00
1/21/07  WOODMANSEE   HOT BEEF POPPERS               3.00                111.00
1/21/07  WOODMANSEE   BEEF STEW                      1.25                109.75
1/21/07  WOODMANSEE   CHILI RAMEN                    2.50                107.25
1/21/07  WOODMANSEE   REESES PNUT CUPS               1.00                106.25
1/21/07  WOODMANSEE   STRAWBERRY DONUTS              2.00                104.25
1/21/07  WOODMANSEE   HOT CHEETOS                    3.00                101.25
1/21/07  WOODMANSEE   NACHO CHEESE CHIPS             1.00                100.25
1/24/07  FAIRFIELD,   PHONE CARD                    20.00                 80.25
1/27/07  SHERFEY, L   DEPOSIT - I015840                       100.00    180.25
1/28/07  WOODMANSEE   PHONE CARD                    10.00                170.25
1/28/07  WOODMANSEE   DIAL SOAP                       .75                169.50
1/28/07  WOODMANSEE   COLOMBIAN SELECT COF           4.00                165.50
1/28/07  WOODMANSEE   TORTILLAS                      1.00                164.50
1/28/07  WOODMANSEE   CHICKEN RAMEN                  2.50                162.00
1/28/07  WOODMANSEE   BEAR CLAWS                     6.00                156.00
1/28/07  WOODMANSEE   FROSTED FLAKES                 2.50                153.50
1/28/07  WOODMANSEE   HOT CHEETOS                    1.50                152.00
1/28/07  FAIRFIELD,   COLOMBIAN SELECT COF           2.00                150.00
2/04/07  MOBLEY, JO   PHONE CARD                    20.00                130.00
2/04/07  MOBLEY, JO   STAMPED ENVELOPES              2.00                128.00
2/04/07  MOBLEY, JO   INSTANT COFFEE                 4.00                124.00
2/04/07  MOBLEY, JO   HOT PICANTE SAUCE              1.50                122.50
2/04/07  MOBLEY, JO   HOT CHILI W/ BEANS             2.50                120.00
2/04/07  MOBLEY, JO   CHILI RAMEN                    2.50                117.50
2/04/07  MOBLEY, JO   SNICKERS                       1.00                116.50
2/04/07  MOBLEY, JO   JOLLY RANCHERS                  .75                115.75
2/04/07  MOBLEY, JO   BEAR CLAWS                     5.00                110.75
2/04/07  MOBLEY, JO   PLAIN CHIPS                    1.00                109.75
2/04/07  MOBLEY, JO   HOT CHEETOS                    1.50                108.25
2/04/07  MOBLEY, JO   NACHO CHEESE CHIPS             1.00                107.25
2/11/07  FAIRFIELD,   PHONE CARD                    20.00                 87.25
2/11/07  FAIRFIELD,   INSTANT COFFEE                 2.00                 85.25
2/11/07  FAIRFIELD,   JALAPENO CHEESE                2.50                 82.75
2/11/07  FAIRFIELD,   TORTILLAS                      1.00                 81.75
```

```
  DATE      TIME           FORD COUNTY SHERIFF'S OFFICE         PAGE  13      JBS070
 7/26/07  16:21.00              INMATE ACCOUNTING
                              INMATE ACCOUNT RECORD


 LEMS ID#        10718 BLANCHARD, MARSHALL LEE
 LOCAL ID# B2065

                                               DISBURSE                  INMATE
   TRANS
   DATE    OFFICER    DESCRIPTION                MENTS     DEPOSITS     BALANCE

