E-FILED
Friday, 27 July, 2007   10:55:50 AM
Clerk, U.S. District Court, ILCD

# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

*District:*               *Docket No.:*

*Division:*

**Plaintiff (Petitioner)   Short Caption   Defendant (Respondent)**

v.

---

*Current Counsel for Plaintiff (Petitioner):*        *Current Counsel for Defendant (Respondent):*

(Use separate sheet for additional counsel)

*Name:*                              *Name:*

*Firm:*                              *Firm:*

*Address:*                           *Address:*

*Phone:*                             *Phone:*

---

*Judge:*                             *Nature of Suit Code:*

*Court Reporter:*                    *Date Filed in District Court:*

                                     *Date of Judgment:*

                                     *Date of Notice of Appeal:*

*Counsel:*   ___Appointed   ___Retained   ___Pro Se

*Fee Status:*   ___Paid   ___Due   ___IFP   ___IFP Pending   ___U.S.   ___Waived

(Please mark only 1 item above)

Has Docketing Statement been filed with the District Court's Clerk's Office:   ___Yes   ___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**

CD/IL Case No: 05-20015

Additional Counsel for Defendant, Marshall L. Blanchard:

Scott A Lerner
LERNER LAW OFFICES
Suite 608
201 W Springfield Ave
Champaign, IL 61824

Phone: (217) 356-8381