# SEVENTH CIRCUIT TRANSCRIPT INFORMATION SHEET

**PART I** – Must be completed by party or party's attorney pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure and Rule 11(a) of the Circuit Rules. The appellant must file this form with the court reporter within 10 days of filing the notice of appeal, whether transcript is being ordered or not. (FRAP 10(b)(1)) "Satisfactory arrangements with the court reporter for payment of the costs of the transcripts" must also be made at that time. (FRAP 10(b)(4)) (Note: Appellees as well as appellants are expected to use this form when ordering transcripts.)

| Short Title | District | D.C. Docket No. |
|---|---|---|
| USA v. BLANCHARD | Central District | 05-20015 |
| | District Judge | Court Reporter |
| | Michael P. McCuskey | Lisa Cosimini |

[X] I am ordering transcript.
[ ] I am not ordering transcript, because:

[X] The transcript has been prepared. (# 46, 47, 92, 93, 94, 95, 96)

Sign Below and return original and one copy to court reporter. Distribute remaining copies to Clerk of the District Court and opposing party, retaining one copy for yourself

Indicate proceedings for which transcript is required. Dates must be provided:

| | | Date(s) |
|---|---|---|
| [X] Pre-Trial Proceedings. Specify: | Status Conference | January 9th, 2006 |
| [ ] Voir Dire | | |
| [ ] Trial or Hearing.   Specify: | | |
| [ ] Opening Statement | | |
| [ ] Instruction Conference | | |
| [ ] Closing Statements | | |
| [ ] Court Instructions | | |
| [ ] Post-Trial Proceedings Specify: | | |
| [X] Sentencing | | July 17th, 2007 |
| [X] Other Proceedings Specify: | Pretrial Conference | March 15th, 2006 |

Method of Payment:   [ ] Cash    [ ] Check or Money Order    [ ] C.J.A. Voucher
Status of Payment:   [ ] Full Payment    [ ] Partial Payment    [X] No Payment Yet

Signature: S/Robert Kirchner   Telephone No. 217-355-5660
Address: 100 Trade Centre Dr., Suite 402
Champaign, IL 61820
Date: 8/6/07

**PART II** – Must be completed by Court Reporter pursuant to Rule 11(b) of the Federal Rules of Appellate Procedure. By signing this Part II, the Court Reporter certifies that *satisfactory arrangements for payment* have been made.

| U.S.C.A. Docket No. | Date Order Received | Estimated Completion Date | Estimated Length |
|---|---|---|---|
| | | | |

Signature of Court Reporter: _____   Date: _____

**NOTICE:** The Judicial Conference of the United States, by its resolution of March 11, 1982, has provided that a penalty of 10 percent must apply, unless a waiver is granted by the Court of Appeals' Clerk, when a "transcript of a case on appeal is not delivered within 30 days of the date ordered and payment received therefor." The penalty is 20 percent for transcript not delivered within 60 days.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-20015 |
| ) | |
| MARSHALL L. BLANCHARD, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of August 2007, I hand delivered the original and one (1) copy of the Seventh Circuit Transcript Information Sheet to the United States District Court, Central District, Urbana Division, 218 U.S. Courthouse, 201 S. Vine St., Urbana, IL 61802 for delivery to Court Reporter, Lisa Cosimini, and electronically filed a copy of the same with the with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Timothy A. Bass**        tim.bass@usdoj.gov; staci.klayer@usdoj.gov

s/ Robert Kirchner
Robert Kirchner Bar Number: 6182070
Attorney for Plaintiff
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Fax: 217-355-5675
E-mail: rgk-kirchnerlaw@sbcglobal.net