UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-20015 |
| ) | |
| MARSHALL L. BLANCHARD, ) | |
| ) | |
| Defendant. ) | |

**Defendant-Appellant's Motion to Withdraw the Record on Appeal Pursuant to Fed.R.A.P. 11( c) and Local Rule 79.2**

NOW COMES the Defendant MARSHALL L. BLANCHARD, by and through his attorney, Robert G. Kirchner, and in support of his *Motion to Withdraw the Record on Appeal Pursuant to Fed.R.A.P. 11( c) and Local Rule 79.2*, states and shows unto this Court as follows:

1. That the above referenced case is currently on appeal in the 7th Circuit Court of Appeals, case number 07-2780.

2. That Federal Rules of Appellate Procedure 11 ( c) states as follows:

    **Retaining the Record Temporarily in the District Court for Use in Preparing the Appeal.** The parties may stipulate, or the district court on motion may order, that the district clerk retain the record temporarily for the parties to use in preparing the papers on appeal. In that event the district clerk must certify to the circuit clerk that the record on appeal is complete. Upon receipt of the appellee's brief, or earlier if the court orders or the parties agree, the appellant must request the district clerk to forward the record.

3. That Local Rule 79.2 states as follows:

    No person, other than an employee of this court in the exercise of official duty, shall withdraw any original pleading, paper, record, model or exhibit from the custody of the clerk of this court or other employee of this court having custody thereof, except upon written order of a judge of this court, and upon leaving a

    proper receipt with the clerk of this court or employee.

4.    That the deadline for Defendant to mail his brief is September 17, 2007.

5.    That the record of the proceedings in the District Court is needed by the Defendant for use in preparing the papers on appeal.

6.    That an Order should be entered allowing Defendant's counsel to withdraw the record temporarily in order to prepare the papers on appeal.

WHEREFORE, Defendant Marshall Blanchard prays that this Court enter an Order allowing the Defendant's counsel to withdraw the record temporarily to use in preparing the papers on appeal.

Respectfully Submitted,

MARSHALL L. BLANCHARD,
Defendant-Appellant

By: s/Robert G. Kirchner
Robert Kirchner Bar Number: 6182070
Attorney for Plaintiff
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Fax: 217-355-5675
E-mail: rgk-kirchnerlaw@sbcglobal.net

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of September, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Timothy A. Bass**    tim.bass@usdoj.gov; staci.klayer@usdoj.gov

**s/ Robert Kirchner**
Robert Kirchner Bar Number: 6182070
Attorney for Plaintiff
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Fax: 217-355-5675
E-mail: rgk-kirchnerlaw@sbcglobal.net