



# United States District Court

**CENTRAL DISTRICT OF ILLINOIS**

JOHN M. WATERS
CLERK OF COURT

TEL: 217-373-5830
FAX: 217-373-5834

**OFFICE OF THE CLERK**
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

September 12, 2007

Robert G. Kirchner
KIRCHNER LAW OFFICE
Suite 402
100 Trade Centre Dr.
Champaign, IL 61820

Re: USA V. MARSHALL L. BLANCHARD
CASE NO. 05-20015

Dear Mr. Kirchner:

Enclosed please find the Appeal Record for the above captioned case consisting of:

    __2__ volumes of pleadings
    _____ volumes of depositions
    _____ loose pleadings
    __7__ other

Any trial exhibits in this case will be included in the record on appeal and sent to the Court of Appeals with the record. They may be viewed by any party in the Clerk's office but are not allowed to be sent to attorneys, in accordance with FRAP 11(d).

If there are any **sealed** or **in camera** documents in this case, they will also accompany the record sent to the Court of Appeals.

Please acknowledge receipt of the record on the enclosed copy of this letter.

Very truly yours,
s/John M. Waters
JOHN M. WATERS, CLERK
U. S. DISTRICT COURT

enc.

This is to acknowledge receipt of the appeal Record on _[signature]_