UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 05-20015 |
| MARSHALL L. BLANCHARD, ) | |
| Defendant. ) | |

### GOVERNMENT'S MOTION TO WITHDRAW RECORD

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Timothy A. Bass, Assistant United States Attorney, respectfully submits its motion to withdraw record. The government states as follows:

1. The defendant was convicted following a jury trial of knowingly manufacturing methamphetamine on or about December 30, 2004, in violation of 21 U.S.C. § 841(a)(1), and felon in possession of a firearm on or about December 30, 2004, in violation of 18 U.S.C. § 922(g)(1).

2. This case is currently pending on direct appeal before the United States Court of Appeals for the Seventh Circuit. Circuit Rule 11(d) provides that an attorney for a party may withdraw the record during the time allowed for the preparation of a brief on appeal by giving a receipt to the clerk who has physical custody of the record.

3.  On September 21, 2007, the defendant filed his brief with the Seventh Circuit. On appeal, the defendant challenges his conviction and sentence. In order to prepare the government's brief on appeal and to properly respond to the defendant's claims, it is necessary that the government review the complete record in this case, including the transcripts of the trial.

4.  Accordingly, the government respectfully requests that it be allowed to withdraw the record. The government will promptly return the record to the United States District Court Clerk's Office upon completion of the government's brief or upon notice that the United States Court of Appeals for the Seventh Circuit has requested transmittal of the record, whichever is earlier.

WHEREFORE, the United States of America respectfully requests that its motion be granted.

                    Respectfully submitted,
                    RODGER A. HEATON
                    UNITED STATES ATTORNEY

BY:   s/Timothy A. Bass
        TIMOTHY A. BASS, Bar No. MO 45344
        Assistant United States Attorney
        201 S. Vine St., Suite 226
        Urbana, IL 61802
        Phone: 217/373-5875
        Fax: 217/373-5891
        tim.bass@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on the 25th day of September 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Robert Kirchner
Attorney at Law
Suite 402
100 Trade Centre Drive
Champaign, IL 61820

    s/Timothy A. Bass
    TIMOTHY A. BASS, Bar No. MO 45344
    Attorney for Plaintiff
    Assistant United States Attorney
    201 S. Vine Street, Suite 226
    Urbana, Illinois 61802
    Phone: 217/373-5875
    Fax: 217/373-5891
    tim.bass@usdoj.gov