

# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

September 26, 2007

Timothy Bass
Assistant U. S. Attorney
201 S. Vine Street
Urbana, IL  61802

Re: 05-20015  USA v. Marshall L. Blanchard

Dear Mr. Bass:

Enclosed please find the Appeal Record for the above captioned case consisting of:

|         |                                                        |
|---------|--------------------------------------------------------|
| 2       | volumes of pleadings                                   |
| 7       | volumes of transcripts                                 |
|         | loose pleadings                                        |
| 1       | volume of supplemental record (3 volumes of transcript)|

Any trial exhibits in this case will be included in the record on appeal and sent to the Court of Appeals with the record.  They may be viewed by any party in the Clerk's office but are not allowed to be sent to attorneys, in accordance with FRAP 11(d).

If there are any sealed or **in camera** documents in this case, they will also accompany the record sent to the Court of Appeals.

Please acknowledge receipt of the record on the enclosed copy of this letter.

Very truly yours,

s/S. Porter
S. Porter
Deputy Clerk
enc.

This is to acknowledge receipt of the appeal Record on _____.