


# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

PAMELA E. ROBINSON  
CLERK OF COURT

TEL: 217-373-5830  
FAX: 217-373-5834

218 U.S. COURTHOUSE  
201 S. VINE STREET  
URBANA, ILLINOIS 61802

January 30, 2008

GINO AGNELLO, CLERK  
COURT OF APPEALS  
219 S. Dearborn St.  
Chicago, IL 60604

RE: USA v. MARSHALL BLANCHARD  
D. C. Docket No. 05-20015  
U. S. C. A. Docket No. 07-2780

Dear Mr. Agnello:

   I am sending you herewith the original/supplemental (delete inapplicable entry) record on appeal. It consists of the following:

   2 Volumes of Pleadings

   7 Volumes of Transcript

    Volumes of Depositions

    Volumes of Exhibits:

    1 Volume of Sealed Documents

   Other (specify):  1 volume of supplemental record

   Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

   Very truly yours,

   PAMELA E. ROBINSON, CLERK

   BY: s/S. Doan  
        Deputy Clerk