**E-FILED**
Wednesday, 30 January, 2008  04:54:09 PM
Clerk, U.S. District Court, ILCD

APPEAL

# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Urbana)
## CRIMINAL DOCKET FOR CASE #: 2:05-cr-20015-MPM-DGB All Defendants
## Internal Use Only

Case title: USA v. Blanchard

Date Filed: 04/08/2005
Date Terminated: 07/18/2007

Assigned to: Chief Judge Michael P.
McCuskey
Referred to: Magistrate Judge David G.
Bernthal

### Defendant (1)

**Marshall L Blanchard**
*TERMINATED: 07/18/2007*

represented by **Robert G Kirchner**
KIRCHNER LAW OFFICE
Suite 402
100 Trade Centre Dr
Champaign, IL 61820
217-355-5660
Fax: 217-355-5675
Email: rgk-kirchnerlaw@sbcglobal.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Scott A Lerner**
LERNER LAW OFFICES
Suite 608
201 W Springfield Ave
Champaign, IL 61824
217-356-8381
Fax: 217-356-7739
Email: sky@advancenet.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Tiffani D Johnson**
FEDERAL PUBLIC DEFENDER
300 W Main St
Urbana, IL 61801
217-373-0666

A TRUE COPY
ATTEST:
JOHN M. WATERS, CLERK
BY: V. Ball
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE: 9/12/07

Fax: 217-373-0667
Email: tiffani_johnson@fd.org
*TERMINATED: 07/01/2005*
*LEAD ATTORNEY*
*Designation: Public Defender or*
*Community Defender Appointment*

**Pending Counts**

CONTROLLED SUBSTANCE -
MANUFACTURE (On or about
December 30, 2004 defendant
knowingly and intentionally
manufactured a mixture or substance
containing methamphetamine in
violation of 21 USC 841(a)(1) and 841
(b)(1)(C))
(1)

UNLAWFUL TRANSPORT OF
FIREARMS, ETC. (On or about
December 30, 2004, defendant did
knowingly and unlawfully possess a
firearm in violation of 18 USC 922(g)
(1))
(2)

**Disposition**

It is the judgment of the Court that
defendant is hereby committed to the
custody of the Bureau of Prisons for a
term of 150 months. Said term shall
consist of 150 months on Count 1 and
120 months on Count 2, to be served
concurrently. Upon release from
imprisonment, defendant shall be
placed on supervised release for a term
of three years. Said term shall consist of
three years on each of Counts 1 and 2,
to be served concurrently. It is further
ordered that defendant shall pay a
special assessment in the amount of
$200, due immediately

It is the judgment of the Court that
defendant is hereby committed to the
custody of the Bureau of Prisons for a
term of 150 months. Said term shall
consist of 150 months on Count 1 and
120 months on Count 2, to be served
concurrently. Upon release from
imprisonment, defendant shall be
placed on supervised release for a term
of three years. Said term shall consist of
three years on each of Counts 1 and 2,
to be served concurrently. It is further
ordered that defendant shall pay a
special assessment in the amount of
$200, due immediately

**Highest Offense Level (Opening)**
Felony

**Terminated Counts**
None

**Disposition**

**Highest Offense Level (Terminated)**
None

**Complaints**

None

**Disposition**

---

**Plaintiff**

**USA**                                          represented by   **Timothy A Bass**
                                                               US ATTY
                                                               201 South Vine
                                                               Urbana, IL 61801
                                                               217-373-5875
                                                               Fax: 217-373-5891
                                                               Email: tim.bass@usdoj.gov
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/08/2005 | 1 | +++ **SEALED INDICTMENT** as to Marshall L Blanchard (1) count(s) 1, 2. (SKD, ilcd) Modified on 4/13/2005 to unseal Indictment per Order of the Court at hearing held 4/12/05 (KM, ilcd). (Entered: 04/08/2005) |
| 04/08/2005 | 2 | *SEALED* (Court only) *** **ARREST WARRANT ISSUED** by David G. Bernthal as to Marshall L Blanchard. (KM, ilcd) (Entered: 04/08/2005) |
| 04/08/2005 | 3 | *SEALED* +++ **SEALED DOCUMENT.** (KM, ilcd) (Entered: 04/11/2005) |
| 04/11/2005 | | Arrest of Marshall L Blanchard (KM, ilcd) Modified on 5/12/2005 to correct arrest date (SKD, ilcd). (Entered: 04/13/2005) |
| 04/12/2005 | | NOTICE OF HEARING as to Marshall L Blanchard. An Initial Appearance is scheduled for 4/12/2005 at 1:30 PM in Courtroom C before Magistrate Judge David G. Bernthal. (KM, ilcd) (Entered: 04/12/2005) |
| 04/12/2005 | | Minute Entry for proceedings held 4/12/05 before Judge David G. Bernthal. Appearance for Government by AUSA Timothy Bass. Defendant MARSHALL BLANCHARD present in person. Initial Appearance held. Defendant advised of charges and rights, including right to counsel. Defendant requests court-appointed counsel and files financial affidavit. Court finds defendant qualifies for court-appointed counsel subject to reimbursement order. Federal Defender's office appointed to represent defendant; AFPD A Brian Threlkeld present in court but states that AFPD Tiffani Johnson will be lead counsel. Arraignment as to Marshall L Blanchard (1) held. Defendant sworn; advised of charges and penalties. Defendant pleads not guilty to Count 1 and 2 of Indictment. Scheduling order entered. Government requests detention of defendant. Defendant requests detention hearing be |

| 04/12/2005 | 4 | continued; no objection by Government. Detention Hearing set for 4/14/2005 at 1:30 PM in Courtroom C before Magistrate Judge David G. Bernthal. Temporary order of detention to be entered. Defendant remanded to custody of US Marshal. Case ordered unsealed. (Tape #C268; 1257-2455.) (KM, ilcd) (Entered: 04/13/2005) |
|---|---|---|
| 04/12/2005 | 4 | CJA 23 Financial Affidavit by Marshall L Blanchard (KM, ilcd) (Entered: 04/13/2005) |
| 04/12/2005 | 5 | SCHEDULING ORDER as to Marshall L Blanchard. Pretrial Conference set for 6/10/2005 at 4:00 PM and Jury Selection/Jury Trial set for 6/20/2005 at 9:00 AM all in Courtroom A before Chief Judge Michael P. McCuskey. Entered by Judge David G. Bernthal at arraignment held 4/12/05. (KM, ilcd) (Entered: 04/13/2005) |
| 04/12/2005 | | (Court only) *** Terminate Deadlines and Hearings; Initial Appearance held as to Marshall L Blanchard. (KM, ilcd) (Entered: 04/13/2005) |
| 04/12/2005 | | (Court only) *** Procedural Interval start P2 as to Marshall L Blanchard (KM, ilcd) (Entered: 04/13/2005) |
| 04/13/2005 | 6 | TEMPORARY ORDER OF DETENTION as to Marshall L Blanchard entered by Judge David G. Bernthal on 4/13/05. (KM, ilcd) (Entered: 04/13/2005) |
| 04/14/2005 | | Minute Entry for proceedings held 4/14/05 before Judge David G. Bernthal. Appearance for Government by AUSA Timothy Bass. Defendant MARSHALL BLANCHARD present in person and with counsel AFPD A. Brian Threlkeld. Cause called for detention hearing. Proffers by Government and by defendant. No objection by Government to defendant's release under strict conditions. The Court orders defendant released on $10,000 unsecured bond and under several special conditions, including a 3rd party custodian. (Tape #C269; 1267-2917.) (KM, ilcd) (Entered: 04/14/2005) |
| 04/14/2005 | 7 | Unsecured Bond entered as to Marshall L Blanchard in amount of $10,000. (KM, ilcd) (Entered: 04/14/2005) |
| 04/14/2005 | 8 | ORDER Setting Conditions of Release entered by Judge David G. Bernthal on 4/14/05. (KM, ilcd) (Entered: 04/14/2005) |
| 05/12/2005 | 9 | Arrest Warrant Returned Executed on 4/11/05 as to Marshall L Blanchard. (SKD, ilcd) (Entered: 05/12/2005) |
| 05/17/2005 | 10 | First MOTION to Continue *Pretrial Conference and Trial*, First MOTION for Extension of Time to File *Pretrial Motions* by Marshall L Blanchard. (Johnson, Tiffani) (Entered: 05/17/2005) |
| 05/17/2005 | | NOTICE OF HEARING: A hearing on the 10 Motion to Continue Pretrial Conference and Trial and for an Extension of Time to File Pretrial Motions as to Marshall L Blanchard is set for 6/10/2005 at 4:00 PM in Courtroom A before Chief Judge Michael P. McCuskey. (MB, ilcd) (Entered: 05/17/2005) |

