2:05-cr-20015-MPM-DGB   # 126   Page 1 of 1

2:05-cr-20015-MPM-DGB   # 125   Page 1 of 1

E-FILED
Wednesday, 13 February, 2008  10:17:21 AM
Clerk, U.S. District Court, ILCD

E-FILED
Wednesday, 30 January, 2008  04:52:48 PM
Clerk, U.S. District Court, ILCD



## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

PAMELA E. ROBINSON
CLERK OF COURT

218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

TEL: 217-373-5830
FAX: 217-373-5834

January 30, 2008

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: USA v. MARSHALL BLANCHARD
D. C. Docket No. 05-20015
U. S. C. A. Docket No. 07-2780

FILED
FEB 13 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dear Mr. Agnello:

    I am sending you herewith the original/supplemental (delete inapplicable entry) record on appeal. It consists of the following:

    2 Volumes of Pleadings

    7 Volumes of Transcript

     Volumes of Depositions

     Volumes of Exhibits:

    1 Volume of Sealed Documents

    Other (specify):  1 volume of supplemental record

U.S.C.A. – 7th Circuit
FILED
FEB 04 2008  GW
GINO J. AGNELLO
CLERK

    Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

                  Very truly yours,

                  PAMELA E. ROBINSON, CLERK

                  BY: s/S. Doan
                      Deputy Clerk

ON AIMS
FEB 04 2008