 2/11/07 FAIRFIELD,  HOT CHILI W/ BEANS          1.25                    80.50
 2/11/07 FAIRFIELD,  BEAR CLAWS                  5.00                    75.50
 2/11/07 FAIRFIELD,  PLAIN CHIPS                 1.00                    74.50
 2/11/07 FAIRFIELD,  HOT CHEETOS                 1.50                    73.00
 2/12/07 MCGINNESS,  DEPOSIT - I015915                       20.00       93.00
 2/18/07 FAIRFIELD,  PHONE CARD                 30.00                    63.00
 2/18/07 FAIRFIELD,  SALTINES                    1.25                    61.75
 2/18/07 FAIRFIELD,  TORTILLAS                   2.00                    59.75
 2/18/07 FAIRFIELD,  HOT CHILI W/ BEANS          1.25                    58.50
 2/18/07 FAIRFIELD,  CHILI RAMEN                 1.25                    57.25
 2/18/07 FAIRFIELD,  SNICKERS                    1.00                    56.25
 2/18/07 FAIRFIELD,  BEAR CLAWS                  5.00                    51.25
 2/18/07 FAIRFIELD,  HOT CHEETOS                 1.50                    49.75
 2/24/07 FAIRFIELD,  PHONE CARD                 20.00                    29.75
 2/24/07 FAIRFIELD,  TORTILLAS                   1.00                    28.75
 2/24/07 FAIRFIELD,  HOT CHILI W/ BEANS          1.25                    27.50
 2/24/07 FAIRFIELD,  BEAR CLAWS                  5.00                    22.50
 2/24/07 FAIRFIELD,  HOT CHEETOS                 1.50                    21.00
 2/26/07 MCGINNESS,  DEPOSIT - I015971                      100.00      121.00
 3/04/07 MOBLEY, JO  PHONE CARD                 20.00                   101.00
 3/04/07 MOBLEY, JO  CHERRY MIX                  2.00                    99.00
 3/04/07 MOBLEY, JO  INSTANT COFFEE              4.00                    95.00
 3/04/07 MOBLEY, JO  TORTILLAS                   3.00                    92.00
 3/04/07 MOBLEY, JO  HOT CHILI W/ BEANS          6.25                    85.75
 3/04/07 MOBLEY, JO  CHILI RAMEN                 2.50                    83.25
 3/04/07 MOBLEY, JO  CHOC CUPCAKES               1.75                    81.50
 3/04/07 MOBLEY, JO  NACHO CHEESE CHIPS          3.00                    78.50
 3/11/07 MOBLEY, JO  PHONE CARD                 20.00                    58.50
 3/11/07 MOBLEY, JO  CHERRY MIX                  2.00                    56.50
 3/11/07 MOBLEY, JO  TORTILLAS                   1.00                    55.50
 3/11/07 MOBLEY, JO  HOT CHILI W/ BEANS          2.50                    53.00
 3/11/07 MOBLEY, JO  SUMMER SAUSAGE              1.00                    52.00
 3/11/07 MOBLEY, JO  CHILI RAMEN                 1.25                    50.75
 3/11/07 MOBLEY, JO  BEEF RAMEN                  1.25                    49.50
 3/11/07 MOBLEY, JO  SNICKERS                    2.00                    47.50
 3/11/07 MOBLEY, JO  PEANUT M&M'S                1.50                    46.00
 3/11/07 MOBLEY, JO  REESES PNUT CUPS            1.00                    45.00
 3/11/07 MOBLEY, JO  BEAR CLAWS                  5.00                    40.00
 3/18/07 WOODMANSEE  PHONE CARD                 20.00                    20.00
 3/18/07 WOODMANSEE  TORTILLAS                   2.00                    18.00
 3/18/07 WOODMANSEE  HOT CHILI W/ BEANS          2.50                    15.50
 3/18/07 WOODMANSEE  CHILI RAMEN                 1.25                    14.25
 3/18/07 WOODMANSEE  BEAR CLAWS                  5.00                     9.25
 3/18/07 WOODMANSEE  SOUR CREAM & ONION C        2.00                     7.25
 3/18/07 FAIRFIELD,  SPORKS                       .50                     6.75
```

```
DATE       TIME          FORD COUNTY SHERIFF'S OFFICE              PAGE   14      JBS070
7/26/07 16:21.00               INMATE ACCOUNTING
                              INMATE ACCOUNT RECORD