| 06/10/2005 | ◎ | Minute Entry for proceedings held 6/10/05 before Judge Michael P. McCuskey. Appearance of Tim Bass, AUSA for Government. Appearance of MARSHALL L BLANCHARD in person and with counsel Tiffani Johnson, AFPD. Motion hearing held re: 10 Motion to Continue Pretrial Conference and Trial/Motion for Extension of Time to File Pretrial Motions by defendant; no objection by Government. Motions granted. Jury Trial set 6/20/05 is VACATED. Final Pretrial Conference reset for 7/15/2005 at 2:30 PM; Jury Selection and Jury Trial reset for 8/15/2005 at 9:00 AM in Courtroom A before Chief Judge Michael P. McCuskey. Any Pretrial motions are due by 6/29/05; responses due by 7/8/05. The Court finds the ends of justice have been met pursuant to 18 USC 3161 (h)(8)(a). Time is excluded from 5/17/05 until 8/15/05. Dft bond remains in full force and effect. (Court Reporter LC.) (SKD, ilcd) (Entered: 06/10/2005) |
| 06/11/2005 | ◎11 | NOTICE - *RULE 16* by Marshall L Blanchard (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Johnson, Tiffani) Modified on 6/13/2005 to show document is WITHDRAWN pursuant to Text Order of 6/13/05 (SKD, ilcd). (Entered: 06/11/2005) |
| 06/13/2005 | ◎12 | NOTICE - *RULE 16* by Marshall L Blanchard (Attachments: # 1 Exhibit A# 2 Exhibit A# 3 Exhibit C)(Johnson, Tiffani) (Entered: 06/13/2005) |
| 06/13/2005 | ◎13 | MOTION to Withdraw Document 11 Notice (Other) by Marshall L Blanchard. (Johnson, Tiffani) (Entered: 06/13/2005) |
| 06/13/2005 | ◎ | TEXT ORDER granting 13 Motion to Withdraw Document 11 as to Marshall L Blanchard (1). Document 11 is hereby withdrawn. Entered by Judge Michael P. McCuskey on 06/13/2005. (DK2, ilcd) (Entered: 06/13/2005) |
| 06/14/2005 | ◎14 | Excerpt of TRANSCRIPT of Motion Hearing as to Marshall L Blanchard held on 6/10/05 before Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) (Entered: 06/14/2005) |
| 06/30/2005 | ◎15 | First MOTION to Vacate *Motion Filing Deadlines*, First MOTION to Withdraw as Attorney by Tiffani D. Johnson. by Marshall L Blanchard. (Johnson, Tiffani) (Entered: 06/30/2005) |
| 06/30/2005 | ◎16 | NOTICE OF ATTORNEY APPEARANCE: Robert G Kirchner appearing for Marshall L Blanchard (Kirchner, Robert) (Entered: 06/30/2005) |
| 06/30/2005 | ◎17 | MOTION to Vacate *Pre-Trial Scheduling Order* by Marshall L Blanchard. (Kirchner, Robert) (Entered: 06/30/2005) |
| 07/01/2005 | ◎ | TEXT ORDER entered by Chief Judge Michael P. McCuskey on 7/1/2005. As a result of the 16 Entry of Appearance filed by Attorney Robert G. Kirchner and Scott A. Lerner, Assistant Federal Defender Tiffani Johnson's 15 Motion to Withdraw as Attorney is GRANTED. Attorney Johnson is to turnover all discovery in her possession to the defendant's new attorneys as soon as possible. The 17 Motion to Vacate Pretrial Scheduling Order filed on behalf of the defendant by Attorneys |

| | | |
|---|---|---|
| | | Kirchner and Lerner is GRANTED. The pretrial conference set for 2:30 PM, 7/15/05 is converted to a status conference by personal appearance before Chief Judge Michael P. McCuskey. (MB, ilcd) (Entered: 07/01/2005) |
| 07/01/2005 | | NOTICE OF HEARING: A status conference as to Marshall L Blanchard is set for 7/15/2005 at 2:30 PM by personal appearance in Courtroom A before Chief Judge Michael P. McCuskey. (MB, ilcd) (Entered: 07/01/2005) |
| 07/01/2005 | | (Court only) *** Terminate Deadlines and Hearings as to Marshall L Blanchard: The final pretrial conference set for 2:30 PM, 7/15/2005 is VACATED. (MB, ilcd) (Entered: 07/01/2005) |
| 07/01/2005 | | (Court only) *** Chambers Notes as to Marshall L Blanchard: A copy of the Court's text order and notice of hearing dated 7/1/2005 was mailed by U.S. Mail to Attorneys Robert G. Kirchner and Scott A. Lerner on 7/1/2005. (MB, ilcd) (Entered: 07/01/2005) |
| 07/01/2005 | 18 | NOTICE OF ATTORNEY APPEARANCE: Scott A Lerner appearing for Marshall L Blanchard (Lerner, Scott) (Entered: 07/01/2005) |
| 07/15/2005 | | Minute Entry for proceedings held 7/15/05 before Judge Michael P. McCuskey. Appearance of Colin Bruce, AUSA for Government. Appearance of MARSHALL L BLANCHARD in person and with counsel Robert Kirchner and Scott Lerner. Appearance of Tiffani Johnson, AFPD. Status Conference held. The motion to withdraw as attorney (#15) having been allowed, AFPD Johnson leaves hearing. Oral motion by dft to continue Jury Trial; no objection by government. Oral motion GRANTED. Jury trial set 8/15/05 is VACATED. Status Conference set for 9/15/2005 at 4:00 PM. Pretrial Conference set for 10/14/2005 at 11:00 AM; Jury Selection and Jury Trial reset for 10/24/2005 at 9:00 AM in Courtroom A before Chief Judge Michael P. McCuskey. The Court finds the ends of justice are served pursuant to 18 USC 3161 (h)(8)(a). Time is excluded from 7/15/05 until 10/24/05. Dft bond to remain in full force and effect.(Court Reporter LC.) (SKD, ilcd) (Entered: 07/15/2005) |
| 09/15/2005 | 19 | MOTION for Leave to File *Pre-Trial Motions Within 7 Days Hereof, or Such Lesser Time as Fixed by the Court* by Marshall L Blanchard. (Attachments: # 1 Exhibit A- Complaint for Search Warrant# 2 Exhibit B- Search Warrant# 3 Exhibit C- Items Seized# 4 Exhibit D- Complaint for Search Warrant# 5 Exhibit E- Search Warrant# 6 Exhibit F- Narrative# 7 Exhibit G. part 1- Transcript of Proceedings# 8 Exhibit G part 2- Transcript of Proceedings)(Kirchner, Robert) (Entered: 09/15/2005) |
| 09/15/2005 | | Minute Entry for proceedings held 9/15/05 before Judge Michael P. McCuskey. Appearance of Tim Bass, AUSA for Government. Appearance of MARSHALL L BLANCHARD in person and with counsel Robert G. Kirchner and Scott A. Lerner. Status Conference held. Government does not object to 19 Motion for Leave to File Pretrial Motions by dft. 19 |