LEMS ID#        10718 BLANCHARD, MARSHALL LEE
LOCAL ID# B2065

                                                      DISBURSE              INMATE
TRANS
DATE      OFFICER      DESCRIPTION                     MENTS     DEPOSITS   BALANCE

3/24/07  SHERFEY, L   DEPOSIT - I016091                            20.00     26.75
3/24/07  OBERLOH, T   DEPOSIT - I016092                            20.00     46.75
3/24/07  WOODMANSEE   PHONE CARD                       20.00                 26.75
3/24/07  WOODMANSEE   TORTILLAS                         1.00                 25.75
3/24/07  WOODMANSEE   BEAR CLAWS                        2.00                 23.75
3/25/07  MCGINNESS,   DEPOSIT - I016097                            20.00     43.75
3/27/07  MCGINNESS,   DEPOSIT - I016105                            50.00     93.75
4/01/07  MOBLEY, JO   PHONE CARD                       30.00                 63.75
4/01/07  MOBLEY, JO   CHEDDAR CHEESE                    2.50                 61.25
4/01/07  MOBLEY, JO   TORTILLAS                         2.00                 59.25
4/01/07  MOBLEY, JO   HOT CHILI W/ BEANS                3.75                 55.50
4/01/07  MOBLEY, JO   CHILI RAMEN                       1.25                 54.25
4/01/07  MOBLEY, JO   BEAR CLAWS                        3.00                 51.25
4/01/07  MOBLEY, JO   NACHO CHEESE CHIPS                1.75                 49.50
4/08/07  FAIRFIELD,   PHONE CARD                       20.00                 29.50
4/08/07  FAIRFIELD,   INSTANT COFFEE                    2.00                 27.50
4/08/07  FAIRFIELD,   HOT CHILI W/ BEANS                3.75                 23.75
4/08/07  FAIRFIELD,   CHILI RAMEN                       1.00                 22.75
4/08/07  FAIRFIELD,   BEAR CLAWS                        2.00                 20.75
4/15/07  MOBLEY, JO   PHONE CARD                       10.00                 10.75
4/15/07  MOBLEY, JO   SUMMER SAUSAGE                    1.00                  9.75
4/21/07  SHERFEY, L   DEPOSIT - I016245                            20.00     29.75
4/22/07  WOODMANSEE   PHONE CARD                       10.00                 19.75
4/22/07  WOODMANSEE   TORTILLAS                         1.00                 18.75
4/22/07  WOODMANSEE   HOT CHILI W/ BEANS                2.50                 16.25
4/22/07  WOODMANSEE   CHILI RAMEN                       1.00                 15.25
4/22/07  WOODMANSEE   NACHO CHEESE CHIPS                1.75                 13.50
4/28/07  BRUENS, ST   DEPOSIT - I016276                            20.00     33.50
4/29/07  FAIRFIELD,   PHONE CARD                       20.00                 13.50
4/29/07  FAIRFIELD,   SALTINES                          1.25                 12.25
4/29/07  FAIRFIELD,   TORTILLAS                         2.00                 10.25
4/29/07  FAIRFIELD,   HOT CHILI W/ BEANS                1.25                  9.00
4/29/07  FAIRFIELD,   CHILI RAMEN                       1.00                  8.00
4/29/07  FAIRFIELD,   OREO COOKIES                      2.00                  6.00
5/06/07  MOBLEY, JO   TORTILLAS                         1.00                  5.00
5/06/07  MOBLEY, JO   CHILI RAMEN                        .25                  4.75
5/06/07  MOBLEY, JO   DUNKIN STICKS                     3.00                  1.75
5/06/07  MOBLEY, JO   NACHO CHEESE CHIPS                1.75                   .00
5/12/07  SHERFEY, L   DEPOSIT - I016350                            20.00     20.00
5/13/07  DUFFY, PAT   PHONE CARD                       10.00                 10.00
5/13/07  DUFFY, PAT   HOT CHILI W/ BEANS                2.50                  7.50
5/13/07  DUFFY, PAT   CHILI RAMEN                       1.00                  6.50
5/13/07  DUFFY, PAT   DUNKIN STICKS                     1.50                  5.00
5/13/07  DUFFY, PAT   HOT FRIES                         1.00                  4.00
5/13/07  MCGINNESS,   DEPOSIT - I016355                            20.00     24.00
```

```
DATE      TIME           FORD COUNTY SHERIFF'S OFFICE          PAGE   15        JBS070
7/26/07  16:21.00              INMATE ACCOUNTING
                             INMATE ACCOUNT RECORD