| | | |
|---|---|---|
| | | Motion for leave to file is GRANTED. Pretrial motions due 9/22/05. Status of case discussed. Status Conference set for 9/23/2005 at 9:00 AM by telephone (court will place call) before Chief Judge Michael P. McCuskey. AUSA Bass to provide a number he can be reached at. Attorney Kirchner to be reached at number provided. Attorney Lerner to be called at his office number. Defendant is to be present in Attorney Lerner's office on 9/23/05 at 9:00 a.m. as a condition of bond. Dft bond to remain in full force and effect.(Court Reporter LC.) (SKD, ilcd) Modified on 9/16/2005 to correct typographical error. (SKD, ilcd). (Entered: 09/16/2005) |
| 09/22/2005 | 20 | MOTION for Bill of Particulars by Marshall L Blanchard. (Kirchner, Robert) (Entered: 09/22/2005) |
| 09/22/2005 | 21 | MOTION for Disclosure and Discovery by Marshall L Blanchard. (Kirchner, Robert) (Entered: 09/22/2005) |
| 09/22/2005 | 22 | MOTION for Expert Witnesses by Marshall L Blanchard. (Kirchner, Robert) (Entered: 09/22/2005) |
| 09/22/2005 | 23 | MOTION for Disclosure *of a List of Names and Addresses of Potential Witnesses* by Marshall L Blanchard. (Kirchner, Robert) (Entered: 09/22/2005) |
| 09/22/2005 | 24 | MOTION to Dismiss *Count II* by Marshall L Blanchard. (Kirchner, Robert) (Entered: 09/22/2005) |
| 09/22/2005 | 25 | MOTION for Separate Trial on Counts Marshall L Blanchard (1) Count 1,2 by Marshall L Blanchard. (Kirchner, Robert) (Entered: 09/22/2005) |
| 09/22/2005 | 26 | MOTION to Suppress *Based on the Search Warrant Not Listing Gund or Weapons* by Marshall L Blanchard. (Kirchner, Robert) (Entered: 09/22/2005) |
| 09/22/2005 | 27 | MOTION to Suppress *Statements* by Marshall L Blanchard. (Kirchner, Robert) (Entered: 09/22/2005) |
| 09/22/2005 | 28 | MOTION to Suppress *Evidene Based on Search Warrant not Supported by Probable Cause* by Marshall L Blanchard. (Kirchner, Robert) (Entered: 09/22/2005) |
| 09/22/2005 | 29 | MOTION to Produce *Grand Jury Transcript* by Marshall L Blanchard. (Kirchner, Robert) (Entered: 09/22/2005) |
| 09/22/2005 | 30 | MEMORANDUM in Support by Marshall L Blanchard re 25 MOTION for Separate Trial on Counts Marshall L Blanchard (1) Count 1,2, 20 MOTION for Bill of Particulars, 26 MOTION to Suppress *Based on the Search Warrant Not Listing Gund or Weapons*, 21 MOTION for Disclosure and Discovery, 27 MOTION to Suppress *Statements*, 28 MOTION to Suppress *Evidene Based on Search Warrant not Supported by Probable Cause*, 22 MOTION for Expert Witnesses, 23 MOTION for Disclosure *of a List of Names and Addresses of Potential Witnesses*, 29 MOTION to Produce *Grand Jury Transcript*, 24 MOTION to Dismiss *Count II* (Kirchner, Robert) (Entered: 09/22/2005) |

| | | |
|---|---|---|
| 09/22/2005 | 31 | Amended MOTION Disclosure and Discovery by Marshall L Blanchard (Kirchner, Robert) (Entered: 09/22/2005) |
| 09/23/2005 | | Minute Entry for proceedings held 9/23/05 before Judge Michael P. McCuskey. Appearance of Tim Bass, AUSA for Government. Appearance of MARSHALL L BLANCHARD with attorneys Robert G. Kirchner and Scott A. Lerner. All parties appeared by phone. Telephone Status Conference held. Government given until 10/14/05 to respond to all pending motions. Defendant to reply to Government's responses by 10/28/05. Motion Hearing set for 11/15/2005 at 1:30 PM in Courtroom A before Chief Judge Michael P. McCuskey. The Court finds the ends of justice have been met pursuant to 18 USC 3161(h)(8)(a). Time is excluded from 9/15/05 through 11/15/05. Final Pretrial on 10/14/05 and Jury Trial on 10/24/05 are VACATED. Dft bond to remain in full force and effect. (Court Reporter LC.) (SKD, ilcd) (Entered: 09/23/2005) |
| 09/23/2005 | | (Court only) *** Clerk`s Notes as to Marshall L Blanchard : Instant email sent to attorneys Robert Kirchner and Scott Lerner regarding use of correct address blocks on pleadings and certificates of serivce (docs 20-31). (SKD, ilcd) (Entered: 09/23/2005) |
| 10/14/2005 | 32 | MOTION for Extension of Time to File Response/Reply as to 25 MOTION for Separate Trial on Counts Marshall L Blanchard (1) Count 1,2, 26 MOTION to Suppress *Based on the Search Warrant Not Listing Gund or Weapons*, 27 MOTION to Suppress *Statements*, 28 MOTION to Suppress *Evidene Based on Search Warrant not Supported by Probable Cause*, 29 MOTION to Produce *Grand Jury Transcript*, 30 Memoradum in Support,,, 20 MOTION for Bill of Particulars, 21 MOTION for Disclosure and Discovery, 31 Amended MOTION Disclosure and Discovery, 22 MOTION for Expert Witnesses, 23 MOTION for Disclosure *of a List of Names and Addresses of Potential Witnesses*, 24 MOTION to Dismiss *Count II* by USA as to Marshall L Blanchard. (Bass, Timothy) (Entered: 10/14/2005) |
| 10/17/2005 | | TEXT ORDER granting 32 Government's Motion for Extension of Time to File Response/Reply as to Marshall L Blanchard (1). The Government's Response to Defendant's pretrial motions is due on October 18, 2005. Entered by Judge Michael P. McCuskey on 10/17/2005. (DK2, ilcd) (Entered: 10/17/2005) |
| 10/18/2005 | 33 | RESPONSE to Motion by USA as to Marshall L Blanchard re 25 MOTION for Separate Trial on Counts Marshall L Blanchard (1) Count 1,2, 26 MOTION to Suppress *Based on the Search Warrant Not Listing Gund or Weapons*, 27 MOTION to Suppress *Statements*, 28 MOTION to Suppress *Evidene Based on Search Warrant not Supported by Probable Cause*, 29 MOTION to Produce *Grand Jury Transcript*, 20 MOTION for Bill of Particulars, 21 MOTION for Disclosure and Discovery, 31 Amended MOTION Disclosure and Discovery, 22 MOTION for Expert Witnesses, 23 MOTION for Disclosure *of a List of Names and Addresses of Potential Witnesses*, 24 MOTION to Dismiss *Count II* (Bass, Timothy) (Entered: 10/18/2005) |

| | | |
|---|---|---|
| 10/25/2005 | ●34 | CONSENT to Modify Conditions of Release by Marshall L Blanchard. (VB, ilcd) (Entered: 10/25/2005) |
| 10/25/2005 | ● | TEXT ORDER on 34 CONSENT to Modify Conditions of Release as to Marshall L Blanchard entered by Judge David G. Bernthal on 10/25/05. The modification of conditions of release is ordered, effective on 10/25/05. (VB, ilcd) (Entered: 10/25/2005) |
| 10/25/2005 | ●35 | MOTION for Extension of Time to File Response/Reply as to 33 Response to Motion,, by Marshall L Blanchard. (Kirchner, Robert) (Entered: 10/25/2005) |
| 10/27/2005 | ● | TEXT ORDER granting 35 Motion for Extension of Time to File Response/Reply as to Marshall L Blanchard (1). Defendant is allowed until November 1, 2005, to file his Reply to the Government's Consolidated Response to Defendant's Pre-Trial Motions. Entered by Judge Michael P. McCuskey on 10/27/2005. (DK2, ilcd) (Entered: 10/27/2005) |
| 11/01/2005 | ●36 | REPLY TO RESPONSE to Motion by Marshall L Blanchard re 32 MOTION for Extension of Time to File Response/Reply as to 25 MOTION for Separate Trial on Counts Marshall L Blanchard (1) Count 1,2, 26 MOTION to Suppress *Based on the Search Warrant Not Listing Gund or Weapons*, 27 MOTION to Suppress *S Reply to Government's Consolidated Response- docket entry 33* (Kirchner, Robert) (Entered: 11/01/2005) |
| 11/15/2005 | ● | Minute Entry for proceedings held 11/15/05 before Judge Michael P. McCuskey. Appearance for Government by AUSA Timothy Bass. Defendant MARSHALL BLANCHARD present in person and with counsel Robert Kirchner and Scott Lerner. Motion Hearing held re 26 MOTION to Suppress filed by Marshall L Blanchard. Oral motion by Government to supplement legal authority; granted. Evidence for Government. Witnesses sworn; testimony heard. Evidence for defendant. Witness sworn; testimony heard. Completion of oral arguments re 26 motion to suppress and all other pending motions will be heard at Motion Hearing continued to 12/12/2005 at 9:15 AM in Courtroom A before Chief Judge Michael P. McCuskey. The Court finds the ends of justice are met pursuant to 18 USC 3161(h)(8)(A). The time from 9/22/05 to 12/12/05 is excluded. Government moves for leave to file Exhibit 6 under seal on 11/16/05; granted. Defendant's bond to remain in effect. (Court Reporter LC.) (KM, ilcd) (Entered: 11/16/2005) |
| 11/15/2005 | ●37 | PLAINTIFF'S EXHIBIT LIST by clerk at motion hearing held 11/15/05 as to Marshall L Blanchard. Exhibits stored in vault. Exhibit 6 to be filed on 11/16/05 under seal. (KM, ilcd) (Entered: 11/16/2005) |
| 11/15/2005 | ●38 | DEFENDANT'S EXHIBIT LIST by clerk as to Marshall L Blanchard from motion hearing held 11/15/05. Exhibit stored in vault. (KM, ilcd) (Entered: 11/16/2005) |
| 11/16/2005 | ●39 | ~~SEALED DOCUMENT (Government's exhibit 6 from motion hearing held 11/15/05) (KM, ilcd)~~ Modified on 1/31/2006: original |