LEMS ID#        10718 BLANCHARD, MARSHALL LEE
LOCAL ID# B2065
```

| TRANS DATE | OFFICER | DESCRIPTION | DISBURSE MENTS | DEPOSITS | INMATE BALANCE |
|---|---|---|---|---|---|
| 5/14/07 | CORNETT, J | DEPOSIT - I016358 | | 75.00 | 99.00 |
| 5/20/07 | SLOAN, DER | PHONE CARD | 20.00 | | 79.00 |
| 5/20/07 | SLOAN, DER | SALTINES | 1.25 | | 77.75 |
| 5/20/07 | SLOAN, DER | TORTILLAS | 2.00 | | 75.75 |
| 5/20/07 | SLOAN, DER | HOT CHILI W/ BEANS | 2.50 | | 73.25 |
| 5/20/07 | SLOAN, DER | CHILI RAMEN | 1.00 | | 72.25 |
| 5/20/07 | SLOAN, DER | DUNKIN STICKS | 1.50 | | 70.75 |
| 5/20/07 | SLOAN, DER | PLAIN CHIPS | 2.00 | | 68.75 |
| 5/27/07 | FAIRFIELD, | PHONE CARD | 20.00 | | 48.75 |
| 5/27/07 | FAIRFIELD, | CHERRY MIX | 2.00 | | 46.75 |
| 5/27/07 | FAIRFIELD, | TORTILLAS | 2.00 | | 44.75 |
| 5/27/07 | FAIRFIELD, | HOT CHILI W/ BEANS | 1.25 | | 43.50 |
| 5/27/07 | FAIRFIELD, | SUMMER SAUSAGE | 2.00 | | 41.50 |
| 5/27/07 | FAIRFIELD, | SNICKERS | 1.00 | | 40.50 |
| 5/27/07 | FAIRFIELD, | OREO COOKIES | 2.00 | | 38.50 |
| 5/27/07 | FAIRFIELD, | PLAIN CHIPS | 2.00 | | 36.50 |
| 6/03/07 | FAIRFIELD, | PHONE CARD | 10.00 | | 26.50 |
| 6/03/07 | FAIRFIELD, | INSTANT COFFEE | 2.00 | | 24.50 |
| 6/03/07 | FAIRFIELD, | TORTILLAS | 1.00 | | 23.50 |
| 6/03/07 | FAIRFIELD, | HOT CHILI W/ BEANS | 1.25 | | 22.25 |
| 6/03/07 | FAIRFIELD, | MACKEREL | 1.00 | | 21.25 |
| 6/03/07 | FAIRFIELD, | CHICKEN RAMEN | 1.00 | | 20.25 |
| 6/03/07 | FAIRFIELD, | SOUR CREAM & ONION C | 2.00 | | 18.25 |
| 6/10/07 | MOBLEY, JO | PHONE CARD | 10.00 | | 8.25 |
| 6/10/07 | MOBLEY, JO | CHILI RAMEN | 1.00 | | 7.25 |
| 6/10/07 | MOBLEY, JO | PEANUT BUTTER WAFERS | 1.75 | | 5.50 |
| 6/10/07 | MOBLEY, JO | BEAR CLAWS | 5.00 | | .50 |
| 6/15/07 | PETKUS, DE | DEPOSIT - I016503 | | 50.00 | 50.50 |
| 6/16/07 | POPE, ADAM | DEPOSIT - I016506 | | 20.00 | 70.50 |
| 6/17/07 | FAIRFIELD, | PHONE CARD | 10.00 | | 60.50 |
| 6/17/07 | FAIRFIELD, | SUMMER SAUSAGE | 1.00 | | 59.50 |
| 6/17/07 | FAIRFIELD, | CHILI RAMEN | 2.00 | | 57.50 |
| 6/17/07 | FAIRFIELD, | PEANUT BUTTER WAFERS | 3.50 | | 54.00 |
| 6/17/07 | FAIRFIELD, | SOUR CREAM & ONION C | 1.00 | | 53.00 |
| 6/24/07 | WOODMANSEE | PHONE CARD | 10.00 | | 43.00 |
| 6/24/07 | WOODMANSEE | INSTANT COFFEE | 2.00 | | 41.00 |
| 6/24/07 | WOODMANSEE | SALTINES | 1.25 | | 39.75 |
| 6/24/07 | WOODMANSEE | TORTILLAS | 3.00 | | 36.75 |
| 6/24/07 | WOODMANSEE | HOT CHILI W/ BEANS | 2.50 | | 34.25 |
| 6/24/07 | WOODMANSEE | PEANUT BUTTER WAFERS | 1.75 | | 32.50 |
| 6/24/07 | WOODMANSEE | BEAR CLAWS | 2.50 | | 30.00 |
| 6/24/07 | WOODMANSEE | HOT BBQ CHIPS | 1.00 | | 29.00 |
| 6/24/07 | WOODMANSEE | SOUR CREAM & ONION C | 1.00 | | 28.00 |
| 7/01/07 | WOODMANSEE | PHONE CARD | 10.00 | | 18.00 |
| 7/01/07 | WOODMANSEE | BABY POWDER | 2.00 | | 16.00 |