| | | |
|---|---|---|
| | | document returned to Government (KM, ilcd). (Entered: 11/16/2005) |
| 11/22/2005 | 40 | OPINION entered by Judge Michael P. McCuskey on 11/22/2005. Defendant's Motion for Bill of Particulars 20 is DENIED; Defendant's Motion Regarding Expert Witnesses 22 is GRANTED; Defendant's Motion for Production of Names and Addresses of Potential Witnesses 23 is DENIED; Defendant's Motion to Dismiss - Count II 24 is DENIED; Defendant's Motion to Sever 25 is DENIED; Defendant's Motion for Production of Grand Jury Transcript 29 is MOOT in part and DENIED in part; Defendant's Amended Motion for Miscellaneous Relief 31 is DENIED; Defendant's original Motion for Miscellaneous Relief 21 is hereby declared MOOT. Defendant's Motions to Suppress 26 , 27 and 28 are still pending and are scheduled for a continued hearing on December 12, 2005, at 9:15 a.m. (SP, ilcd) (Entered: 11/22/2005) |
| 12/12/2005 | | Minute Entry for proceedings held 12/12/05 before Judge Michael P. McCuskey. Appearance of Tim Bass, AUSA for Government. Appearance of MARSHALL L BLANCHARD in person and with counsel Robert Kirchner and Scott Lerner. Hearing continued from 11/15/05 re: 26 MOTION to Suppress Based on the Search Warrant Not Listing Gund or Weapons filed by Marshall L Blanchard, No additional witnesses for defendant. Government moves to re-open cross-exam testimony of Marshall Blanchard Jr. No objection by defendant. Witness sworn, testimony heard. Evidence complete on Motion #26. Arguments heard on Motion #26. The Court finds witness Marshall Blanchard Jr. credible. 26 Motion to Suppress as to Marshall L Blanchard is DENIED. Hearing held on 28 MOTION to Suppress Evidene Based on Search Warrant not Supported by Probable Cause filed by Marshall L Blanchard. Arguments heard. Motion DENIED. Parties have reached an agreement on 27 MOTION to Suppress Statements filed by Marshall L Blanchard. The Government will not use Defendant's statements in its case-in-chief at trial but may use the statements for impeachment purposes if Defendant testifies and opens the door. The Motion is therefore MOOT. Matter set for Status Conference by personal appearance on 12/23/2005 at 10:00 AM in Courtroom A before Chief Judge Michael P. McCuskey. Goverment allowed to appear via phone. Government to file any bond motions by 12/15/05. Defendant to reply by 12/21/05. Government and Defendant admonished not to have contact with Marshall Blanchard Jr until he retains counsel or waives it in open court. Defendant bond to remain in effect. Defendant directed to appear 12/23/05 at 10:00 a.m. The Court finds the ends of justice have been met pursuant to 18 USC 3161 (h)(8)(a). Time is excluded from 12/12/05 until 12/23/05. The Clerk is directed to send a copy of this docket entry to Marshall Blanchard Jr at P.O. Box 7501, Champaign, IL 61826-7501. (Court Reporter LC.) (SKD, ilcd) Modified on 12/12/2005 to correct typographical error (SKD, ilcd). (Entered: 12/12/2005) |
| 12/12/2005 | | (Court only) *** Clerk`s Notes as to Marshall L Blanchard : Clerk mailed copy of 12/12/05 minutes to Marshall Blanchard Jr. at P.O. Box 7501, Champaign, IL 61826-7501 at the direction of the Court. (SKD, ilcd) (Entered: 12/12/2005) |

| 12/12/2005 | ⊕ | Notice of Docket Text or Event Modification re: Minutes from 12/12/05 modified to correct typographical error. (SKD, ilcd) (Entered: 12/12/2005) |
|---|---|---|
| 12/15/2005 | ⊕41 | MOTION to Revoke *Bond* by USA as to Marshall L Blanchard. (Bass, Timothy) (Entered: 12/15/2005) |
| 12/21/2005 | ⊕42 | RESPONSE to Motion by Marshall L Blanchard re 41 MOTION to Revoke *Bond* (Kirchner, Robert) (Entered: 12/21/2005) |
| 12/23/2005 | ⊕ | Minute Entry for proceedings held 12/23/05 before Judge Michael P. McCuskey. Appearance of Tim Bass, AUSA for Government. Appearance of defendant MARSHALL L BLANCHARD in person and with counsel Robert Kirchner and Scott Lerner. Motion hearing held re: 41 MOTION to Revoke Bond filed by USA. Arguments heard. Government orally moves to amend #41. Evidence for Government. Witness sworn, testimony heard. Court allows Government to orally amend #41. Arguments heard re: #41. Court grants 41 Motion to Revoke as to Marshall L Blanchard (1). Defendant's pretrial release is revoked. Bond is revoked. Matter set for Status Conference on 1/9/2006 at 3:00 PM in Courtroom A before Chief Judge Michael P. McCuskey. Defendant remanded to the custody of the US Marshal. The Court finds the ends of justice have been met pursuant to 18 USC 3161 (h)(8)(a). Time is excluded from 12/23/05 until 1/9/06. (Court Reporter B. Zeitler.) (SKD, ilcd) (Entered: 12/27/2005) |
| 12/23/2005 | | (Court only) *** Location start as to Marshall L Blanchard. Defendant bond revoked at hearing held 12/23/05. Defendant put in location custody. (SKD, ilcd) (Entered: 12/27/2005) |
| 01/09/2006 | ⊕ | Minute Entry for proceedings held 1/9/06 before Judge Michael P. McCuskey. Appearance for Government by AUSA Timothy Bass. Defendant MARSHALL BLANCHARD present in person and with counsel Robert Kirchner and Scott Lerner. Status Conference as to Marshall L Blanchard held. Motion filing deadline set for 2/17/2006; response to motions due 2/27/2006. Deadline for acceptance of responsibility by defendant is 3/1/2006. Pretrial Conference set for 3/15/2006 at 2:00 PM in Courtroom A before Chief Judge Michael P. McCuskey. Jury Selection/Jury Trial set for 3/27/2006 at 8:45 AM in Courtroom A before Chief Judge Michael P. McCuskey. Estimated length of trial 3-4 days. The Court finds the ends of justice are met pursuant to 18 USC 3161(h)(8)(A). The time from today to 3/27/06 is excluded. Defendant is remanded to custody of US Marshal. (Court Reporter LC.) (KM, ilcd) (Entered: 01/09/2006) |
| 01/26/2006 | ⊕43 | PETITION for Writ of Habeas Corpus ad testificandum *for Cynthia Blanding* by USA as to Marshall L Blanchard. (Bass, Timothy) (Entered: 01/26/2006) |
| 01/27/2006 | ⊕44 | ORDER entered by Judge Michael P. McCuskey granting 43 Motion for Writ of Habeas Corpus ad testificandum as to Marshall L Blanchard (1) (SKD, ilcd) (Entered: 01/27/2006) |