```
  DATE      TIME           FORD COUNTY SHERIFF'S OFFICE              PAGE   16        JBS070
 7/26/07  16:21.00              INMATE ACCOUNTING
                              INMATE ACCOUNT RECORD

LEMS ID#        10718 BLANCHARD, MARSHALL LEE
LOCAL ID# B2065
                                                   DISBURSE              INMATE
  TRANS                                             MENTS     DEPOSITS   BALANCE
  DATE    OFFICER    DESCRIPTION

 7/01/07 WOODMANSEE TOOTH PASTE                      1.50                14.50
 7/01/07 WOODMANSEE TORTILLAS                        2.00                12.50
 7/01/07 WOODMANSEE HOT CHILI W/ BEANS               2.50                10.00
 7/01/07 WOODMANSEE SUMMER SAUSAGE                   1.00                 9.00
 7/01/07 WOODMANSEE CHICKEN RAMEN                    1.00                 8.00
 7/01/07 WOODMANSEE CHILI RAMEN                      1.00                 7.00
 7/01/07 WOODMANSEE PEANUT BUTTER WAFERS             1.75                 5.25
 7/01/07 WOODMANSEE BEAR CLAWS                       2.50                 2.75
 7/01/07 WOODMANSEE HOT BBQ CHIPS                    2.00                  .75
 7/06/07 WOODMANSEE DEPOSIT - I016621                          25.00     25.75
 7/08/07 MOBLEY, JO PHONE CARD                      10.00                15.75
 7/08/07 MOBLEY, JO INSTANT COFFEE                   2.00                13.75
 7/08/07 MOBLEY, JO TORTILLAS                        1.00                12.75
 7/08/07 MOBLEY, JO HOT CHILI W/ BEANS               2.50                10.25
 7/08/07 MOBLEY, JO SUMMER SAUSAGE                   1.00                 9.25
 7/08/07 MOBLEY, JO CHILI RAMEN                      1.00                 8.25
 7/08/07 MOBLEY, JO BEAR CLAWS                       2.50                 5.75
 7/08/07 MOBLEY, JO HOT BBQ CHIPS                    1.00                 4.75
 7/14/07 WOODMANSEE DEPOSIT - I016679                          20.00     24.75
 7/15/07 MOBLEY, JO PHONE CARD                      10.00                14.75
 7/15/07 MOBLEY, JO PICKLE                            .75                14.00
 7/15/07 MOBLEY, JO TORTILLAS                        1.00                13.00
 7/15/07 MOBLEY, JO HOT CHILI W/ BEANS               1.25                11.75
 7/15/07 MOBLEY, JO 3 MUSKETEERS                     1.00                10.75
 7/18/07 MCGINNESS, DEPOSIT - I016697                          50.00     60.75
 7/21/07 LAVENDER,  DEPOSIT - I016719                          20.00     80.75
 7/22/07 MOBLEY, JO PHONE CARD                      20.00                60.75
 7/22/07 MOBLEY, JO INSTANT COFFEE                   2.00                58.75
 7/22/07 MOBLEY, JO TORTILLAS                        1.00                57.75
 7/22/07 MOBLEY, JO HOT CHILI W/ BEANS               1.25                56.50
 7/22/07 MOBLEY, JO SUMMER SAUSAGE                   1.00                55.50
 7/22/07 MOBLEY, JO CHILI RAMEN                      1.00                54.50
 7/22/07 MOBLEY, JO HOT BBQ CHIPS                    1.00                53.50
 7/22/07 MOBLEY, JO  COMMISSARY                     27.25                53.50
```