| 01/27/2006 | ●45 | Writ of Habeas Corpus ad Testificandum Returned Executed for Cynthia Blanding on March 27, 2006 at 9:00 a.m. as to Marshall L Blanchard (SKD, ilcd) (Entered: 01/27/2006) |
|---|---|---|
| 02/13/2006 | ●46 | TRANSCRIPT of Proceedings as to Marshall L Blanchard held re: Motion to Suppress on 11/15/05 and 12/12/05 before Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) (Entered: 02/13/2006) |
| 02/13/2006 | ●47 | TRANSCRIPT of Proceedings as to Marshall L Blanchard re: Bond Revocation held on 12/23/05 before Judge Michael P. McCuskey. Court Reporter: B. Zeitler. (SKD, ilcd) (Entered: 02/13/2006) |
| 02/17/2006 | ●48 | First MOTION in Limine *Impeachment of the Defendant* by Marshall L Blanchard. (Kirchner, Robert) (Entered: 02/17/2006) |
| 02/17/2006 | ●49 | MOTION for Disclosure *Request for the Government to Disclose Intent to Rely on any Evidence of Charged Bad Acts, Wrongs, or other Crimes* by Marshall L Blanchard. (Kirchner, Robert) (Entered: 02/17/2006) |
| 02/17/2006 | ●50 | Second MOTION in Limine *Defendant's Prior Conviction* by Marshall L Blanchard. (Kirchner, Robert) (Entered: 02/17/2006) |
| 02/17/2006 | ●51 | Third MOTION in Limine *Testimony by the Defendant's Son* by Marshall L Blanchard. (Kirchner, Robert) (Entered: 02/17/2006) |
| 02/22/2006 | ● | TEXT ORDER as to Marshall L Blanchard. The Government is directed to file its response to Defendant's Motions [48, 49, 50, 51] by March 3, 2006. Entered by Judge Michael P. McCuskey on 02/22/2006. (DK2, ilcd) (Entered: 02/22/2006) |
| 03/03/2006 | ●52 | MOTION for Extension of Time to File Response/Reply as to 48 First MOTION in Limine *Impeachment of the Defendant*, 49 MOTION for Disclosure *Request for the Government to Disclose Intent to Rely on any Evidence of Charged Bad Acts, Wrongs, or other Crimes*, 50 Second MOTION in Limine *Defendant's Prior Conviction*, 51 Third MOTION in Limine *Testimony by the Defendant's Son* by USA as to Marshall L Blanchard. (Bass, Timothy) (Entered: 03/03/2006) |
| 03/03/2006 | ● | TEXT ORDER granting 52 Motion for Extension of Time to File Response/Reply as to Marshall L Blanchard (1). The Government is allowed until March 7, 2006, to file its Responses to Defendant's Motions. Entered by Judge Michael P. McCuskey on 03/03/2006. (DK2, ilcd) (Entered: 03/03/2006) |
| 03/07/2006 | ●53 | RESPONSE to Motion by USA as to Marshall L Blanchard re 48 First MOTION in Limine *Impeachment of the Defendant*, 49 MOTION for Disclosure *Request for the Government to Disclose Intent to Rely on any Evidence of Charged Bad Acts, Wrongs, or other Crimes*, 50 Second MOTION in Limine *Defendant's Prior Conviction*, 51 Third MOTION in Limine *Testimony by the Defendant's Son* (Bass, Timothy) (Entered: 03/07/2006) |
| 03/09/2006 | ●54 | OPINION Entered by Judge Michael P. McCuskey on 3/9/06. I'I IS ORDERED THAT: (1) Defendant's Motion in Limine - Impeachment of |

ELECTRONIC FILING SYSTEM

| | | |
|---|---|---|
| | | Defendant (#48) is DENIED as to the evidence of Defendant's use of drugs intricately related to the offense charged and is GRANTED as to evidence of a "drop" conducted during Defendant's pre-trial release. (2) Defendant's Request for Disclosure of Rule 404(b) Evidence (#49) is DENIED as moot. (3) Defendant's Motion in Limine regarding Defendant's prior conviction (#50) is DENIED as moot. (4) Defendant's Motion in Limine regarding the testimony of Defendant's son (#51) is DENIED. (5) This case remains scheduled for a final pretrial conference on March 15, 2006, at 2:00 p.m. and for a jury trial on March 27, 2006, at 9:00 a.m. SEE WRITTEN OPINION. (SKD, ilcd) (Entered: 03/09/2006) |
| 03/09/2006 | ⬤ | Set/Reset Deadlines/Hearings as to Marshall L Blanchard: Pursuant to Opinion entered 3/9/06, this case remains scheduled for a Final Pretrial Conference on 3/15/2006 at 2:00 PM and for a Jury Trial on 3/27/2006 at 9:00 AM in Courtroom A before Chief Judge Michael P. McCuskey. (SKD, ilcd) (Entered: 03/09/2006) |
| 03/09/2006 | | (Court only) *** Terminate Deadlines and Hearings as to Marshall L Blanchard: motions ddl of 2/17/06 terminated (SKD, ilcd) (Entered: 03/09/2006) |
| 03/15/2006 | 55 | (Court only) *** **WITNESS LIST** by Marshall L Blanchard (Kirchner, Robert) (Entered: 03/15/2006) |
| 03/15/2006 | 56 | (Court only) *** **WITNESS LIST** by USA as to Marshall L Blanchard (Bass, Timothy) (Entered: 03/15/2006) |
| 03/15/2006 | ⬤57 | Certificate of Service by USA as to Marshall L Blanchard re *Witness List* (Bass, Timothy) (Entered: 03/15/2006) |
| 03/15/2006 | ⬤58 | EXHIBIT LIST by USA as to Marshall L Blanchard (Bass, Timothy) (Entered: 03/15/2006) |
| 03/15/2006 | ⬤59 | Proposed Jury Instructions by USA as to Marshall L Blanchard (Bass, Timothy) (Entered: 03/15/2006) |
| 03/15/2006 | ⬤60 | STATEMENT OF THE CASE by USA as to Marshall L Blanchard. (Bass, Timothy) (Entered: 03/15/2006) |
| 03/15/2006 | ⬤ | TEXT ORDER as to Marshall L Blanchard. The parties are allowed until March 20, 2006, to file any supplemental voir dire questions they would like this court to ask during jury selection. Any objections to proposed voir dire questions are due March 22, 2006. Entered by Judge Michael P. McCuskey on 03/15/2006. (DK2, ilcd) (Entered: 03/15/2006) |
| 03/15/2006 | ⬤ | Minute Entry for proceedings held on 3/15/2006 before Chief Judge Michael P. McCuskey: Appearance by AUSA Tim Bass for Government. Defendant MARSHALL BLANCHARD appeared in person with counsel, Atty Robert Kirchner and Atty Scott Lerner. Pretrial Conference held. Defendant allowed to file exhibit list no later than 3/17/2006 or will be precluded from filing an exhibit list. Said exhibits must be given to Government by 3/17/2006. Defendant to file any objections to Government's proposed jury instructions or file any |

| | | |
|---|---|---|
| | | alternative instructions by 3/22/2006. If defendant files alternative instructions, the Government to file objections by 3/27/2006. Any objections to jury instructions, exhibit list or witness list must be filed by 3/22/2006. Any motions to be filed by 3/22/2006. Government and defendant request permission to contact Mr. Blanchard Jr. The Court advises both parties they may contact him, but must tell him the Court will appoint counsel to represent him, if he desires, before he speaks with either side. Jury trial remains set for 3/27/2006 at 9:00 AM. Defendant remanded to custody of U S Marshal. (Court Reporter LC) (SP, ilcd) (Entered: 03/15/2006) |
| 03/22/2006 | 61 | MOTION in Limine by USA as to Marshall L Blanchard. (Bass, Timothy) (Entered: 03/22/2006) |
| 03/22/2006 | 62 | Proposed Jury Instructions by Marshall L Blanchard (Attachments: # 1 Proposed Jury Instructions)(Kirchner, Robert) (Entered: 03/22/2006) |
| 03/22/2006 | 63 | OBJECTION *to Government's Exhibit List* by Marshall L Blanchard to 58 Exhibit List filed by USA, (Kirchner, Robert) (Entered: 03/22/2006) |
| 03/23/2006 | 64 | MOTION to Withdraw Document *(Plaintiff's Exhibits 1, 2, 3 and 5 Admitted at 11/15/05 Hearing)* by USA as to Marshall L Blanchard (Bass, Timothy) (Entered: 03/23/2006) |
| 03/23/2006 | | TEXT ORDER granting 64 Motion to Withdraw Document, to Marshall L Blanchard. Entered by Judge Michael P. McCuskey on 3/23/06. (BB, ilcd) (Entered: 03/23/2006) |
| 03/23/2006 | 65 | Receipt for Exhibits 1,2,3 and 5 by USA as to Marshall L Blanchard. (SKD, ilcd) (Entered: 03/23/2006) |
| 03/24/2006 | | TEXT ORDER as to Marshall L Blanchard. Defendant is directed to file a written response to the Government's Motion in Limine 61 by 8:30 a.m. on March 27, 2006. Entered by Judge Michael P. McCuskey on 03/24/2006. (DK2, ilcd) (Entered: 03/24/2006) |
| 03/27/2006 | 66 | RESPONSE to Motion by Marshall L Blanchard re 61 MOTION in Limine *Response to Government's Motion in Limine* (Kirchner, Robert) (Entered: 03/27/2006) |
| 03/27/2006 | 67 | MOTION to Compel *the Disclosure of Brady Material* by Marshall L Blanchard. (Kirchner, Robert) (Entered: 03/27/2006) |
| 03/27/2006 | | Minute Entry for proceedings held 3/27/06 before Judge Michael P. McCuskey. Appearance of Tim Bass, AUSA for Government. Appearance of MARSHALL L BLANCHARD and with counsel Robert Kirchner. Attorney Scott Lerner allowed to arrive late for jury selection. Court grants 61 Government Motion in Limine as to Marshall L Blanchard (1). Court reserves ruling on #63 Objections to Govenrment's proposed Exhibit List and #67 Motion to Compel by defendant. Jurors in for voir dire. Jurors sworn as to qualifications. Scott Lerner present in court. Statement of case read to jury. Voir Dire held. Court enters order remanding Cynthia Blanding to custody of US Marshal to be returned. |

| | | |
|---|---|---|
| | | 3/28/06. Jurors and alternate jurors selected and sworn to try the case. All witnesses excluded from courtroom. Preliminary Instructions given to jury. Jury trial held. Opening statements by Government and defendant. Evidence for Government. Witness Marshall Blanchard Jr. sworn, testimony heard. The Court appoints Tony Novak, present in court, to represent witness Marshall Blanchard Jr. Jury excused to return 3/28/06 at 9:00 a.m. Court adjourned until 3/28/06 at 8:45 a.m. Defendant remanded to the custody of the US Marshal. (Court Reporter LC.) (SKD, ilcd) (Entered: 03/28/2006) |
| 03/27/2006 | 69 | ORDER Entered by Judge Michael P. McCuskey on 3/27/06. Court orders custody of Cynthia Blanding transferred from IDOC Lincoln Correctional Center to U.S. Marshal Service for testimony in Federal Trial in Urbana. See Order. (SKD, ilcd) (Entered: 03/28/2006) |
| 03/28/2006 | 68 | Second MOTION to Compel *the Disclosure of Brady Material* by Marshall L Blanchard. (Kirchner, Robert) (Entered: 03/28/2006) |
| 03/28/2006 | 70 | MOTION in Limine *Regarding Evidence of Bad Acts, Wrongs, or other Crimes* by Marshall L Blanchard. (Kirchner, Robert) (Entered: 03/28/2006) |
| 03/28/2006 | | Minute Entry for proceedings held 3/28/06 before Judge Michael P. McCuskey. Jury trial continued as to Marshall L. Blanchard. Same appearances. 68 Motion to Compel is DENIED. Arguments heard. 67 Motion to Compel is DENIED. Jury In. Evidence for Government continued. Jury Out. Dft orally requests to file motion; granted. Motion must be filed by midnight 3/28/06. Jury In. Witnesses sworn, testimony heard. Jury out until 9:00 a.m. on 3/29/06. Court adjourned until 3/29/06 at 8:45 a.m. Defendant remanded to the custody of the US Marshal. (Court Reporter LC.) (SKD, ilcd) (Entered: 03/30/2006) |
| 03/29/2006 | | Minute Entry for proceedings held 3/29/06 before Judge Michael P. McCuskey. Jury trial continued as to Marshall L. Blanchard. Same appearances. 70 Motion in Limine as to Marshall L Blanchard GRANTED in part, DENIED in part. Jury in. Juror #155 excused. Witnesses sworn, testimony heard. Jury out until 9:00 a.m. on 3/30/06. Jury Instruction Conference held. Any alternative or additional jury instructions to be filed with the court 3/30/06. Court adjourned to return at 8:45 a.m. on 3/30/06. (Court Reporter LC.) (SKD, ilcd) (Entered: 03/30/2006) |
| 03/30/2006 | 71 | MOTION for Acquittal by Marshall L Blanchard. (Kirchner, Robert) (Entered: 03/30/2006) |
| 03/30/2006 | 72 | MOTION in Limine *Renewed Motion to Bar Evidence Regarding Defendant's Drug Use* by Marshall L Blanchard. (Kirchner, Robert) (Entered: 03/30/2006) |
| 03/30/2006 | 73 | Proposed Jury Instructions by USA as to Marshall L Blanchard (Bass, Timothy) Modified on 4/4/2006 to clarify this is only Government's proposed jury instruction 29 (KM, ilcd). (Entered: 03/30/2006) |
| | | |

| 03/30/2006 | 74 | Amended MOTION for Acquittal by Marshall L Blanchard. (Kirchner, Robert) (Entered: 03/30/2006) |
| --- | --- | --- |
| 03/30/2006 | | Minute Entry for proceedings held 3/30/06 before Judge Michael P. McCuskey. Jury trial continued as to Marshall L Blanchard. Same appearances. Jury In. Witnesses sworn, testimony heard. Judicial notice taken that Roberts and Paxton are in the CDIL. Government rests. Jury out. Oral motion by defendant for judgment of acquittal under Rule 29 as to both counts. Arguments heard. Oral motion DENIED as to both counts. Jury In. Evidence for Defendant. Witnesses sworn, testimony heard. Jury out. Arguments heard re: 72 Motion in Limine as to Marshall L Blanchard (1). Motion #72 is DENIED. Jury In. Sworn testimony heard. Defendant rests. Jury excused until 3/31/06 at 9:30 a.m. 74 Amended Motion for Acquittal as to Marshall L Blanchard (1) discussed. Defendant requests "amended" be stricken from the document. Court grants the request and corrects the Court's copy. Arguments heard re: #74 Motion for Acquittal; DENIED. Jury instruction conference continued. Government tenders additional jury instruction #30 and modified jury instruction #30. Counsel directed to appear 3/31/06 at 8:30 a.m. to review clean copies of jury instructions. Court will reconvene at 8:45 a.m. on 3/31/06. Defendant remanded to the custody of the US Marshal. (Court Reporter LC.) (SKD, ilcd) (Entered: 03/31/2006) |
| 03/30/2006 | | TEXT ORDER denying 71 Motion for Acquittal as to Marshall L Blanchard (1) entered by Judge Michael P. McCuskey on 3/30/06. (KM, ilcd) (Entered: 04/04/2006) |
| 03/30/2006 | 75 | Proposed Jury Instruction 30 by Government as to Marshall L Blanchard (KM, ilcd) (Entered: 04/04/2006) |
| 03/30/2006 | 76 | Proposed Jury Instructions marked by Court as to given, refused or withdrawn as to Marshall L Blanchard (KM, ilcd) (Entered: 04/04/2006) |
| 03/31/2006 | 77 | Jury Instructions as given to jury re Marshall L Blanchard (KM, ilcd) (Entered: 04/04/2006) |
| 03/31/2006 | | Minute Entry for proceedings held 3/31/06 before Judge Michael P. McCuskey. Jury trial continued as to Marshall L Blanchard. Same appearances. Further instruction conference held. Jury in. Instructions given to jury. Closing argument by Government and defendant heard. Jury out to deliberate; alternate juror excused. Questions by jury answered in court with all parties present. Jury returns with verdict. Finding Marshall L Blanchard guilty of counts 1 and 2 of Indictment. Jurors polled and excused. The Court enters judgment of conviction as to counts 1 and 2. Sentencing set for 8/4/2006 at 10:30 AM in Courtroom A before Chief Judge Michael P. McCuskey. Cause referred to US Probation Office for presentence investigation report. All Government's exhibits regarding guns and drug related material are withdrawn by the Government. Defendant is remanded to custody of US Marshal. (Court Reporter LC.) (KM, ilcd) (Entered: 04/04/2006) |
| 03/31/2006 | 78 | COURT'S EXHIBIT LIST from trial re Marshall L Blanchard (exhibits |

| | | |
|---|---|---|
| | | not withdrawn stored in vault) (KM, ilcd) (Entered: 04/04/2006) |
| 03/31/2006 | 79 | Jury questions during deliberations as to Marshall L Blanchard. Questions 1 and 2 answered in court with parties present; Court grants question 3 (see exhibit list).(KM, ilcd) (Entered: 04/04/2006) |
| 03/31/2006 | 80 | JURY VERDICT as to Marshall L Blanchard (1) Guilty on Counts 1 and 2 of Indictment. (KM, ilcd) (Entered: 04/04/2006) |
| 04/04/2006 | 81 | ORDER on Implementation of Sentencing Guidelines as to Marshall L Blanchard entered by Judge Michael P. McCuskey on 4/4/06. (KM, ilcd) (Entered: 04/04/2006) |
| 04/07/2006 | 82 | MOTION for Acquittal *or in the Alternative, a New Trial and for other Relief* by Marshall L Blanchard. (Kirchner, Robert) (Entered: 04/07/2006) |
| 04/07/2006 | 83 | MOTION Arrest of Judgment by Marshall L Blanchard. (Kirchner, Robert) (Entered: 04/07/2006) |
| 04/07/2006 | 84 | MEMORANDUM *of Law in Support of Defendant's Motion in Arrest of Judgment* by Marshall L Blanchard re 83 MOTION Arrest of Judgment filed by Marshall L Blanchard, (Kirchner, Robert) (Entered: 04/07/2006) |
| 04/07/2006 | | TEXT ORDER entered by Judge Michael P. McCuskey on 04/07/2006. The Government is allowed until April 21, 2006, to file its Response to 82 Defendant's MOTION for Judgement of Acquittal or in the Alternative, a New Trial and 83 Defendant's MOTION in Arrest of Judgment. (DK2, ilcd) (Entered: 04/07/2006) |
| 04/07/2006 | 85 | MEMORANDUM *of Law in Support of Motion for Judgment of Acquittal, or in the Alternative, a New Trial and for Other Relief* by Marshall L Blanchard re 82 MOTION for Acquittal *or in the Alternative, a New Trial and for other Relief* filed by Marshall L Blanchard, (Kirchner, Robert) (Entered: 04/07/2006) |
| 04/28/2006 | 86 | MOTION for Extension of Time to File Response/Reply as to 82 MOTION for Acquittal *or in the Alternative, a New Trial and for other Relief*, 83 MOTION Arrest of Judgment by USA as to Marshall L Blanchard. (Bass, Timothy) (Entered: 04/28/2006) |
| 04/28/2006 | | TEXT ORDER granting 86 Motion for Extension of Time to File Response. The Government is allowed until May 9, 2006, to file its Response to 82 Defendant's Motion for Judgment of Acquittal or, in the Alternative, a New Trial and 83 Motion in Arrest of Judgment. Entered by Judge Michael P. McCuskey on 04/28/2006. (DK2, ilcd) (Entered: 04/28/2006) |
| 05/09/2006 | 87 | RESPONSE to Motion by USA as to Marshall L Blanchard re 82 MOTION for Acquittal *or in the Alternative, a New Trial and for other Relief*, 83 MOTION Arrest of Judgment (Bass, Timothy) (Entered: 05/09/2006) |
| 05/10/2006 | 88 | OPINION entered by Judge Michael P. McCuskey on 5/10/2006. |

| | | |
|---|---|---|
| | | Defendant's Motion for Judgment of Acquittal, or in the Alternative, a New Trial 82 is DENIED. Defendant's Motion in Arrest of Judgment 83 is DENIED. This matter remains scheduled for sentencing on August 4, 2006, at 10:30 a.m. See written opinion. (SP, ilcd) (Entered: 05/10/2006) |
| 06/14/2006 | 89 | Letter to the Court from attorney John Thomas Halloran. (KM, ilcd) (Entered: 06/14/2006) |
| 06/14/2006 | 90 | Letter from the Court in response to 89 Attorney Halloran's letter. (MB, ilcd) (Entered: 06/14/2006) |
| 07/24/2006 | 91 | MOTION to Continue *Unopposed Motion to Continue Sentencing Hearing* by Marshall L Blanchard. (Kirchner, Robert) (Entered: 07/24/2006) |
| 07/24/2006 | | TEXT ORDER entered by Chief Judge Michael P. McCuskey on 7/24/06 GRANTING 91 Unopposed Motion to Continue Sentencing Hearing as to Marshall L Blanchard. The sentencing hearing set for 8/4/2006 at 10:30 AM is converted to a status conference by personal appearance for the purpose of setting a new sentencing date. Counsel and the defendant must be present in open Court at 10:30 AM on 8/4/2006 for a status conference in Courtroom A before Chief Judge Michael P. McCuskey. (MB, ilcd) (Entered: 07/24/2006) |
| 07/24/2006 | | (Court only) Set/Reset Deadlines/Hearings as to Marshall L Blanchard: Sentencing hearing set for 8/4/2006 at 10:30 AM is CONVERTED to a status conference by personal appearance in Courtroom A before Chief Judge Michael P. McCuskey. (MB, ilcd) (Entered: 07/24/2006) |
| 08/04/2006 | | Minute Entry for proceedings held 8/4/06 before Chief Judge Michael P. McCuskey. Appearance by phone of Tim Bass, AUSA for Governemnt. Appearance of MARSHALL L BLANCHARD in person, with counsel Robert Kirchner and Scott Lerner. Status Conference held. Discussion re: 91 Motion to continue and completion of transcript of proceedings. Court Reporter requests 60 days. Motion 91 granted. Further Status Conference set by personal appearance for 10/6/2006 at 1:00 PM in Courtroom A before Chief Judge Michael P. McCuskey. Defendant remanded to the custody of the US Marshal.(Court Reporter LC.) (SKD, ilcd) (Entered: 08/04/2006) |
| 10/06/2006 | | Minute Entry for proceedings held on 10/06/2006 before Chief Judge Michael P. McCuskey : Appearance for the Government by AUSA Richard Cox on behalf of AUSA Tim Bass. Defendant MARSHALL BLANCHARD appeared in person with counsel, Atty Robert Kirchner and Atty Scott Lerner. Status Conference as to Marshall L Blanchard held. Further Status Conference set for 12/1/2006 at 9:30 AM in Courtroom A before Chief Judge Michael P. McCuskey. (Court Reporter LC) (SP, ilcd) (Entered: 10/10/2006) |
| 10/16/2006 | 92 | TRANSCRIPT of Trial Proceedings (Day 1 of 5) as to Marshall L Blanchard held on 3/27/06 before Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) (Entered: 10/16/2006) |

| 10/16/2006 | 93 | TRANSCRIPT of Trial Proceedings (Day 2 of 5) as to Marshall L Blanchard held on 3/28/06 before Chief Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) (Entered: 10/16/2006) |
|---|---|---|
| 10/16/2006 | 94 | TRANSCRIPT of Trial Proceedings (Day 3 of 5) as to Marshall L Blanchard held on 3/29/06 before Chief Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) (Entered: 10/16/2006) |
| 10/16/2006 | 95 | TRANSCRIPT of Trial Proceedings (Day 4 of 5) as to Marshall L Blanchard held on 3/30/06 before Chief Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) (Entered: 10/16/2006) |
| 10/16/2006 | 96 | TRANSCRIPT of Trial Proceedings (Day 5 of 5) as to Marshall L Blanchard held on 3/31/06 before Chief Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) (Entered: 10/16/2006) |
| 12/01/2006 | | Minute Entry for proceedings held 12/1/06 before Chief Judge Michael P. McCuskey. Appearance of David Hoff, AUSA for Government. No appearance of Defendant Blanchard. Appearance of attorney Robert Kirchner. Status Conference held re: status of transcript. Further Status Conference set for 1/19/2007 at 1:00 PM in Courtroom A before Chief Judge Michael P. McCuskey. (Court Reporter LC.) (SKD, ilcd) (Entered: 12/01/2006) |
| 01/19/2007 | | Minute Entry for proceedings held 1/19/07 before Chief Judge Michael P. McCuskey. Appearance of AUSA Tim Bass. Appearance of MARSHALL L BLANCHARD in person, with counsel Robert Kirchner and Scott Lerner. Status Conference held. US Probation Office reports they are ready to proceed to sentencing pending any objections filed to the presentence investigation report. Discussion re: draft of presentence report. No objections stated by Government at this time. Parties have until 2/23/07 to file any objections to the presentence investigation report. Revised report due 3/23/07. Parties to file commentaries by 4/23/07. Matter set for Sentencing on 5/2/2007 at 1:15 PM in Courtroom A before Chief Judge Michael P. McCuskey. Defendant remanded to the custody of the US Marshal. (Court Reporter LC.) (SKD, ilcd) (Entered: 01/19/2007) |
| 03/21/2007 | 97 | Joint MOTION for Extension of Time to File *Revised Presentence Report* by Marshall L Blanchard. (Kirchner, Robert) (Entered: 03/21/2007) |
| 03/22/2007 | | TEXT ORDER granting 97 Unopposed Joint Request for Modification of Scheduling Order. The revised Presentence Report is now due on April 9, 2007. The sentencing in this case remains scheduled for May 2, 2007, at 1:15 p.m. Entered by Chief Judge Michael P. McCuskey on 03/22/2006. (DK2, ilcd) (Entered: 03/22/2007) |
| 04/23/2007 | 98 | COMMENTARIES ON SENTENCING FACTORS by USA as to Marshall L Blanchard. (Bass, Timothy) (Entered: 04/23/2007) |
| 04/23/2007 | 99 | MOTION for Extension of Time to File by USA as to Marshall L Blanchard. (Bass, Timothy) Modified on 4/24/2007 to show document is |

| | | |
|---|---|---|
| | | STRICKEN pursuant to text order of 4/24/07 (SKD, ilcd). (Entered: 04/23/2007) |
| 04/23/2007 | 100 | COMMENTARIES ON SENTENCING FACTORS by Marshall L Blanchard. (Kirchner, Robert) (Entered: 04/23/2007) |
| 04/23/2007 | 101 | Certificate of Service by Marshall L Blanchard re 100 Commentaries on Sentencing Factors Amended Certificate of Service (Kirchner, Robert) (Entered: 04/23/2007) |
| 04/24/2007 | | TEXT ORDER Entered by Judge Michael P. McCuskey. On 4/23/07 the Government filed 99 Motion for Extension of Time to File as to Marshall L Blanchard (1). The motion was filed in this case in error and should have been filed in 05-20029. Therefore, the motion (#99) is STRICKEN. (SKD, ilcd) (Entered: 04/24/2007) |
| 05/01/2007 | 102 | NOTICE Disclosure of Letters Sent to Counsel in Mitigation Related to Sentencing by Marshall L Blanchard (Kirchner, Robert) (Entered: 05/01/2007) |
| 05/02/2007 | 103 | MOTION to Continue Sentencing by USA as to Marshall L Blanchard. (Bass, Timothy) (Entered: 05/02/2007) |
| 05/02/2007 | | NOTICE OF HEARING: A hearing on the 103 Motion to Continue Sentencing as to Marshall L Blanchard is set for 5/2/2007 at 1:15 PM in Courtroom A before Chief Judge Michael P. McCuskey. (MB, ilcd) (Entered: 05/02/2007) |
| 05/02/2007 | | Minute Entry for proceedings held 5/2/07 before Chief Judge Michael P. McCuskey. Appearance of AUSA Tim Bass for Government via phone. Personal Appearances of MARSHALL L BLANCHARD, with counsel Robert Kirchner and Scott Lerner. MOTION HEARING held re: 103 MOTION to Continue Sentencing filed by USA. Motion granted. Government indicates they have received the Presentence Report with no objections. Defendant indicates they have received the Presentence Report and have objections. Sentencing continued to 5/24/2007 at 1:30 PM by personal appearance in Courtroom A before Chief Judge Michael P. McCuskey. Defendant remanded to the custody of the US Marshal. (Court Reporter LC.) (SKD, ilcd) (Entered: 05/03/2007) |
| 05/23/2007 | | NOTICE OF HEARING: A telephone status conference as to Marshall L Blanchard is set for 5/23/2007 at 3:30 PM by telephone (court will place call) before Chief Judge Michael P. McCuskey. (MB, ilcd) (Entered: 05/23/2007) |
| 05/23/2007 | | Minute Entry for proceedings held 5/23/07 before Chief Judge Michael P. McCuskey. Appearance for Government by AUSA Timothy Bass by personal appearance. Defendant MARSHALL BLANCHARD present via telephone with counsel Robert Kirchner and Scott Lerner both present via telephone. Status Conference as to Marshall L Blanchard held. Sentencing previously set for 5/24/07 is VACATED and RESET to 7/17/2007 at 1:30 PM in Courtroom A before Chief Judge Michael P. McCuskey. Court directs US Marshal to transport defendant for |

| | | |
|---|---|---|
| | | sentencing hearing.(Court Reporter LC.) (KM, ilcd) (Entered: 05/23/2007) |
| 07/17/2007 | ⊙ | Minute Entry for proceedings held on 7/17/2007 before Chief Judge Michael P. McCuskey: Appearance for the Government by AUSA Tim Bass. Defendant MARSHALL BLANCHARD appeared in person with counsel, Robert Kirschner and Scott Lerner. Sentencing held for Marshall L Blanchard (1), Counts 1, and 2. Parties acknowledge receipt of presentence report; objections by defendant. Recommendations by counsel heard. Statement in allocation by defendant. It is the judgment of the Court that defendant is hereby committed to the custody of the Bureau of Prisons for a term of 150 months. Said term shall consist of 150 months on Count 1 and 120 months on Count 2, to be served concurrently. Upon release from imprisonment, defendant shall be placed on supervised release for a term of three years. Said term shall consist of three years on each of Counts 1 and 2, to be served concurrently. It is further ordered that defendant shall pay a special assessment in the amount of $200, due immediately. Appeal rights given. Defendant is remanded to the custody of the U S Marshal. (Court Reporter LC) (SP, ilcd) (Entered: 07/18/2007) |
| 07/17/2007 | ⊙104 | EXHIBIT LIST from sentencing hearing held 7/17/2007 as to Marshall L Blanchard (SP, ilcd) Modified on 7/18/2007 to indicate exhibit stored in vault.(SP, ilcd) (Entered: 07/18/2007) |
| 07/17/2007 | ⊙105 | +++ **PRESENTENCE INVESTIGATION REPORT** as to Marshall L Blanchard (SP, ilcd) (Entered: 07/18/2007) |
| 07/17/2007 | ⊙106 | +++ **SENTENCING RECOMMENDATION** as to Marshall L Blanchard. (SP, ilcd) (Entered: 07/18/2007) |
| 07/18/2007 | ⊙107 | +++ **STATEMENT OF REASONS FOR IMPOSING SENTENCE** as to Marshall L Blanchard (SP, ilcd) (Entered: 07/18/2007) |
| 07/18/2007 | ⊙108 | JUDGMENT as to Marshall L Blanchard (1), Counts 1, and 2, entered by Chief Judge Michael P. McCuskey on 7/18/2007. (SP, ilcd) (Entered: 07/18/2007) |
| 07/26/2007 | ⊙109 | NOTICE OF APPEAL by Marshall L Blanchard (Kirchner, Robert) (Entered: 07/26/2007) |
| 07/26/2007 | ⊙110 | MOTION for Leave to Appeal, MOTION for Leave to Appeal In Forma Pauperis by Marshall L Blanchard. (Kirchner, Robert) (Entered: 07/26/2007) |
| 07/26/2007 | ⊙111 | Certificate of Service by Marshall L Blanchard *of Application to Proceed Without Prepayment of Fees and Affidavit* (Attachments: # 1 Application to Proceed/ Motion for Leave to Appeal in Forma Pauperis)(Kirchner, Robert) (Entered: 07/26/2007) |
| 07/27/2007 | ⊙ | TEXT ORDER granting 110 Motion for Leave to Appeal In Forma Pauperis as to Marshall L Blanchard (1). This court notes that Defendant's Motion was also docketed as a Motion for Leave to Appeal. |

| | | |
|---|---|---|
| | | Because Defendant does not need leave to appeal and has already filed his Notice of Appeal, the 110 Motion for Leave to Appeal is denied as MOOT. Entered by Chief Judge Michael P. McCuskey on 07/27/2007. (DK2, ilcd) (Entered: 07/27/2007) |
| 07/27/2007 | ●112 | Short Record of Appeal as to Marshall L Blanchard sent to US Court of Appeals re 109 Notice of Appeal - Final Judgment (SP, ilcd) (Entered: 07/27/2007) |
| 07/27/2007 | ●113 | USCA Case Number 07-2780 for 109 Notice of Appeal - Final Judgment filed by Marshall L Blanchard. (SP, ilcd) (Entered: 07/27/2007) |
| 08/01/2007 | ● | (Court only) *** Clerk's Notes as to Marshall L Blanchard. Court of Appeals verified that the 7/27/07 Text Order was uploaded to their Court by our office, and the Deputy Clerk of the Court of Appeals indicated that the 7/27/07 Text Order was a part of the Short Record. (VB, ilcd) (Entered: 08/01/2007) |
| 08/06/2007 | ●114 | TRANSCRIPT REQUEST by Marshall L Blanchard for proceedings held on 1/9/06; 3/15/06; 7/17/07 before Judge McCuskey, (Kirchner, Robert) (Entered: 08/06/2007) |
| 09/11/2007 | ●115 | MOTION withdraw record on appeal *pursuant to Fed.R.A.P. 11(c) and Local Rule 79.2* by Marshall L Blanchard. (Kirchner, Robert) (Entered: 09/11/2007) |
| 09/11/2007 | ● | TEXT ORDER granting 115 Motion to withdraw record on appeal as to Marshall L Blanchard (1) Entered by Chief Judge Michael P. McCuskey on 7/11/07. (SKD, ilcd) (Entered: 09/11/2007) |